**COZEN O'CONNOR**
Valerie D. Rojas, State Bar No. 180041
*vrojas@cozen.com*
Michael V. Ruocco, State Bar No. 297414
*mruocco@cozen.com*
601 South Figueroa Street, Suite 3700
Los Angeles, CA 90017-5556
Telephone: 213.892.7900
Facsimile: 213.892.7999

Attorneys for Defendant
STATE FARM GENERAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNEN DOHERTY,<br><br>        Plaintiff,<br><br>    vs.<br><br>STATE FARM GENERAL INSURANCE COMPANY, and DOES 1 through 10, inclusive,<br><br>        Defendant. | Case No.<br>Assigned to:<br><br>[State Court Case No. 19SMCV00288]<br><br>**STATE FARM GENERAL INSURANCE COMPANY'S NOTICE OF REMOVAL TO FEDERAL COURT UNDER 28 U.S.C. §§ 1441(B) [DIVERSITY] TO PLAINTIFF**<br><br>Discovery Cutoff:    None<br>Motion Cutoff:       None<br>Trial Date:          None |

**PLEASE TAKE NOTICE** that Defendant, State Farm General Insurance Company ("State Farm" or "Defendant") hereby removes Case No. 19SMCV00288 from the Superior Court of the State of California, County of Los Angeles, Western District, to the United States District Court for the Central District of California. The grounds for removal are as follows:

1.   On February 13, 2019, the action *Shannen Doherty vs. State Farm General Insurance Company*, Case No. 19SMCV00288 was filed in the Superior Court of the State of California, County of Los Angeles, Western District. True and correct copies of the Summons, Complaint, and Civil Case Cover Sheet are attached

as **Exhibit A**.

2. This Court has original jurisdiction of this action because it is an action between citizens of different states and the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, under 28 U.S.C. §1332.  Thus, removal is proper under 28 U.S.C. §§1441(a), (b) and 28 U.S.C §1446.

3. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b), as it has been filed within thirty (30) days of State Farm's receipt of the Summons and Complaint.  A true and correct copy of the Proof of Service of the Summons and Complaint is attached hereto as **Exhibit B**.

4. This action is properly removed to the United States District Court for the Central District of California because this matter was filed in the Superior Court of the State of California, County of Los Angeles, Western District, which lies within this District and Division.  *See*, 28 U.S.C. § 84(c)(2).

## PARTIES

5. Plaintiff Shannen Doherty ("Plaintiff") is a resident and citizen of the State of California, County of Los Angeles.

6. Defendant State Farm is an Illinois Corporation whose principle place of business is in Bloomington, Illinois.

## JURISDICTION

7. The United States District Court has subject matter jurisdiction and removal jurisdiction over this action pursuant to 28 U.S.C. §§ 1332(a)(1) and 1441(b), since this is a civil action between citizens of different states, and the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

8. The actual amount in controversy exceeds $75,000.00, exclusive of interest and costs, for the following reasons.  In this action for breach of contract and breach of the implied covenant of good faith and fair dealing ("bad faith"), Plaintiff alleges that: 1) State Farm issued a home insurance policy (the "Policy") under which Plaintiff is the insureds; 2) Plaintiff suffered a loss; 3) State Farm has an obligation

pursuant to the Policy to pay benefits for the alleged covered loss; and 4) State Farm breached its contract of insurance and breached the implied covenant of good faith and fair dealing by allegedly failing to repair the damage to Plaintiff's home, and 5) as a result of State Farm's conduct, Plaintiff suffered damages including "$1,400,000.00 in benefits owed . . . prejudgment interest . . . economic and consequential damages . . . general damages for mental and emotional distress . . . punitive and exemplary damages . . . [and] reasonable attorneys' fees." Complaint, attached as **Exhibit A**, ¶¶ 7, 27, 29, 36, prayer for relief, ¶¶ A-G.

9. This Notice of Removal is filed within 30 days after Plaintiff served her Complaint against State Farm, and thus, is timely. On February 15, 2019, State Farm first received a copy of the Complaint (the initial pleading) through personal service. *See*, Proof of Service, attached hereto as **Exhibit B.**

10. In accordance with 28 U.S.C. § 1446(a), a copy of all process, pleadings and orders served upon State Farm are attached to this Notice. A copy of the docket of the state court action and all other process, pleadings and orders, are attached hereto as **Exhibit C**.

11. Pursuant to 28 U.S.C. § 1446(d), Defendant has given written notice of this Notice of Removal to Plaintiff and, after filing this Notice of Removal, shall promptly file a copy of this Notice of Removal with the Clerk of the Superior Court of the State of California, County of Los Angeles, Central District.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1  12. For these reasons, State Farm, hereby removes the action now pending in the Superior Court of the State of California, County of Los Angeles, Central District, Case No. 19SMCV00288.

Dated: March 15, 2019          COZEN O'CONNOR

By: */s/Valerie D. Rojas*
Valerie D. Rojas
Michael V. Ruocco
Attorneys for Defendant
STATE FARM GENERAL INSURANCE COMPANY