# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNEN DOHERTY,<br><br>    Plaintiffs,<br><br>vs.<br><br>STATE FARM GENERAL INSURANCE COMPANY, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 2:19-cv-01963 JFW (PLAx)<br>Assigned to: Hon. John F. Walter<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER GOVERNING CONFIDENTIAL INFORMATION**<br><br><br>Action Filed:   February 13, 2019 |

Having considered the papers, and finding that good cause exists, the Stipulated Protective Order Governing Confidential Information between plaintiff Shannen Doherty and defendant State Farm General Insurance Company is **GRANTED as modified**.

**IT IS SO ORDERED.**

Dated: August 9, 2019

_____
Paul L. Abrams
United States Magistrate Judge