# EXHIBIT 2

## BRUSSEL CONSULTING & CONSTRUCTION MANAGEMENT, INC.

# JAN BRUSSEL                                              President

## PROFESSIONAL BACKGROUND

Mr. Brussel has been actively involved in the construction industry since 1979. Prior to owning and operating his own construction company, he held positions as foreman for a large concrete construction company, foreman for a framing and siding contractor and superintendent for a custom residential home builder. Currently, he serves as President and CEO of Brussel Consulting & Construction Management, Inc., in California, Florida and Nevada and is licensed in the state of Arizona.

Mr. Brussel has been a licensed contractor in California since 1984 and in Nevada and Arizona since 1998. He obtained his license in Florida 10 years ago and recently qualified for his license in Utah. Mr. Brussel serves as the Responsible Managing Officer (RMO) of these companies directing and supervising the daily operations. Over the past 30 years Mr. Brussel's companies have built custom homes, commercial space, an automobile dealership and performed many large renovation projects on Condominium Communities and several hotels.

In addition to his functions as RMO of Brussel Consulting & Construction Management, Inc., he is actively pursued as an expert witness for construction disputes. Mr. Brussel has been retained by various clients to give expert opinions on framing, roofing, concrete, wall systems, decks, waterproofing, costing and general contracting issues. He has provided expert opinions as to causation of construction failures, repair methods, cost estimates, liability allocations and Standard of Care to homeowners associations, commercial property owners, developers, subcontractors, insurance companies and law firms.

Among his areas of expertise are general contracting, litigation support and investigations for all types of construction, coordination of expert witness teams, compilation and interpretation of data, developing capital improvement plans, cost estimating and cost analysis, hillside construction, construction scheduling and analysis, invasive testing, non-invasive inspections, failure analysis, mediation and construction management.

Mr. Brussel has provided expert witness and consulting services to homeowners, commercial building owners, developers, general contractors, subcontractors, insurance companies, law firms and individuals. He has also had the distinction of being selected as a "Joint Neutral Expert" in large construction defect cases and has been approved by a large California developer as an arbitrator of disputes between the developer and its subcontractors.

## PROFESSIONAL TRADE LICENSES

**Corporate Licenses**
Class B - California General Building Contractor No. 750892
Class B – Nevada General Building Contractor No. 0045384
Class B – Arizona General Residential Contractor No. 134317
Certified Building Contractor – Florida  CBC1257584
General Contractor – Utah No. 10353150-5501

**<u>Personal Licenses</u>**

Class B – California General Building Contractor &
Class C54 – Tile (Ceramic and Mosaic) No. 462869

## PROFESSIONAL AFFILIATIONS

ASPE - American Society of Professional Estimators
CAI - Community Association Institute - Orange County Regional Chapter
CAI - Community Association Institute - Los Angeles County Chapter
CAI - Community Association Institute – Nevada Chapter
CACM - California Association of Community Managers
ICC – International Code Council
NRCA - National Roofing Contractors Association
RCI – Roof Consultants Institute

Mr. Brussel is the recipient of the 2000 Vision Award for Excellence in Education from the California Association of Community Managers.

## WORK HISTORY

**<u>Construction</u>**

| | |
|---|---|
| Present: | President and CEO of Brussel Consulting & Construction Management, Inc., in California, Nevada, Arizona and Utah. |
| 1995-1998 | Owner of Brussel Consulting & Construction Management |
| 1993-1995 | Construction Consultant for the Law Offices of Thomas E. Miller |
| 1984-1993 | Owner of Brussel Construction |
| 1981-1984 | Foreman and Superintendent for Keller Construction |
| 1979-1981 | Foreman for Castle Concrete |



**Preliminary Report**
**Shannen Doherty v State Farm General Insurance Company**
**October 25, 2019**

**Introduction**

Brussel Consulting & Construction Management (BCCM) has been retained behalf of State Farm General Insurance Company to review and opine on the above titled matter. Our assignment is to review documents relevant to the estimated costs required to remediate damage from smoke and/or fire to the Doherty residence as a result of the 2018 Woolsey fire in Malibu. As part of our work it is necessary that we perform a site inspection to fully understand the condition of and the nature of the finishes in the home and the surrounding property. As of the date of this report a site inspection has not occurred.

Doherty is claiming that smoke damage to the home requires extensive removal and replacement of interior and exterior wall and floor finishes including replacement of the HVAC and Electrical systems as well as complete rebuilding of the pool and pool equipment. There are also large components of the claim concerning ALE costs and soft goods replacement and/or cleaning, BCCM will not be opining on those claims. State Farm has agreed to some levels of cleaning of the home and grounds but to a much lesser degree. Doherty also claims that an ongoing medical condition is a key component driving the required scope of remediation, BCCM will not be opining on this portion of the claim.

**Documents Reviewed**

BCCM has reviewed numerous documents in the execution of its work. These documents have been provided electronically and are summarized below.

1. ALE Solutions folder dated 08-19-19 containing 4 files
2. Belfor folder dated 09-23-19 containing 4 files
3. DBR Roofing dated 09-27-19 containing 3 files
4. Joseph Cali folder dated 07-25-19 containing 4 files
5. KCE Matrix Folder dated 08-09-19 containing 2 files
6. Logan Pools folder dated 08-12-19 containing 8 files
7. Precision Painting folder dated 07-19-19 containing 3 files
8. Renuscences Consulting folder dated 09-23-19 containing 28 files
9. Ride Levitt Bucknall folder dated 08-09-19 containing 1 CD file
10. Universal Electric folder dated 07-18-19 containing 5 files

| 2755 Bristol Street, Ste 110 | Arizona License 45384 | 1044 E 3200 S |
|---|---|---|
| Costa Mesa, CA 92626 | Florida License CBC 1257584 | Francis UT 84036 |
| California License # 750892 | Nevada License 45384 | Utah License 10353150-5501 |

11. West Coast Gate folder dated 09-23-19 containing 1 file
12. State Farm Claim File undated containing 3993 documents Bates range SF000001-0003993.
13. Doherty response to interrogatories 1.
14. The original complaint.

**Discussion**

It is unclear from the documents reviewed what basis Doherty is using to justify the extensive remediation scope that results in a $2,548,108 estimate from Rider. KCE Matrix identified that the residence suffered from varying levels of soot and char as a result of the fire burning around the property. Their report indicates that the remediation of the property follows the RIA guidelines for cleaning and/or replacement. They do not specifically recommend replacement of any components and do not mention the electrical fixtures in their report. A review of the RIA guidelines reveals that most, if not all, soot, char and smoke damage can and should be cleaned using various techniques. It has been BCCM's experience that surfaces such as stucco and drywall can be effectively cleaned and sealed without the necessity of removal and replacement.

The Rider estimate is largely comprised of bids from single source subcontractors. BCCM did not see any evidence of comparable bids nor did we see a prepared scope that could be used for bidding purposes. The cost numbers generated by Rider are all lump sum estimates and we did not find sufficient back-up to properly analyze those numbers.

BCCM reviewed the remediation scope as prepared by Ninyo & Moore. This scope calls for comprehensive cleaning of interior and exterior walls, and finishes including the HVAC system. BCCM has in the past performed similar scopes and found them to be effective in removing smoke and soot particulates and smoke odors. The costs for a remediation scope as recommended by Ninyo & Moore would cost significantly less than the estimate prepared by Rider and is consistent with the standard of care in the industry. BCCM has not prepared a cost for the Ninyo scope since our investigation is ongoing and additional information is required.

**Conclusion**

BCCM believes that both the scope and estimated costs for the remediation as proposed by Doherty and its experts is excessive and unnecessary. The materials and finishes that Doherty is requesting be replaced can and should be cleaned and restored. The photographs in the various files do not show the level of damaged that would trigger such an aggressive remediation.

BCCM understands that discovery is ongoing and expects that additional information will be made available. BCCM will need to inspect the property to finalize its opinions. BCCM reserves the right to amend the opinions stated in this report as relevant facts become known.

Jan Brussel, President.

| 2755 Bristol Street, Ste 110 | Arizona License 45384 | 1044 E 3200 S |
|---|---|---|
| Costa Mesa, CA 92626 | Florida License CBC 1257584 | Francis UT 84036 |
| California License # 750892 | Nevada License 45384 | Utah License 10353150-5501 |

**Jan Brussel**
**Deposition and Trial History**

| Plaintiff | Defendant | Deposition | Trial |
|---|---|---|---|
| ACC Builders | La Costa Brava Lakside | x | x |
| Allen | Sun Colony | x | |
| Allen-Autry | KB Home Nevada, et al. | x | |
| Allen Manor Homeowners Association | D.R. Horton, Inc. | x | |
| Alstatt | Centex Homes | x | |
| Altia Homeowners Association | Park Vista, et al. | x | |
| Amber Pointe HOA | KB Home Orlando LLC | x | |
| Amber Ridge Condominium Association | WTR, LLC; Highland Dev. Co. dba Westmark Homes | x | |
| Aspen Hills II / McCormack | Richmond American Homes | x | |
| A-Turf, Inc. | City of Henderson | x | |
| Aventine - Tramonti HOA | Town Center Ventures, LLC | x | x |
| Bahama Bay II Condominium Assoc | Maesbury Homes, Inc. | x | |
| Ballard | Cloyd | x | |
| Ballesteros | Centex Homes | x | |
| Ballweber | Del Webb | x | |
| Barbarino | D.R. Horton | x | |
| Bella Vista | Bella Vista Development, et al. | x | |
| Bellomo | Greystone Nevada, LLC | x | |
| Berroud | PNII, Inc. | x | |
| Big Horn | TRI - Shamrock | x | |
| Bimini Bay (Island Club Resort HOA) | Sunbelt Building Supply, Inc. | x | |
| Birzneck | America West | x | |
| Bishop aka Highland Light | Marblehead and The Lusk Company, et al. | x | |
| Blue Heron | Blue Heron Beach Resort Developer | x | |
| Bordeaux | Summit Contractors, Inc. | x | |
| Botwin | Westerman | x | |
| Bravo | Discovery | x | |
| Bravo | DR Horton | x | |
| Buena Vista | Colling Bros. Corp. | x | |
| Butler | William Lyon Homes, Inc. | x | |
| Cagle | Canterbury Communities, Inc. | x | x |
| Camden Park Service Corporation | Ryland Homes of California | x | |
| Candy Bouquet | Otay Water District, et al. | x | x |
| Carducci | Centex Homes | x | |
| Carefree Natomas | Acrotech, Inc. et al. | x | |
| Carnegie Hill Properties | Travelers Excess and Surplus Lines | x | |
| Carter Glen | D.R. Horton, Inc. | x | |
| Casa Jardin | Torvillion Construction | x | |
| Castile @ Crystal Springs | Pardee Homes | x | |
| Castle Rock aka Justus | Bailey & Dutton | x | |
| Chachere | Pacific Specialty Insurance Company | x | |
| Chantalaine | Silverstar Development, et al. | x | x |
| Chantalaine II / Coghlan | Silverstar, et al. | x | |

**Jan Brussel**
**Deposition and Trial History**

| Plaintiff | Defendant | Deposition | Trial |
|---|---|---|---|
| Chateau Nouveau | Chateau Flamingo | x | |
| Chateau Versailles | Chateau Alexander | x | |
| Cheyenne @ Southfork | The Developer of Nevada LLC. | x | |
| Chiang | DR Horton | x | |
| Cohen | Abbott | x | x |
| College Villas | Burke Construction Group, Inc. | x | |
| Comey | State Farm | x | |
| Cope | Christopher Homes | | x |
| Copper Palms | Copper Palms Realty | x | |
| Copper Sands | Flamingo 94 | x | x |
| Copper Sands | Copper Sands Realty, LLC | x | x |
| Cottonwood | Chartered Realty Partners IV | x | |
| Court at Aliante | DR Horton | x | |
| Courtney Landing | Contravest Construction Company | x | |
| Crest at Waterford Lakes | Contra Vest, Inc., et al. | x | |
| Crestridge @ Crystal Springs | Pardee Homes | x | |
| Cypress Grove Homeowners Association | James Morris | x | |
| Desert Inn Mobile Estates | Sunland Inc | x | |
| Desert Pine Villas HOA, et al | Desert Pines Associates, et al | x | |
| Desmond HOA | The Salter Co. | x | |
| Diamond Pointe | LHN Development | x | |
| Diamond Sands Apartments LLC | A.G. Spanos Construction, Inc. | x | |
| Dilling | Meritage Homes of Nevada, Inc. | x | |
| Dorrell Square | DR Horton | x | |
| Eastman | Ellis | x | x |
| Einseidel | Pulte | x | |
| El Encanto @ Crystal Springs | Pardee Homes | x | |
| Emerald Isle at Laguna Lakes | Alliance Construction | x | |
| Esplanade | DR Horton | x | |
| Farias | Stanpark | x | |
| First Light- Common Area | D.R. Horton, Inc. | x | x |
| First Light | D.R. Horton, Inc. | x | |
| Fisher | Del Webb Communities, Inc. | x | |
| Franciscan Hill Homeowners Association | Newhall Land and Farm | | x |
| Friendly Village (Celestino Acosta) | City of Long Beach | x | x |
| Gargus | Sun Mesa, LLC | x | |
| Gjerset | Allstate | x | x |
| Gold Crest | Sutton Corp. | x | |
| Gonzalez, et al. (Bella Terra) | KB Home Nevada, Inc., et al. | x | |
| Goodman | Sunridge Homes | x | x |
| Goynes | Centex | x | |
| Grand Venezia COA | Camden Development | x | |
| Grande Court Blanding | Courtelis Construction Company | x | |
| Grandview Isles Townhomes | Taylor Morrison, Inc. | x | |

## Jan Brussel
### Deposition and Trial History

| Plaintiff | Defendant | Deposition | Trial |
|---|---|:---:|:---:|
| Granite Pointe II (Hartman) | MDG Construction, Inc. | x | |
| Green | D.R. Horton | x | |
| Green Valley Ranch | ANC, Inc. / Silver Springs Inc. | x | |
| Gunderson et al. | D.R. Horton | x | x |
| Hackett | Centex Homes | x | |
| Hall | Pageantry | x | |
| Highland Glen | Beazer Homes | x | x |
| Horizon Hills | Annet, LLC | x | |
| Hullet | Lakemont Homes | x | |
| In re: Aspen Series BB Evaporator Coil | Richmond American Homes of Nevada, Inc. | x | |
| Jackins | Northcliff Development | x | |
| Jasmine HOA | Tousa Homes | x | |
| JFB Trust | DR Horton | x | |
| Johnson | Stanpark | x | |
| K&G Seabridge I | Moorefield Construction | x | |
| Kachnik | Centex Homes | x | |
| Kraft | Pacific Scene | | x |
| Krytoro, Abraham | PN II, Inc. | x | |
| Lake Reams | Ashton Orlando Residential, LLC | x | |
| Lakeside at Lakes of Windermere | Ashton Burden, LLC | x | |
| Lakeview | Lakeview Condo Gen Partnership | x | |
| Latigo | Sunvest Communties | x | |
| Lee | Sierra Design | | x |
| Legacy Village | ANC, Inc. / Silver Springs Inc. | x | |
| Lewow | Surfside III | x | |
| Lions Gables Realty Limited Partnership | Rick Patterson, Inc. | x | |
| Lodge | Aleman | x | |
| Loffarelli | Encino Spa East | x | |
| Lopez | Ameriprise | x | x |
| Los Alto Trust | Bircher Construction | x | |
| LVT | Greyhawk Properties | x | |
| Lynbrook | The Gates | x | |
| MacDondald Ranch Management, LLC. | Rami Designs, Inc. (Arbitration) | | x |
| Maralago | Wheeler | x | |
| Marina Grande on the Halifax | Holly Hill I Associates | x | |
| Mariposa | Robert Davis and Associates LLC | x | |
| McCloud | The Bills Group | x | |
| Shulman | Turrentine Interior Design, Inc. | x | |
| Miller | KB Homes | x | |
| Monarch Hills | Wermers Multi Family | x | |
| Morris | Somers | | x |
| Nagel | Westen | x | x |
| Northbrook III | Maya LLC | x | |
| Narayan, Jay | Great Northwest Insurance Co. | x | |

**Jan Brussel**
**Deposition and Trial History**

| Plaintiff | Defendant | Deposition | Trial |
|---|---|---|---|
| Ocean Dunes Condominium | P.A.V.C.O. Construction, Inc. | x | |
| Ocean Terrace Villas II CA | Tuttle & Tuttle, Inc. | x | |
| Old Greenwood Townhomes/Cabins | East West Resort Development | x | x |
| Park Avenue HOA | Almand Development | x | |
| Paseo Verde Gibson Apartments | Ovation Development | x | |
| Port Marluna | D.R Horton Los Angele Holding Company | x | |
| Porter | Richmond American Homes | x | x |
| Promenade Community Association | MTL Development Company | x | |
| Promenades at Bella Trae CA, Inc. | Pulte Home Corporation, et al. | x | |
| Quail Estates | Clark - Ribeiro | x | |
| Raintree West | Falcon Homes | x | |
| Rancho Ocasa Apartments | Juliet Properties | x | |
| Redstone | Pulte Home Corporation, et al. | x | |
| Renaissance @ Tiara | Renaissance @ Tiarra LLC. | x | |
| Ridgeview | Dezana Development | x | |
| Rio Vista aka Aguirre | Richmond American Homes | x | |
| Riverwalk Tower | Riverwalk Development LLC, et al. | x | |
| Robbins | Farmers Western Homes Mutual | x | x |
| Robertson | Primex Properties | x | |
| Roman Industries | Parker Warner | x | x |
| Runaway Beach Club | Epoch Properties, Inc. | x | |
| Sahara Mountain Vista | Las Brias LTD. Partnership | x | |
| Samuels Family Trust (Taylor Samuels) | Conte Development Corporation | x | |
| San Juan Hiss Estates | Taylor Woodrow Homes, Inc. | x | |
| Schlesinger | Grandview Palms, LLC | x | |
| Scottsdale Valley Condominiums | Templeton Development | x | |
| Seasons Homeowners Association | Richmond American Homes of Nevada, Inc. | x | |
| Seneca Falls V HOA | Heller Development Company | x | |
| Shanley | Nationwide Mutual Insurance | x | |
| Siena at Celebration | Winter Park Construction Co. | x | |
| Silver Pines HOA | Silver Pines LLC | x | |
| Simpson et al. | Wexford Homes | x | |
| Solera Community Association | Del Webb Communities, Inc. | x | |
| Stanton | Richmond American | x | |
| Star Fire VI | Starfire | x | |
| Sun City Summerlin | Del Webb | x | |
| Sun Mesa Homeowners Association | Sun Mesa, LLC | x | |
| Sunrise Ridge | Saxton Inc. | x | |
| Swann Avenue | Landcraft Construction Group | | |
| Tahoe Keys Property OA | Dillon Roofing Company | x | |
| Tara Estates | Falcon Homes | x | |
| The Falls | Falls Development Co. LLC. | x | x |
| The Hills at Yorba Linda | Montecito Yorba Canyons | x | |
| The Pointe HOA | Valentine Construction | x | |

**Jan Brussel**
**Deposition and Trial History**

| Plaintiff | Defendant | Deposition | Trial |
|---|---|:---:|:---:|
| Townhomes at Wekiva Park HOA | Lennar Corporation | x | |
| Trafalgar | Intervest Construction of Orlando, Inc. | x | |
| Trentwood Canyon | Sherwood Development | x | |
| Turning Point | Gem Homes | x | |
| Vantage Town Home Association | Taylor Woodrow Homes, Inc. | x | |
| Velikoff | D.R. Horton | x | |
| Venetian Place CA, Inc. | Grec Conversions XXIV, LTD. | x | |
| Villa Pacifica | Hacienda Townhomes Partnership | x | |
| Villalobos | Gardner | x | |
| Villagio | Highland Development | x | |
| Villas on the Green | | x | |
| ViningsHOA | Pinnacle Homes, Inc. | x | |
| Vistana | Rhodes Ranch | x | |
| Vue | Vue Fort Lauderdale, LLC | x | |
| Waterstreet | Celebration Tarragon | x | x |
| Westend Living | Cityview Glencoe 119 | x | x |
| Westlake Villas | Westlake Villas, LLC | x | |
| Whisper Creek | John Laing Homes | x | |
| Zenk | HSU | x | |

1        UNITED STATES DISTRICT COUR

2     FOR THE CENTRAL DISTRICT OF CALIFORNIA

3

4   SHANNEN DOHERTY,

5           Plaintiff,

6      vs.                    No. 2:-19-CV-01963 JFW(PLAX)

7   STATE FARM GENERAL INSURANCE

    COMPANY,

8

           Defendant.

9

10

11   ————————————————————————————————

12

13

14

15      VIDEOTAPED DEPOSITION of JAN BRUSSEL

16         LOS ANGELES, CALIFORNIA

17        TUESDAY, NOVEMBER 17, 2019

18             VOLUME 1

19

20

21

22

23   Reported by

     Daryl Baucum, RPR, CRR, RMR, CSR No. 10356

24   Job No. 3812039-2,

25   PAGES 1 - 95

                                        Page 1

1     UNITED STATES DISTRICT COURT

2   FOR THE CENTRAL DISTRICT OF CALIFORNIA

3

4 SHANNEN DOHERTY,

5     Plaintiff,

6   vs.       No. 2:-19-CV-01963 JFW(PLAX)

7 STATE FARM GENERAL INSURANCE
  COMPANY,

8

    Defendant.

9

10

11 _____

12

13

14

15     VIDEOTAPED DEPOSITION of JAN BRUSSEL, at

16 6420 Wilshire Boulevard, Suite 1700,

17 Los Angeles, California, beginning at

18 1:53 p.m., and ending at 3:45 p.m., on Tuesday,

19 November 17, 2019, before Daryl Baucum, RPR,

20 CRR, RMR, CSR No. 10356.

21

22

23

24

25

                              Page 2

---

1 APPEARANCES OF COUNSEL:

2

3 FOR THE PLAINTIFF SHANNON DOHERTY:

4

5     EARLY, SULLIVAN, WRIGHT, GIZER & MC RAE

6   BY:  PETER SCOTT, ATTORNEY AT LAW

7   6420 Wilshire Boulevard

8   Suite 1700

9   Los Angeles, California  90048

10   323.301.4660

11   PScott@EarlySullivan.com

12

13

14 FOR THE DEFENDANT STATE FARM INSURANCE COMPANY:

15

16   COZEN, O;CONNOR

17   BY:  ANGEL MARTI, III, ATTORNEY AT LAW

18   601 South Figueroa Street

19   Suite 3700

20   Los Angeles, California  90017

21   213.892.7900

22   AMarti@Cozen.com

23

24

25

                              Page 3

---

1 APPEARANCES OF COUNSEL (CONTINUED):

2

3

4

5   ALSO PRESENT:

6     MATTHEW HAUSLEY, Videographer

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                              Page 4

---

1         I N D E X

2

3

4 WITNESS: JAN BRUSSEL

5 EXAMINATION            PAGE

6 BY: MR. SCOTT           8

7

8

9

10 QUESTIONS WITNESS WAS INSTRUCTED NOT TO ANSWER:

11     (NONE)

12

13

14

15 INFORMATION TO BE SUPPLIED:

16     (NONE)

17

18

19

20

21

22

23

24

25

                              Page 5

---

2 (Pages 2 - 5)

1          DEPOSITION EXHIBITS
2          JAN BRUSSEL
3
4   NUMBER        DESCRIPTION                    PAGE
5
    Exhibit 609   Plaintiff Shannen Doherty's      11
6                 Notice of Deposition and
                  Subpoena to Produce Documents
7                 to Defendant's Expert, Jan
                  Brussel of Brussel Consulting
8                 and Construction Management
9   Exhibit 610   Documents brought in             13
                  Response to Request
10                to Product Documents
11  Exhibit 611   Report of Jan Brussel            17
12  Exhibit 612   RIA Guidelines for Fire          36
                  and Smoke Damage Repair
13
    Exhibit 613   May 14, 2019, letter             43
14                from Ninyo and Moore to
                  Jerry Paredes of State
15                Farm Insurance
16  Exhibit 614   Wildfire Smoke Impact            80
                  Assessment of Ninyo and
17                Moore dated January 3, 2019
18  Exhibit 615   Report of Jeff Hughes of         88
                  Wexco International
19
20
21
22
23
24
25
                                          Page 6

1   LOS ANGELES, CALIFORNIA; TUESDAY, NOVEMBER 17, 2019
2              1:53 P.M.
3
4          THE VIDEOGRAPHER:  The time is 1:53 p.m.
5   We're on the record. We're on the record on      13:53:35
6   December 17, 2019, at 1:53 p.m.
7          My name is Matthew Hausley.  I am the
8   videotape operator employed by The Digital
9   Department located in Los Angeles, California.
10         This deposition is taking place at the Law    13:53:58
11  Office of Early, Sullivan, Wright, Gizer and McRae
12  at 6420 Wilshire Boulevard, 17th floor, Los Angeles,
13  California 90048.
14         The case caption is Doherty versus
15  State Farm General Insurance Company, cause number   13:54:21
16  2:19-cv-01963 JFW (PLAx).
17         The name of the witness today, I did not
18  get.
19  THE WITNESS:  Jan Brussel.
20         THE VIDEOGRAPHER:  Thank you, Mr. Brussel.   13:54:37
21         The deposition is being taken on behalf of
22  the plaintiff.
23         Counsel, please, states your appearances
24  for the record.
25         MR. SCOTT:  Peter Scott on behalf of    13:54:44
                                                   Page 7

1   Plaintiff.                                    13:54:45
2          MR. MARTI:  Angel Marti on behalf of
3   State Farm and the deponent.
4          THE VIDEOGRAPHER:  And will the court
5   reporter, please, swear in the witness.      13:54:49
6
7          JAN BRUSSEl,
8   having been first duly sworn, was
9   examined and testified as follows:
10
11         EXAMINATION
12  BY MR. SCOTT:
13     Q   Good afternoon, Mr. Brussel.  My name is
14  Peter Scott.  I represent the plaintiff in this
15  case.                                          13:55:08
16         Could you, please, state and spell your
17  name for the record.
18     A   Yes, Jan Brussel, J-A-N, B-R-U-S-S-E-L.
19     Q   And can you state your business address.
20     A   My office is at 2755 Bristol Street,    13:55:17
21  Suite 110, Costa Mesa, California 92626.
22     Q   Do you have an out-of-state office, as
23  well?
24     A   I do.  I have a home office in Utah.  It
25  is located at 1400 East 3200 South in Francis,    13:55:33
                                                   Page 8

1   Utah -- that is F-R-A-N-C-I-S -- 84036.        13:55:39
2      Q   Costa Mesa is your primarily business
3   address, though?
4      A   Yes.
5      Q   Have you ever had your deposition taken    13:55:50
6   before?
7      A   Several hundred times.
8      Q   In the past year, how many times have you
9   had your deposition taken?
10     A   Probably fifteen or sixteen times.        13:56:00
11     Q   Were those cases all in California?
12     A   No, they have been in California, Nevada
13  and Florida.
14     Q   Can you tell me how many were in
15  California?                                    13:56:12
16     A   Probably one or two.
17     Q   Do you have a California contractor's
18  license?
19     A   I do.
20     Q   Is that current?                        13:56:21
21     A   It is.
22     Q   Have you ever been deposed outside of your
23  capacity as an expert witness?
24     A   Once.
25     Q   And what was the nature of that case?    13:56:30
                                                   Page 9

3 (Pages 6 - 9)

| | |
|---|---|
| 1   A  It was a project where I acted as the   13:56:32 | 1        is attached hereto.)                13:58:48 |
| 2  construction manager or a large restoration in | 2  BY MR. SCOTT: |
| 3  Las Vegas, and the homeowners association ended up | 3     Q  Mr. Brussel, you have been handed |
| 4  suing the general contract for some roofing-related | 4  Exhibit 609, which is the Notice of Deposition |
| 5  problems and they deposed me as the percipient   13:56:47 | 5  directed to you in connection with your expert work   13:59:06 |
| 6  witness as the construction manager. | 6  on this case. |
| 7     Q  And how long ago that was? | 7        And if you look, there is an Exhibit A |
| 8     A  Five or six years ago. | 8  that has a subpoena attached to it that is directed |
| 9     Q  In your individual capacity, have you ever | 9  to you. |
| 10  been a plaintiff in a lawsuit?        13:57:01 | 10        And my question is have you ever seen this   13:59:15 |
| 11     A  Yes, right now, I am a plaintiff in a | 11  Notice of Deposition before? |
| 12  lawsuit trying to collect some money from an | 12     A  I think I saw it yesterday.  It was |
| 13  attorney. | 13  E-mailed to me, I believe. |
| 14     Q  In what state is that pending? | 14     Q  Have you ever seen the subpoena that is |
| 15     A  It's in Nevada.            13:57:11 | 15  attached to the deposition notice before?     13:59:25 |
| 16     Q  Nevada. | 16     A  I don't think so, no. |
| 17        Other than that case, any other cases in | 17     Q  If you look at the subpoena, there are |
| 18  which you have been a plaintiff, individually? | 18  some document requests appended to the back of it. |
| 19     A  I think one real estate matter where I had | 19        Did you do anything to search for |
| 20  a dispute with a partner over some money that was   13:57:21 | 20  documents responsive to these document requests?     13:59:39 |
| 21  paid down on a building -- actually, a cabin in June | 21     A  You know, I never do a search.  I just |
| 22  Lake and he didn't want to give me my money back | 22  produce everything that is in the file, whatever it |
| 23  when he took it over. | 23  is, all communications, pictures, notes.  Whatever I |
| 24     Q  Pardon my ignorance, but June Lake? | 24  have, I produce to the attorneys. |
| 25     A  It's just north of Mammoth Lakes.  It's   13:57:37 | 25     Q  And you brought some documents with you   13:59:56 |
|                                           Page 10 |                                           Page 12 |
| 1  about 300 miles north in the Eastern Sierras.     13:57:40 | 1  here this afternoon, as well?           13:59:58 |
| 2     Q  So that case was in California? | 2     A  I did.  I brought just some stuff that I |
| 3     A  That case was in California. | 3  kind of have been looking -- looking and rifling |
| 4     Q  Other than those two, any others that you | 4  through in preparation for the deposition. |
| 5  can recall at the moment?           13:57:48 | 5        I didn't -- I didn't print everything   14:00:07 |
| 6     A  No, I am sure it's only those two. | 6  because it's thousands of pages, but this is just |
| 7     Q  In your individual capacity, have you ever | 7  some of the stuff I have been working on most |
| 8  been a defendant in a lawsuit? | 8  recently. |
| 9     A  No. | 9     Q  And I, obviously, wouldn't ask you to |
| 10     Q  In your business capacity or a business   13:57:56 | 10  print things that have already been produced in this   14:00:17 |
| 11  that you have -- let me think of how to phrase | 11  litigation or exchanged between the parties, but to |
| 12  this -- any business in which you were a principal, | 12  your knowledge, other than what you have brought |
| 13  has that business ever been a plaintiff in a | 13  here this afternoon, is there anything additional |
| 14  lawsuit? | 14  that counsel wouldn't have necessarily had access to |
| 15     A  Other than what we spoke about, no.     13:58:15 | 15  previously?                     14:00:28 |
| 16     Q  Same question but defendant. | 16     A  No, I sent them everything. |
| 17     A  Again, just as a construction manager, I | 17     Q  And what I would like to do is just mark |
| 18  was a third-party defendant, yes. | 18  these as a whole as the next exhibit in order, if I |
| 19     Q  Have you ever been convicted of a felony? | 19  could. |
| 20     A  No.              13:58:35 | 20        (Deposition Exhibit 610 was marked for       14:00:41 |
| 21     Q  Misdemeanor? | 21        identification by the court reporter and |
| 22     A  No. | 22        is attached hereto.) |
| 23     Q  Can I mark that as 609, please. | 23        MR. SCOTT:  You okay with that? |
| 24        (Deposition Exhibit 609 was marked for | 24        MR. MARTI:  No, I was just curious, is |
| 25        identification by the court reporter and   13:58:48 | 25  that the copy that I gave you?        14:01:00 |
|                                           Page 11 |                                           Page 13 |

Page 14

1   MR. SCOTT: Yes.                    14:01:01
2   MR. MARTI: No, that is fine.
3 BY MR. SCOTT:
4   Q   Mr. Brussel, you have been handed
5 Exhibit 610, and my question is are these the      14:01:04
6 documents that you brought with you this morning in
7 response to the subpoena -- or this afternoon?
8 Sorry.
9   A   Yeah, I believe counsel brought most of
10 these. There is kind of three groups that counsel      14:01:15
11 brought, and then the last group in the last clip is
12 the stuff I brought with me this morning, yes.
13   Q   That is your document production in
14 response to the document request?
15   A   Right.                          14:01:28
16      And again, I have a lot more stuff
17 electronically -- and I can always put it on a thumb
18 drive and give it to you -- that has already been
19 produced by other people, deposition transcripts and
20 stuff like that I just try not to waste too much      14:01:39
21 paper.
22   Q   Understood.
23      Did you do anything to prepare for your
24 deposition today?
25   A   I just reviewed my file and my notes this      14:01:52

Page 15

1 morning, the stuff that I brought with me that I      14:01:55
2 produced.
3   Q   Did you review your expert report in this
4 matter prior to the deposition?
5   A   I haven't looked at it in a little while.      14:02:09
6 I probably looked at it three or four weeks ago. I
7 did -- excuse me -- read a deposition by the PMK for
8 KCE Matrix. I guess he's an expert. Aram -- I
9 forgot his name.
10   Q   Kaloustian?                       14:02:23
11   A   Yeah, I read his deposition yesterday.
12   Q   Did you meet with State Farm's attorneys
13 in preparation fr the deposition?
14   A   I had a brief conversation before the
15 deposition and I also had a brief telephonic      14:02:31
16 conversation with Brian Daly this morning.
17   Q   How long was your -- well, who did you
18 speak to -- which attorney on behalf of State Farm
19 did you speak with?
20   A   Mr. Marti.                        14:02:45
21   Q   And when was that?
22   A   Right before the deposition for about
23 ten minutes.
24   Q   Other than that, did you have any
25 communications with -- or have any meetings with      14:02:50

Page 16

1 State Farm's attorneys in preparation for the      14:02:53
2 deposition?
3   A   No, I mean we talked after the site
4 inspection we were all at but that was it.
5   Q   And you also said you communicated with      14:03:01
6 Brian Daly this morning.
7   A   This morning, yes.
8   Q   And what was the nature of that
9 conversation?
10   A   He received the lab results back from his      14:03:09
11 tape samples, so we were just going over what his
12 findings were from his -- from his aspect.
13   Q   Can you tell me generally what his finding
14 were?
15   A   That he didn't find anything. He didn't      14:03:20
16 find -- he found, I believe, one sample at a door
17 threshold where there was very slightly elevated
18 char materials and everything else -- I'm trying to
19 say it the way he would -- was at background or
20 lower.                             14:03:38
21   Q   Did you discuss anything else with
22 Mr. Daly?
23   A   No, that -- that was it, just, you know,
24 what his findings were and the fact that he didn't
25 find anything that needed to be cleaned, so.      14:03:57

Page 17

1   Q   How long was that conversation,      14:04:00
2 approximately?
3   A   Ten minutes at the most.
4   Q   How much time have you spent working on
5 this case to date?                      14:04:07
6   A   I don't know. Probably less than
7 fifty hours but I'm not sure.
8   Q   Do you have any other employees at your
9 company that are working on this matter?
10   A   I don't think so. At an administrative      14:04:21
11 level, maybe, but no.
12   Q   Mark this as next in order.
13      (Deposition Exhibit 611 was marked for
14      identification by the court reporter and
15      is attached hereto.)                 14:04:45
16 BY MR. SCOTT:
17   Q   Mr. Brussel, you have been handed
18 Exhibit 611, which I think you will recognize, and I
19 will just represent to you this is the set of
20 documents that was produced in connection with your      14:04:57
21 designation as an expert witness in this case.
22      And my first question to you is these
23 first two pages here, is that a current copy of your
24 CV?
25   A   It is, yes.                       14:05:09

5 (Pages 14 - 17)

1    Q   And going on, the deposition and trial    14:05:13
2  history, that is the next several pages?
3    A   Correct.
4    Q   Is that a current listing of your
5  deposition and trial testimony?  This was generated    14:05:21
6  at the end of October 2019.
7    A   Right.  So it wouldn't have yesterday's
8  deposition on it.
9        Probably -- let's see, what was the last
10 one in Florida?  Let's see if that made it on here.    14:05:35
11       No, there is one from -- actually, two
12 from Florida that are not on here that happened
13 two weeks ago and four weeks ago.  So those aren't
14 on here yet.
15   Q   So there is three cases that would be    14:05:57
16 added onto here, to your knowledge?
17   A   Yes.  After today, we will add four.
18   Q   Can you tell me what those are, the names
19 of the cases?
20   A   Sure.    14:06:08
21       The one in Reno, Nevada, yesterday is
22 called Bellagio -- that's how we call it.  The
23 actual case is Carmine versus Marilon Builders.  I
24 believe it's M-E-R-I-L-O-N.
25       The two cases in Florida, one was -- my    14:06:25

Page 18

1  client is 101 Eola, E-O-L-A.  I don't remember the    14:06:30
2  builder.
3        And the other one was -- starts with a
4  "W."  I forget.
5    Q   Well, if you don't remember right now --    14:06:51
6    A   I can look it up for you if it's
7  important.
8    Q   So I mean suffice it to say, you have
9  testified a number of times as an expert witness.
10   A   I have.    14:07:05
11   Q   Approximately how many?
12   A   There is probably 150 or so depositions in
13 here, and then I think at last count, there were
14 twenty-six trials.
15   Q   And you have been working as an expert    14:07:17
16 witness since approximately 1996?
17   A   Correct.
18   Q   Have you ever been retained as an expert
19 witness on behalf of an insurance company?
20   A   Yes, about probably half a dozen times.    14:07:33
21   Q   Ever been retained as an expert witness on
22 behalf of State Farm?
23   A   I think this is my third matter with
24 State Farm, yes.
25   Q   Can you tell me about the other two.    14:07:43

Page 19

1    A   No, I don't remember the names of the    14:07:49
2  cases.  They all blend together after a while, but
3  all the State Farm cases, to my recollection, have
4  been as a result of a fire loss, so where the
5  structure actually burned.    14:08:04
6    Q   Have you ever acted as an expert witness
7  on behalf of State Farm in connection with a smoke
8  loss?
9    A   I have had a couple of smoke cases.
10 I just don't know if it was State Farm.  I don't    14:08:21
11 recall.
12   Q   Have you ever acted as an expert witness
13 on behalf of an insurance company for a smoke loss?
14   A   A couple of times, yes.
15   Q   Can you tell me what those cases are.    14:08:30
16   A   Those cases were both single-family homes
17 in the San Fernando Valley area, and it was not
18 after this recent fire but the one before, the
19 Station Fire, I think.
20   Q   The Station Fire?    14:08:42
21   A   Yeah.
22   Q   And what were the insurance companies on
23 those?
24   A   I don't recall.
25   Q   Do you remember the name of the plaintiff,    14:08:50

Page 20

1  perhaps?    14:08:51
2    A   No, it was -- they were very small,
3  single-family homes.
4    Q   Did either of those result in you
5  providing deposition testimony?    14:08:59
6    A   No.
7    Q   Did either of those result in you
8  generating a written expert report?
9    A   I did write reports on both of them, yes.
10   Q   Were those in state court?    14:09:09
11   A   I believe they were, yes.
12   Q   And they were approximately a year ago?
13 two years ago?
14   A   A couple of years, and I think two to    14:09:20
15 three years ago.
16   Q   And at the moment, you can't recall the
17 name of the case?
18   A   No, I would have to go into our archives
19 and see if it would trigger a bell.
20   Q   What was the nature of your testimony in    14:09:30
21 those cases?
22       Well, let's start with -- I mean they may
23 be different.  So I don't want to talk about them
24 both at the same time, but if you could take them
25 one by one and just tell me the nature of your    14:09:39

Page 21

6 (Pages 18 - 21)

```
 1  testimony in each of those cases.          14:09:41
 2      A   Sure.
 3          They were both the same and they were
 4  related to smoke damage at homes that were not close
 5  to the fire but were impacted by the smoke that     14:09:51
 6  filled the Valley.
 7          And the claim was that there needed to be
 8  significant remediations.
 9          So my job was to inspect the homes, look
10  for any physical damage that I could see, and then  14:10:02
11  review environmental reports by a CIH, Certified
12  Industrial Hygienist, and then opine as to what
13  level of remediation or cleaning would be
14  appropriate based on my physical inspection and my
15  review of the recommendations by the               14:10:20
16  environmentalist.
17      Q   Is that similar to what your testimony is
18  in this case?
19      A   Yes.
20      Q   Other than those two cases we talked about 14:10:33
21  with respect to the smoke damage where you were
22  testifying on behalf of an insurance company, have
23  you ever offered expert testimony in other -- any
24  other smoke loss case?
25      A   There have been -- there have been cases   14:10:54
                                              Page 22
```

```
 1  where smoke was a component of the case but not the 14:10:59
 2  only case.  In other words, there was a fire in the
 3  home and there was smoke -- excuse me -- smoke
 4  damage in addition to the fire damage.
 5      Q   Have you ever been retained on -- as an    14:11:08
 6  expert on behalf of an insured in a case against an
 7  insurance company?
 8      A   Many times, yes.
 9      Q   Approximately how many, if you can
10  estimate it?                                       14:11:19
11      A   Probably fifteen or twenty times.
12      Q   And have you ever testified against
13  State Farm?
14      A   Probably, yes.
15      Q   Can you tell me which case that was,       14:11:28
16  because, you know, I looked through this and I did
17  not see State Farm listed as a defendant in any of
18  these.
19      A   Right.
20          Most of the cases that I work on don't --  14:11:41
21  resolve before deposition.
22          The ones where I have worked against
23  State Farm -- I know two in particular -- did not go
24  to deposition.  I don't remember the name of them.
25          And I recall that because right after I    14:12:02
                                              Page 23
```

```
 1  did that, I was hired by State Farm on the next     14:12:03
 2  case.  So they grabbed me quick.
 3      Q   Somewhat of a testament to your abilities,
 4  I suppose?
 5      A   I think it's a testament to the fact my    14:12:14
 6  story is the same all the time, so -- but,
 7  nonetheless, a lot of the -- a lot of the cases that
 8  involve fire and smoke damage never get to the
 9  deposition stage.  A few did but most of them
10  didn't.                                            14:12:28
11      Q   You know, I see one case on here -- just
12  looking back at this now -- Comey versus State Farm.
13          Do you recall that case?
14      A   Yes, Comey, that was in San Diego and that
15  was a -- it was a water loss case that State Farm   14:12:41
16  had the insurance on the moving company that moved
17  the fridge and broke the water line.  It was in
18  San Diego.
19          I'm sorry.  I got it mixed up.  That was
20  not -- the Comey case was, I think, in Orange       14:12:58
21  County, but it had to do with a fire loss and it was
22  the remediation contractor that was getting sued and
23  there was a claim that they didn't do the
24  remediation properly and that they damaged the black
25  weatherproof barrier behind the stucco by putting an 14:13:16
                                              Page 24
```

```
 1  encapsulant on it.                                 14:13:20
 2      Q   And were you retained in that case on
 3  behalf of State Farm?
 4      A   I was, right.
 5      Q   And that resulted in a deposition but no   14:13:26
 6  trial testimony?
 7      A   That's correct.  It settled.
 8      Q   And if you can generally describe what was
 9  the nature of your testimony in that case?
10      A   I was retained to testify as to whether or 14:13:39
11  not putting a white encapsulant on the back side of
12  a black tarpaper was somehow compromising the
13  integrity of the tarpaper and whether it would be
14  effective in containing any mold that was there.
15      Q   Have you ever been proffered as an expert  14:13:58
16  witness at court and your -- the court determined
17  you are not qualified to testify as an expert?
18      A   No.
19      Q   If you could flip the page in Exhibit 611,
20  there is a rate sheet for expert services.          14:14:23
21          Do you see that?
22      A   Yes.
23      Q   That is an accurate representation of what
24  your rates are?
25      A   Yes, that's correct.                       14:14:32
                                              Page 25
```

7 (Pages 22 - 25)

1    Q   As well as some other folks at your          14:14:33
2  company?
3    A   Yes, that's correct.
4    Q   Flip one more time.
5        And there is a document entitled          14:14:40
6  "Preliminary Report Shannen Doherty versus
7  State Farm General Insurance Company."
8        Is this the written expert report that you
9  generated in this case?
10   A   It is, yes.                     14:14:52
11   Q   And approximately when did you finalize
12 this report?
13   A   On the date that is on the top,
14 October 25.
15   Q   If you go down into the second paragraph,    14:15:08
16 the introduction --
17   A   Okay.
18   Q   -- it says,
19       "Doherty is claiming that smoke
20       damage to the home requires extensive    14:15:20
21       removal and replacement of interior and
22       exterior wall and floor finishes including
23       replacement of the HVAC and Electrical
24       systems as well as complete rebuilding of
25       the pool and pool equipment.  There are    14:15:34

Page 26

1  also large components of the claim          14:15:36
2       concerning ALE costs and soft goods
3       replacement and/or cleaning, BCCM will not
4       be opining on those claims."
5        When you say "BCCM will not be opining on    14:15:50
6  these claims," you are referring to the Coverage B
7  and Coverage C issues, correct?
8        MR. MARTI:  May call for speculation as to
9  coverages but you can answer.
10       THE WITNESS:  Yeah, not understanding       14:16:05
11 what -- really what the insurance Coverages B and C
12 are.
13       I won't be talking about the soft goods,
14 whether they need to be replaced or cleaned, such as
15 clothes and couches and things like that.  That is    14:16:14
16 outside my expertise.
17 BY MR. SCOTT:
18   Q   So personal property damage, you are not
19 going to testify on that?
20   A   No, not at all.                  14:16:22
21   Q   And the adjusted living expenses --
22   A   No.
23   Q   -- not offering testimony on that.
24       MR. MARTI:  Object to the form.
25       THE WITNESS:  I won't -- I mean if      14:16:29

Page 27

1  somebody asks me how long the cleaning that I would    14:16:30
2  recommend should have taken, I can talk about that
3  aspect of it, but the actual costs of renting a home
4  or comparable in Malibu, I won't be talking about
5  that.                         14:16:43
6  BY MR. SCOTT:
7    Q   And then going on,
8        "State Farm has agreed to some levels of
9        cleaning of the home and grounds but to a
10       much lesser degree.  Doherty also claims    14:17:01
11       that an ongoing medical condition is a key
12       component driving the required scope of
13       remediation, BCCM will not be opining on
14       this portion of the claim."
15       Is that saying that you will not be      14:17:15
16 offering testimony as to the insured's medical
17 condition?
18   A   Yeah.  A little bit more than that, but
19 generally speaking, yes.
20       So what -- I understand from reading the    14:17:27
21 records that there is a component where Ms. Doherty
22 is saying that because of her medical condition, her
23 cancer, that extra steps are required.
24       I won't be talking about that and whether
25 or not that is true.  That is left up to medical    14:17:43

Page 28

1  experts.  I understand it's there but I won't be    14:17:46
2  discussing that at all.
3    Q   Did you factor her medical condition into
4  your analysis?
5    A   Yes and no, and I don't want mean to sound    14:18:00
6  wishy-washy.
7        I haven't seen a recommendation
8  specifically to address her medical condition, but
9  because I know it exists, I understand that a very
10 thorough cleaning would be required, that the      14:18:13
11 restoration contractor probably needs to take extra
12 care to make sure he does a really thorough job, but
13 I would also still defer that back to the medical
14 experts to tell me that that, in fact, would be
15 required, and they may say yes, they may say no.    14:18:29
16       So whatever they ultimately recommend is
17 what I would be basing my level of restoration on.
18   Q   So your opinion as to the level of
19 restoration necessarily is contingent upon what the
20 insured's medical professionals would advise; is    14:18:46
21 that right?
22   A   To some degree, yes.  I think it's a
23 factor that you have to bring in.
24       You know, if they say she has to live in a
25 sterile environment that, of course, goes beyond    14:18:58

Page 29

8 (Pages 26 - 29)



**Page 30**

1 smoke damage, anyhow.                     14:19:00
2      So I think you have to look at the report,
3 see what it ultimately says, and then see if and how
4 that applies to whatever cleaning is required
5 because of this particular event.         14:19:12
6    Q   Did you review in any of your -- in any of
7 the documents in preparation of your report the
8 specifics of the insured's medical condition?
9    A   No, I know there is -- in my file, there
10 is a letter from a physician, a very short letter.   14:19:28
11 I read that but that's all.
12    Q   Did you take that into account in
13 preparing your analysis?
14    A   Yes.
15    Q   How did you do that?        14:19:38
16    A   Again, I just looked at it to see how I
17 thought it would impact the cleaning of smoke
18 residue.
19    Q   Can you tell me what the medical
20 conditions that the insured is suffering from?    14:19:47
21    A   I would have to go back and look at it.  I
22 read it and I thought it was -- the one I read was
23 very general and wasn't very informative.  It didn't
24 give any specific recommendations.
25      And I should probably have it in front of   14:19:59

**Page 31**

1 me before paraphrasing, but my recollection is   14:20:01
2 that it just talked about that she may be more
3 sensitive to certain environmental factors.
15    A   I don't believe it has any.  Those two --   14:20:32
16 those two conditions for cleaning smoke -- residual
17 smoke, char and soot, I don't believe it has any
18 impact.

**Page 32**

1 the same.                          14:21:01
2      You need to clean the surfaces, HEPA vac
3 or do whatever you need to do to get rid of whatever
4 is there and then you are done and then the place
5 has been restored to background levels and there is   14:21:10
6 no -- no changes.
7    Q   Did you have any discussions with any
8 medical professionals as to what level of cleaning
9 an insured suffering from these conditions would
10 require?                           14:21:25
11    A   No.
12    Q   Did you have any discussions with any
13 other experts as to what level of cleaning an
14 insured with these medical conditions would require?
15    A   No, not for the medical condition.   14:21:33
16    Q   Would your opinion -- let me put it this
17 way.
18      Could your opinion change if a medical
19 professional required a higher level of cleaning
20 than what is recommended in this report?    14:21:47
21      MR. MARTI:  Incomplete hypothetical.
22      You can answer.
23      THE WITNESS:  It wouldn't affect it if
24 they were saying it had to be cleaned beyond what
25 would be normal background, if you understand what I   14:22:00

**Page 33**

1 mean by background, because if something needs to be   14:22:04
2 cleaned beyond background, then in my mind, that is
3 not a result of the smoke damage.  It's a result of
4 the environment that we are not going to do anything
5 short of building a bubble, right?        14:22:16
6      So if we can -- if the place is cleaned to
7 a background level where the contaminants in the
8 home are the same as the contaminants outside the
9 home on a daily basis -- because the home is located
10 in the Southern California basin.        14:22:30
11      If the medical professionals are saying it
12 has to go beyond that, then I think we have stepped
13 beyond the scope of what smoke restoration would
14 require.
15      So beyond that, I don't think it would    14:22:41
16 affect my opinion.
17 BY MR. SCOTT:
18    Q   If you go -- there is a "Documents
19 Reviewed" portion there.
20    A   Yes.                        14:22:58
21    Q   And these are all the documents that you
22 reviewed in connection with generating this report?
23    A   Yes, those are all the ones I had at the
24 time.
25    Q   After you generated this report, did you   14:23:06

9 (Pages 30 - 33)

1 review additional documents?                14:23:08
2     A   I reviewed some depositions.  I reviewed a
3 deposition by Jose -- forget his last name -- from
4 KCE.
5         I reviewed the deposition of a Brian    14:23:18
6 Lowder from Rider Levitt.  I have "Ride Levitt."
7 That should be "Rider Levitt."
8         I have since reviewed the deposition we
9 talked about yesterday.
10    Q   That was Aram Kaloustian?              14:23:36
11    A   Yes, I read his deposition yesterday in
12 the afternoon.
13        I received the letter from the medical
14 professional since then.
15        I probably received another couple of   14:23:59
16 documents that may not have been that pertinent to
17 my opinion.
18    Q   Did you review any documents relating to a
19 retaining wall on the property?
20    A   The only stuff I saw on the retaining wall  14:24:12
21 was with Jose from KCE where he was putting together
22 a proposal to engineer the wall and build the cement
23 wall instead of the railroad tie wall.
24    Q   Other than that, anything else that comes
25 to mind?                                     14:24:29
                                              Page 34

1     A   No.                                 14:24:29
2     Q   You did a site visit, as well?
3     A   Yes.
4     Q   Did that site visit modify the opinions
5 that you have offered in this report in any way?   14:24:36
6     A   No.  If anything, I think it made it more
7 clear that -- and bolstered my opinions.
8         The site visit and my review of the
9 before-and-after pictures from Google Earth, I
10 think, really helped clear up my opinions as to the  14:24:55
11 level of damage of the home that was as a result of
12 the fire and smoke and what level of repairs were
13 probably required.
14    Q   So it confirmed the opinions that you have
15 already stated in here?                       14:25:09
16    A   I think so.  If anything, it lessened my
17 belief that remediation is still now required, yeah.
18    Q   In the discussion portion, that is
19 generally the summation of your opinions that you
20 are offering in this case?                    14:25:25
21    A   That's correct.
22    Q   Were these opinions based upon the
23 RIA guidelines?
24    A   Yes.
25    Q   And you are familiar with those, I     14:25:35
                                              Page 35

1 presume?                                      14:25:36
2     A   Yeah, I handed you some excerpts from it
3 today.
4     Q   I am going to give you the whole thing.
5     A   Oh, lord.  Okay.                      14:25:42
6     Q   I resisted printing it all.
7     A   I should have, too.
8     Q   I know.
9     A   I just printed out fifteen pages or ten or
10 eleven pages.                                14:25:59
11        I got it right here in front of me.
12    Q   That is Exhibit 612.
13        (Deposition Exhibit 612 was marked for
14        identification by the court reporter and
15        is attached hereto.)                   14:26:09
16 BY MR. SCOTT:
17    Q   Mr. Brussel, you have seen these RIA
18 guidelines before?
19    A   Yeah, I have them electronically on my
20 server.                                      14:26:15
21    Q   You are generally familiar with them?
22    A   Sure.
23    Q   I just wanted to walk you through two or
24 three provisions in here.
25    A   Absolutely.                           14:26:22
                                              Page 36

1     Q   If you could turn to page 27, paragraph   14:26:23
2 6-8.6.
3         MR. MARTI:  What paragraph?
4         MR. SCOTT:  It's 6-8.6.
5 BY MR. SCOTT:                                 14:26:37
6     Q   You got it.
7     A   Yep, I got it.
8     Q   First sentence,
9         "Chemical sensitivities, asthma,
10        coronary problems, the presence of      14:26:44
11        elderly, infirm, or very young occupants
12        are among conditions which may affect the
13        character, sequence, cost of damage repair
14        work."
15        Do you see that?                       14:26:56
16    A   I do see that.
17    Q   Did you take that into account in
18 rendering your opinion?
19    A   Yes, I did.
20
21
22
23
24
25
                                              Page 37

Veritext Legal Solutions
866 299-5127

1 job, and also, that if the cleaning -- well,   14:27:16
2 actually, regardless, the cleaning should be done at
3 a time when she is not in the home.
4      It's much like mold restoration. When you
5 do smoke and soot restoration, you are going to   14:27:28
6 agitate some of the -- some of the material. It's
7 going to get airborne, which is why we do HEPA
8 vaccing and air scrubbers if there is any level of
9 soot that exists.
10      So I think you have to take that into   14:27:41
11 consideration.
12   Q   And you are confident that you did?
13   A   Yes.
14   Q   If you could turn to page 49, and take a
15 look at 9-9, last two sentences. It starts with   14:27:55
16 "sensitive individuals."
17      Do you see that?
18   A   Yes.
19   Q   (Reading):
20      "Sensitive individuals should recognize   14:28:05
21      the allergic potential of damaged sites
22      and avoid unnecessary exposure. When
23      individuals with chronic respiratory
24      ailments are involved, this information
25      should be communicated as early as   14:28:17

Page 38

1      possible, in writing, to damage repair   14:28:18
2      professionals who will be involved in the
3      restoration of the building or its
4      contents."
5   A   Yes.   14:28:26
6   Q   Did you take that into account in
7 rendering your opinion?
8   A   Yes, and I think that's what I just said
9 in the last answer, that she should be nowhere near
10 the home when it's being cleaned.   14:28:34
11   Q   Do you know if Ninyo and Moore took this
12 into account when rendering their opinions?
13      MR. MARTI: Calls for speculation.
14      THE WITNESS: I have no idea. I have not
15 talked to them.   14:28:42
16 BY MR. SCOTT:
17   Q   Did you see any reference to this
18 guideline in any of their reports?
19   A   Not that I recall.
20   Q   Did you rely on their reports in rendering   14:28:48
21 your opinions in this case?
22   A   No, I didn't.
23      I looked at the KCE Matrix first report
24 and then I based most of my opinions on that report,
25 the very first one that I saw, that and the RIA   14:29:01

Page 39

1 guidelines.   14:29:06
2      And then since then, as my opinions have
3 evolved, it would have been due to the site
4 inspection and the new information from Brian Daly.
5   Q   Did you review the Ninyo and Moore reports   14:29:16
6 in connection with rendering your opinion?
7   A   Let's see if I had it.
8      I am pretty sure I had it by then but let
9 me double-check.
10   Q   And there are two of them, if you want   14:29:30
11 clarification. I don't want to confuse you. I am
12 not trying to trick you on this.
13   A   No, no, I probably read it after I wrote
14 this report because I don't see it listed in here.
15      MR. MARTI: It could also be contained in   14:29:42
16 the State Farm production.
17      THE WITNESS: Oh, you know what, that is
18 right, the last thing on -- thank you, Mr. Marti.
19      The last note I have on here is the
20 State Farm claim file, which is some 4000 pages, and   14:29:53
21 I believe the Ninyo and Moore reports are in there.
22 So I would have reviewed them in there.
23 BY MR. SCOTT:
24   Q   All right.
25      Did they form the basis of any of the   14:30:03

Page 40

1 opinions that you offered in the case?   14:30:06
2      In other words, did you rely on their
3 findings in rendering your opinion in this case?
4   A   I think they're part of it, and I think
5 their opinions were -- I don't know if they differed   14:30:17
6 that much from the KCE Matrix opinions. They were
7 similar.
8      Both reports were fairly similar in
9 findings and both reports were similarly vague in
10 recommendations where they do what most -- most   14:30:34
11 CIH's and environmental firms always do in all the
12 restorations that we did is they gave us general
13 recommendations and they leave it up to the
14 restoration contractor to pick the most suitable,
15 which is also what the RIA does.   14:30:49
16      It puts the burden on the guy doing the
17 work to determine the right steps necessary to make
18 sure it's cleaned in a safe and effective manner.
19   Q   Going back to the RIA Guidelines --
20   A   Yes.   14:31:05
21   Q   -- if you could go back to page 49.
22   A   I am there.
23   Q   And lime -- looking at 9-9.1.
24      If you just read that paragraph to
25 yourself. I don't want to read the whole thing in   14:31:25

Page 41

11 (Pages 38 - 41)

Veritext Legal Solutions
866 299-5127

1 the record.                    14:31:27
2    A   Okay.  I am familiar with that provision.
3    Q   Did you take this provision into account
4 when you rendered your opinion in this case?
5        MR. MARTI:  Asked and answered.        14:31:41
6        THE WITNESS:  I did.  At the time I wrote
7 it, I didn't have any of this information that is
8 referred to in here so -- but I think in general, my
9 recommendations would comply with this, yes.
10 BY MR. SCOTT:                    14:31:53
11   Q   Did you have a physician or allergist
12 review your expert report?
13   A   No.
14   Q   Do you know if Ninyo and Moore had a
15 physician or allergist review their reports?    14:32:02
16   A   No, but this talks about -- not the expert
17 report.  It talks about the restoration contractor
18 when he puts together his protocols.
19       It's the next step down the line, right?
20 It's not the -- it's not the CIH or the -- you know,   14:32:16
21 KCE Matrix is not a CIH, but they're still
22 environmentalists.
23       It's not their protocol because they
24 didn't really give a protocol.  It would be the next
25 guy down the line:  this is what I am planning to    14:32:30
Page 42

1 clean, this is how I am going to clean, these are    14:32:33
2 the chemicals I am going to use.
3 ████████████████████████████████████████████████
4 ████████████████████████████████████████████████
5 ████████████████████████████████████████████████
6 ████████████████████████████████████████████████
7       I think that's what this paragraph says.
8    Q   I know Ninyo and Moore had some
9 recommendations as to what should be cleaned and how
10 it should be cleaned and things like that in their    14:32:56
11 second report.
12       Do you recall that?
13   A   I don't.
14   Q   Do you know what, let me just mark it
15 right now because we're at this point.        14:33:03
16   A   Let's do that.
17   Q   It's confusing talking in abstracts
18 sometimes.
19   A   I will agree with that.
20       (Deposition Exhibit 613 was marked for    14:33:10
21        identification by the court reporter and
22        is attached hereto.)
23 BY MR. SCOTT:
24   Q   Mr. Brussel, you have been handed
25 Exhibit 613, which is a May 14, 2019, correspondence    14:33:38
Page 43

1 from Ninyo and Moore to State Farm.        14:33:44
2       Have you seen this before?
3    A   It looks very familiar, yes.
4    Q   And if you look at the first page, they
5 have some bullet points towards the bottom.    14:33:52
6    A   Correct.
7    Q   And to me, these appear to be Ninyo and
8 Moore's recommendations as to how the property
9 should have been remediated based on their hygienic
10 testing.                    14:34:07
11   A   I am going to respectfully disagree with
12 that.
13       This is much like what I talked about.
14       What it does is it says what needs to be
15 cleaned and it says who needs to clean it, which    14:34:17
16 here is they call it a qualified firm, but it
17 doesn't say how those materials are to be cleaned,
18 in other words, what process.
19       Let's take the first bullet point,
20       "Interior horizontal, vertical, and    14:34:34
21       ceiling surfaces should be cleaned by a
22       qualified firm."
23       So the inside of the house has a sealed
24 hardwood floor.  It has concrete countertops.  It
25 has painted drywall.  It has interior cement    14:34:49
Page 44

1 plaster.  It has in the garage a reclaimed -- looks    14:34:53
2 like a barn wood ceiling, which is a rough sawn
3 ceiling.
4       Those all will have different cleaning
5 records if there is smoke and soot and char on them.    14:35:03
6       Have metal framed windows.
7       Metal framed windows can be cleaned with a
8 wet, damp, sponge and some light detergent.
9       Walls would also be wet wiped with a damp
10 cloth, and if necessary, repainted.        14:35:19
11       Cement surfaces are impervious, so they
12 can be cleaned.
13       The wood floors are sealed.
14       The barn wood ceiling is a little
15 different.  That may need to have a more aggressive    14:35:28
16 sealant because it's got lots of pores in it.
17       So all of those would be proposed by the
18 restoration contractor, what chemicals, if any, are
19 you going to use, and does that have a long-have
20 residual effect.                14:35:42
21       Are there any VOC's in the cleaning
22 compounds that you are going to use because those
23 would, I guess, be probably be forbidden in her
24 home.
25       So I think that is what the RIA is talking    14:35:50
Page 45

12 (Pages 42 - 45)

1 about, that next step, let's talk about specifically   14:35:52
2 how you are going to clean it, not what you are
3 going to clean.
4    Q   So to your knowledge, was this May 14,
5 2019, Ninyo and Moore report ever turned over to   14:36:01
6 another remediation consultant?
7    A   I have no idea.
8    Q   You don't know.
9       Are you a remediation consultant?
10    A   I used to be -- well, I was a remediation   14:36:11
11 contractor for years.
12    Q   That's the phrase I am looking for, yeah.
13    A   For about five years in Vegas, I had two
14 crews that all they did was mold and fire and water
15 restoration.   14:36:22
16       They -- we did a lot of structural
17 reconstructions due to leaks and cracks and stuff,
18 but we also did a lot of fire loss, water loss and a
19 lot of mold remediation.
20    Q   So if you as a remediation contractor   14:36:34
21 received a copy of this Ninyo and Moore report --
22    A   Yes.
23    Q   -- 613, what would you do with it?
24    A   The first thing I would do is I would want
25 to go look at the house and document all the   14:36:43

Page 46

1 different kinds of finishes.   14:36:46
2       I would then propose how to clean those.
3 I would do my research, see how you can clean them
4 without damaging them or if they can't be cleaned,
5 depending on the level of soot and char there and   14:36:57
6 how porous it is.
7       I would then propose a scope of work.
8       If we have unsealed drywall that has a
9 heavy soot penetration, I would probably propose
10 encapsulation -- cleaning, encapsulation and paint.   14:37:14
11       If I have hard clean surfaces such as
12 mirrors and glass tile and concrete, I would propose
13 just a thorough cleansing either with just a damp
14 method or steam or if necessary -- not if necessary.
15       I would also probably do a thorough HEPA   14:37:30
16 vac of the property, really get every little nook
17 and cranny and suck it out and get rid of all of
18 that stuff.
19       And then when you are all done, then you
20 have it tested once more by the CIH and see if you   14:37:41
21 got it all, much like a mold remediation.
22    Q   How about the exterior hard scapes like
23 the wood decking that you saw or the weed underneath
24 the balcony, what is your opinion on those as to
25 whether they can be remediated?   14:37:55

Page 47

1    A   Yeah, anything on the exterior can be   14:37:57
2 remediated.  I mean it's -- you probably get more
3 crap coming down just from the regular fog and smog
4 on the coastal areas than do you from a fire.
5       I mean right after the fire, you are going   14:38:07
6 to have a lot, but exterior surfaces, by their very
7 nature, can be cleaned with water because they stand
8 up to rainstorms.
9       So if you really need to clean it,
10 pressure wash.  That's all you need to do.   14:38:18
11    Q   That would be sufficient to get it back to
12 100 percent of pre-loss condition?
13    A   Yes, I think so, just pressure washing.
14       The wood deck was pretty raw.  If I was
15 her contractor, I would say we should pressure wash   14:38:30
16 it and oil it because it was looking in pretty rough
17 shape.
18    Q   So just going back to the RIA guidelines,
19 your opinion is that this Ninyo and Moore report,
20 the 613, this is not something that needed to be   14:38:50
21 blessed by a physician or an allergist.
22    A   I don't -- I don't think there is any
23 information here that they could analyze because the
24 RIA says -- you know, talks about the procedures and
25 the procedures aren't in here.   14:39:04

Page 48

1       This just gives a scope of here is the   14:39:06
2 things we think need to be done based on what we saw
3 out there.
4       And at the time they did this inspection
5 in May, it was probably accurate.   14:39:15
6    Q   And I may have asked you this before,
7 but you factored this 9-9.1 into your analysis in
8 your expert report?
9    A   No, I didn't use it at all.
10    Q   Why is that?   14:39:27
11    A   I didn't think it was relevant in -- my
12 expert report doesn't talk about specific
13 procedures.
14    Q   Just I'm just going to go through kind of
15 sentence by sentence in your report here.   14:39:42
16    A   Sure.
17    Q   If you want to just put it in front of
18 you, work off the same thing.
19    A   Absolutely.
20    Q   The first sentence says,   14:39:48
21       "It is unclear from the
22       documents reviewed what basis Doherty is
23       using to justify the extensive remediation
24       scope that results in a $2,548,108
25       estimate from Rider."   14:40:03

Page 49

13 (Pages 46 - 49)

1   A   Yes.                          14:40:04
2   Q   What was unclear about that to you?
3   A   The -- I didn't see a remediation scope.
4   What I saw was a lot of just remove and replace
5   without any basis for the removal and replacement.   14:40:15
6       So the intent of that sentence is not --
7   is just to say in order for me to really accurately
8   analyze all the stuff in his cost estimate probably
9   needs more detail and some more backup on
10  certainly a lot of line items.              14:40:37
11      The bids that he provided as backup are
12  pretty general in nature but don't talk about this
13  is why we have to do this and this is why we have
14  to. So it was just unclear.
15  Q   After reviewing Mr. Lowder's deposition   14:40:50
16  transcript, did the reasoning behind his scope of
17  repair become more clear?
18  A   It became a lot more clear.
19  Q   Would you say this sentence is no longer
20  applicable?                              14:41:02
21  A   Well, yeah, because it's now clear.  That
22  doesn't mean I agree with it but I certainly
23  understand now what he is doing.
24  Q   I see.
25      Then it goes on and it's talking about the   14:41:17
                                              Page 50

1   KCE Matrix report.                       14:41:26
2       It says,
3       "Their report indicates that the
4       remediation of the property follows the
5       RIA guidelines for cleaning and/or       14:41:33
6       replacement."
7   A   Right.
8   Q   (Reading):
9       "They do not specifically recommend
10      replacement of any components and do not   14:41:38
11      mention the electrical fixtures in their
12      report."
13  A   Right.
14  Q   From what you said previously, that is
15  typical, though, for a CIH to have their report   14:41:49
16  general like that?
17  A   Very typical.
18      I thought the report was exactly probably
19  what I would expect from them.
20  Q   A review -- this is just going on here,   14:42:03
21      "A review of the RIA guidelines reveals
22      that most, if not all, soot, char and
23      smoke damage can and should be cleaned
24      using various techniques."
25      And my first question is what is the basis   14:42:15
                                              Page 51

1   of that statement?                       14:42:18
2   A   The manual.
3       And I would -- there are some excerpts.  I
4   didn't print the whole thing because I would never
5   find what I was looking for.              14:42:27
6       So I started on page 1 and I just
7   highlighted some of the sentences I thought were
8   important.
9       And I apologize if I am going to do a bit
10  of a narrative here.                      14:42:43
11  Q   First -- sorry, sorry to interrupt.
12      Just for the record, we're looking at
13  Exhibit 610.
14  A   Yes, that's correct.  Thank you.
15      So on the second page, it talks about, you   14:42:53
16  know, fire and smoke damage on buildings.
17      You have to determine how severe is it and
18  what is the appropriate way to treat it and what
19  results can be reasonably expected.
20      And understand that this -- this guideline   14:43:08
21  is written for restoration contractors, not for
22  inspectors, et cetera.
23      I mean that's really if you read the whole
24  thing, it's geared to this is how restoration
25  contractors should behave.                14:43:19
                                              Page 52

1       And then on page 2, it actually defines   14:43:21
2   how it defines damage.
3       So light damage is loose fire residues,
4   which can be remediated by cleansing of walls,
5   floor, ceiling, et cetera.                14:43:32
6       Moderate damage is more persistent fire
7   residues and some localized heat damage like a
8   burned cabinet, fire odors.  So that is kind of
9   moderate damage.
10      Severe damage is when there is actual    14:43:48
11  damage to structural materials such as burnt framing
12  and cabinets, et cetera.
13      And then if -- we don't need page 8 that
14  much.
15      If you go to page 43, it defines the type   14:44:03
16  of heat damage.
17      And then I just looked at this -- starting
18  on page 59, it talks about different kinds of
19  procedures and how you can -- how you can clean and
20  what kind of options you have for cleaning the home.   14:44:26
21      And all the way back on page 74, it talks
22  about drywall, walls and ceilings, specifically, and
23  it just talks about how you can do it by cleaning.
24      If the drywall is in good shape, you can
25  clean it, and if you need to, you can repaint it, if   14:44:44
                                              Page 53

14 (Pages 50 - 53)

1 you need to seal in the smoke odor.          14:44:47
2      So this is really what the IRA does, and
3 interestingly enough, as big as that manual is, it
4 tends to stay away from specific recommendations of
5 if this is going on, clean this way.          14:44:58
6      It always directs the restoration
7 contractor to go in, access it, clean it and, if
8 necessary, do a more aggressive cleaning or a
9 replacement if you can't clean it.
10      That's kind of how the book is written,          14:45:12
11 much like a CIH report.
12      So these group of documents, I think is --
13 kind of give that overtone of how that -- how the
14 book is written.
15      Q   So based on your review of the RIA          14:45:29
16 guidelines, that is the basis for that sentence that
17 we just went over?
18      A   Yes, that -- that the house can and should
19 be cleaned, and if you run into something
20 extraordinary that for some reason can't be cleaned,          14:45:44
21 then consider replacement or a more aggressive
22 cleaning or some kind of alternate method than
23 rather just standard cleaning.
24      Q   At the moment -- and you may not have
25 gotten this far in the analysis -- but at the          14:45:56

Page 54

1 moment, can you identify anything in the house that          14:45:58
2 cannot be cleaned?
3      A   No, I didn't find anything in my
4 inspection.
5      The only thing that I looked at that may          14:46:07
6 need an extraordinary effort would be that reclaimed
7 wood ceiling in the converted garage, the office,
8 because it's an unsealed porous wood and you can't
9 wipe it because it's just too porous.
10      You could probably put some kind of a          14:46:23
11 sealer on it, some kind of a clear coat sealer that
12 would seal everything in after a good HEPA vac, but
13 I would have to research that a little bit more, but
14 everything else was a hard surface in there. There
15 was -- take -- taking out of the picture any soft          14:46:37
16 goods, carpets, like the area rugs or personal
17 property.
18      The wood floors were completely sealed
19 wood floor. There were a few gaps where the floor
20 had come apart. That can be resealed after HEPA vac          14:46:52
21 easily enough.
22      All the -- certainly, the concrete and
23 tile surfaces can all be cleaned, and there was a
24 lot of that.
25      The walls can be cleaned and, if          14:47:01

Page 55

1 necessary, painted.          14:47:03
2      The electrical fixtures, most of those can
3 be cleaned.  If you need to replace a few sconces or
4 something because they're just really difficult,
5 that wouldn't be very expensive.          14:47:13
6      Q   When you say "electrical fixtures," what
7 are you referring to?
8      A   The recessed lights.  The recessed lights
9 are -- they're an enclosed can.
10      Actually, looking at -- looking at the          14:47:24
11 specs on the remodel sheet, it would be really
12 helpful in identifying the actual can, because I
13 don't know what the specific number is, but there
14 was one can that was loose, I think, in the what is
15 called the on suite downstairs, the third bedroom,          14:47:38
16 if you will.
17      There was one can that was loose down from
18 the ceiling and it -- what it showed is that the LED
19 fixture was actually a self-contained can and the
20 trim was sealed.          14:47:53
21      And all of the other trims in the entire
22 house had the trim completely caulked and sealed
23 into the drywall, so there was no way for smoke or
24 soot to get into those fixtures.
25      There were a couple of wall sconces that          14:48:05

Page 56

1 looked a little bit crevicey (sic), but they          14:48:07
2 weren't -- there were only a few of them.
3      They weren't terribly expensive even by
4 the bid from the electrician.  Those can be easily
5 replaced if necessary.          14:48:18
6      And then you just have some plugs and
7 switches.
8      Q   How about the Wolf range, what is your
9 opinion as whether that can be cleaned or it needs
10 to be replaced?          14:48:26
11      A   Yeah, it's stainless steel.  You can clean
12 it.  I mean you get more smoke and soot when you
13 burn your first roast in the oven than you do from a
14 fire.  At least, I do.
15      Q   How about the electrical appliances, like,          14:48:37
16 for example, the phonograph or any kind of other
17 electrical computer equipment?
18      A   Well --
19      Q   Did you make any -- sorry, just let me ask
20 you a question.          14:48:49
21      A   I apologize for that.
22      Q   Did you make any determination as to
23 whether those items can be cleaned or whether they
24 need to be replaced?
25      A   As far as I could tell, they should all be          14:48:57

Page 57

Veritext Legal Solutions
866 299-5127

1 able to be cleaned.                        14:48:59
2    Q    And how would that cleaning take place?
3    A    With just a soft cloth cleaning.  They
4 were all hard surface type of deals, probably some
5 very specific HEPA vaccing to get rid of any little        14:49:09
6 air cavities on the inside.
7    Q    Do you think any of those -- any of that
8 electrical equipment needs to be disassembled before
9 it can be cleaned?
10    A    I don't know enough about it.               14:49:20
11    Q    I want to just briefly talk about the
12 floors and I may get into it in more detail when I
13 go through the ROB bid, but when you visited the
14 property, what was your observation of the type of
15 flooring that is installed in the house?           14:49:40
16    A    It's a distressed flooring.  It looks like
17 an oak type of a floor.
18        It has a sealer on it of some kind of --
19 I'm not exactly sure what kind of sealer it is, but
20 it has some kind of a hard oil or resin-based sealer    14:49:54
21 that not only seals the wood but also seals all of
22 the joints between the planks.
23        As I walked around, there were maybe
24 10 percent of the joints that had opened up where    14:50:11
25 they were previously sealed and there was a very
                                            Page 58

1 small sliver -- a very small sliver of crack between    14:50:13
2 the joints.
3        So that floor certainly can be cleaned.
4        If I was the restoration contractor, the
5 first thing I would do is I would HEPA vac all of    14:50:24
6 the joints and get any loose material out.
7        And then I would selectively reseal all of
8 those joints and then I would do a light steam
9 cleaning on all of the wood surfaces to get any
10 surface residue off.                          14:50:39
11        And I think that would be very effective.
12    Q    You saw that the floors have their sort of
13 a -- I don't know if "unfinished" is the right word,
14 but there is sort of an unfinished, natural looking
15 surface on them with all sorts of tiny, little    14:50:52
16 grooves, things likes that.
17    A    Yes.
18    Q    You saw that.
19        Is it your opinion that a vacuuming could
20 clean those to 100 percent of pre-loss condition?    14:51:00
21    A    Yes.
22    Q    It is?
23        What kind of vacuuming would be required?
24    A    You would have a very strong HEPA vac with
25 probably an agitator brush on, so soft agitator    14:51:10
                                            Page 59

1 brush that would get in there and just loosen        14:51:12
2 everything up, and as it loosens it, it sucks it up
3 into the HEPA vac and gets rid of it all.
4        And then you just reseal the floor.
5    Q    Do you recall where her refrigerator is    14:51:24
6 located back in that little nook behind the kitchen?
7    A    I do.
8    Q    And did you see that the floor in that
9 portion is damaged?
10    A    I saw some water staining right in front    14:51:30
11 of the fridge, yes.
12    Q    Do you know or do you have an opinion as
13 to whether that portion of the flooring can be
14 replaced with like kind flooring to match the rest
15 of the house?                              14:51:44
16    A    It's difficult to do.  I have had various
17 degrees of success with wood floors.
18        You have to start with the exact same
19 floor that was put in, the same board, and then you
20 have to have a really skilled craftsman do the    14:51:56
21 staining.
22        It can be done but it's very difficult.
23        MR. SCOTT:  Can we take a five-minute
24 break.
25        THE WITNESS:  Absolutely.            14:52:12
                                            Page 60

1        MR. SCOTT:  Ready to go to the next topic    14:52:13
2 here.
3        THE VIDEOGRAPHER:  The time is 2:52 p.m.
4 We are going off the record.
5        (Off the record.)                   14:52:19
6        THE VIDEOGRAPHER:  The time is 3:04 p.m.
7 We're back on the record.
8 BY MR. SCOTT:
9    Q    Just going back to Exhibit 611, which was
10 your report, and the end of that first paragraph in    15:04:18
11 the discussion portion.
12    A    Yes.
13    Q    (Reading):
14        "It has been BCCM's experience that
15        surfaces such as stucco and drywall can be    15:04:25
16        effectively cleaned and sealed without the
17        necessity of removal and replacement."
18    A    Yes.
19    Q    First off, which is this talking about,
20 the exterior and interior of the property or one or    15:04:36
21 the other?
22    A    It's talking about both, potentially,
23 because that's -- from what I could see at the time
24 before my site inspection, it looked like the
25 interior was mostly drywall and the exterior was    15:04:49
                                            Page 61

16 (Pages 58 - 61)

Page 62

```
 1  mostly stucco.                          15:04:52
 2      Q   Did your opinion on that change after your
 3  site visit?
 4      A   No, except I think the stucco as it is
 5  today, I would never recommend -- I wouldn't    15:05:00
 6  recommend doing any pressure washing on it just
 7  because of the condition of the stucco.  I think
 8  it's -- I mean you could probably wash it and --
 9  hose wash it but not pressure wash it.
10      Q   How would you recommend the exterior     15:05:13
11  stucco be cleaned?
12      A   If it needs to be cleaned, I would just
13  use a hose and a soft brush like a car wash brush on
14  an extension pole.
15      Q   And that would be sufficient to return it  15:05:26
16  to pre-loss condition, in your opinion?
17      A   Yes.
18      Q   You saw on the exterior, there was some
19  cracking on the stucco or plaster, whatever it is.
20          Did you form any opinion as to what the   15:05:40
21  cause of that cracking may have been?
22      A   Yes, I did, and I think we should start by
23  defining what it is.
24          It's stucco is an exterior cement plaster.
25  Plaster is either gypsum based or cement based.    15:05:53
```

Page 63

```
 1          On the interior, plaster tends to be     15:05:57
 2  mostly gypsum based because it doesn't need to stand
 3  up to water and that's where you get stuff like
 4  Venetian plaster, which is a true plaster finish
 5  that has to be sealed.                       15:06:10
 6          I didn't see any of that out there,
 7  interior or exterior.
 8          The exterior has what we used to call when
 9  I was building in Malibu a hard trowel or steel
10  trowel stucco or cement plaster finish.       15:06:22
11          Basically, they're the same thing.
12  They're interchangeable.
13          It's supposed to look like it looks with a
14  lot of color blotching and kind of trowel marks on
15  it and that's -- that's the look that they use all  15:06:33
16  the time out there.
17          Most of the houses -- actually all the
18  houses I ever built out there except one had that
19  finish on it.
20          That finish is susceptible to and is      15:06:43
21  desirable if gets some very minor spider-like
22  cracking to it.  It's supposed to look kind of old
23  and Mediterranean, but the cracking that I saw out
24  there looked like it was almost all from one of two
25  reasons, water intrusion, which I saw a ton of water  15:06:59
```

Page 64

```
 1  intrusion cracks on the outside, particularly around  15:07:02
 2  the balcony around some of the windows and around
 3  the soffits where you go from a vertical to a
 4  horizontal surface, and I also saw a lot of cracking
 5  that was linear that was indicative of where the   15:07:14
 6  base lath was improperly lathed.
 7          So the lath they put on houses comes in
 8  rolls, and the rolls are meant to be hung in just
 9  one direction, up and down.  You can't flip them 180
10  because they have a little wire ear on one side and  15:07:30
11  a papered ear on the other side.
12          And if you install them wrong, you don't
13  get a wire-to-wire joint, which you have to have;
14  you get a wire-to-paper joint.  So that creates a
15  weak spot in the substrates and then it cracks this  15:07:45
16  way and it cracks that way.
17          And there were a couple of elevations
18  where that was really evident and then there were
19  other elevations where it was really evident that
20  the water was getting in at the deck, at the    15:07:59
21  soffits, around the windows and a couple of doors
22  that were typical water intrusion cracks, even
23  staining coming through them.
24      Q   Do you remember on the balcony, the side
25  facing the ocean, there is a pretty severe crack on  15:08:10
```

Page 65

```
 1  the balcony portion?                         15:08:13
 2      A   Yes.
 3      Q   What is your opinion as to the nature of
 4  that cracking?
 5      A   The deck is leaking like a sieve.  That   15:08:17
 6  deck is going to fall down within three years, in my
 7  opinion.
 8          If I was her contractor, I would say you
 9  need to tear this thing down and start over because
10  it's going to fail.                          15:08:27
11          I guarantee you, she's got some dry rot
12  starting in those support beams.
13          MR. SCOTT:  Can we go off the record for a
14  second?
15          THE WITNESS:  Yes.                   15:08:36
16          THE VIDEOGRAPHER:  The time is 3:08 p.m.
17  We're going off the record.
18          (Off the record.)
19          THE VIDEOGRAPHER:  The time is 3:11.
20  We're back on the record.                    15:11:56
21  BY MR. SCOTT:
22      Q   We were talking about the balcony.
23          You think that is going to fall in
24  three years?
25      A   I mean it may last longer, but if you look  15:12:02
```

17 (Pages 62 - 65)

Page 66

1 at that balcony, the cracking along where the beam    15:12:06
2 support is on the edge, that stucco cracking is
3 because of the severe water intrusion.
4        It's leaking at the railing posts because
5 they're not flashed.  You can see right through to    15:12:17
6 the framing.
7        It's also leaking through the tile, and
8 the reason you can see that is if you look
9 underneath that deck, you can see water staining at
10 both sides of all the support beams at the    15:12:27
11 two-by-six.
12        There is water staining coming down the
13 beams -- so the water is getting through the tile
14 and it's coming out where the nail penetrations are
15 holding the decking onto the beams.    15:12:37
16        It's leaking there and there is water
17 staining -- and you will see the pictures on the
18 full size -- water staining all along the back of
19 that soffitted (sic), stuccoed beam at the end.
20        So it's leaking badly.    15:12:48
21        It may be salvageable now.  I don't know
22 how old it is, probably a year or two old.
23        If you strip the stucco, you may be able
24 to save the beam and the framing just by cleaning
25 but it should be redone.    15:13:03

Page 67

1        If she was my client, I would advise her    15:13:04
2 to not let anybody out on the balcony and to strip
3 it and rebuild it today.  I really would.
4    Q   Any of the other cracks on the stucco --
5 well, let me rephrase that.    15:13:13
6        Did you make a determination one way or
7 another as to whether any of the cracking on the
8 exterior stucco was caused by fire?
9    A   None.
10    Q   Meaning you --    15:13:25
11    A   There is no cracks out there caused by
12 heat, nothing.
13    Q   That is the opinion you are going to
14 render in the case.
15    A   Yes, it is.    15:13:32
16    Q   Now, the interior drywall, how would you
17 recommend that that be cleaned?
18    A   I would start off just with a -- with a
19 damp wiping of it with a damp sponge, probably a
20 mild detergent just to give it some kind of a    15:13:49
21 surfactant in there which would help break up the
22 surface.
23        Worst case scenario, if you -- if it --
24 A, if it needed to be cleaned still -- and I think
25 Brian Daly will talk more about that -- if it still    15:14:02

Page 68

1 needs to be cleaned beyond where it is now, a light    15:14:05
2 cleaning, retesting, and if it's not successful,
3 then I would just repaint it.  I would put a primer
4 encapsulant on it and repaint it back to the
5 original condition.    15:14:19
6    Q   You recall -- you may have seen this in
7 the file, that there was an agreement that all the
8 HVAC ductwork needs to be replaced in the home.
9    A   And I agree with that.  I thought that
10 recommendation was reasonable.    15:14:30
11        Any soft ducting, flexible duct, if it's
12 impacted should be replaced.  I agree with that a
13 hundred percent.
14        Hard surface ducting can be cleaned.  It's
15 done all the time.    15:14:42
16        The air handlers can be cleaned.  That's
17 done all the time, but the flexible ducts where they
18 exist should be cleaned.  I don't know where they
19 exist because I haven't seen the plans.
20        My guess is they're probably in the attic    15:14:53
21 areas.  That's usually where they exist.  They very
22 rarely put flexible ducting inside of wall cavities.
23 It would be -- it would be odd.  I am not saying it
24 doesn't happen -- it's not there, but it would be
25 unusual.    15:15:05

Page 69

1    Q   I frankly don't know, myself, where the    15:15:06
2 ductwork is, but if there was ductwork in a wall
3 cavity, would the drywall need to be removed in
4 order to replace that ductwork?
5    A   Yes, if it was soft ducting, it would need    15:15:17
6 to be removed and replaced, yes.
7    Q   But if it's not in a wall cavity and it's
8 in an attic or crawl space, you wouldn't need to
9 remove the drywall; is that right?
10    A   No, because that's -- you just get up and    15:15:30
11 take care of it.  It would be easy to do.
12    Q   Did you make any determination as to the
13 cause of the roof leaking?
14    A   No, I don't -- again, that was one of the
15 other things that I would love to see the remodel    15:15:41
16 specs on.
17        If the roof was new -- if they redid the
18 roof during the remodel, then it's reasonable to
19 assume that the roof leak was caused by something
20 extraordinary besides just bad roofing, and that I    15:15:55
21 don't know because I haven't seen it.
22        If it's an old roof that needed to be
23 replaced, it's hard to say.
24        Either way, the type of roof they have up
25 there, which I believe somebody identified as a    15:16:06

18 (Pages 66 - 69)

1  modified bitumen, which is a torch down roof, if          15:16:09
2  there is one leak in it, it's very easy to patch.
3  You wouldn't have to replace the entire roof.
4     Q   Did you make any determination as to what
5  the cause of the roof leaking was?                         15:16:19
6     A   No, I didn't see anything in anybody's
7  reports that was conclusive as to that.
8     Q   And you didn't go up on the roof on that
9  site visit?
10    A   No, I wasn't given a ladder.                        15:16:30
11    Q   Going onto the next paragraph of your
12 report there,
13          "The Rider estimate is largely
14          comprised of bids from single source
15          subcontractors."                                  15:16:52
16 What did you mean by that?
17    A   So one of the things that happens in the
18 estimating and bidding world -- and I mean I have
19 known Rider Hunt for years.  As a matter of fact, I
20 am pretty sure I met Brian Lowder in Hawaii on a          15:17:07
21 case.  I would have to meet him to verify that but I
22 thought it was him.
23          When you go out in the marketplace for
24 bids and you only get one trade, one sub, and he
25 knows he is the only sub, there is very little            15:17:22

Page 70

1  incentive for him to sharpen his pencil.                  15:17:25
2          As a practice, I am critical of that.  I
3  don't know whether the numbers for the scopes that
4  were presented to them for bid are unreasonable
5  because I am still not clear as to the entire scope       15:17:38
6  except it looked like they said just replace all of
7  this stuff and they came up with a bid.
8          But to get from an estimate to a bid, I
9  think you have to have more than one trade bidding
10 so that they know that there is a little                  15:17:54
11 competition.
12          It's really the only thing that keeps
13 prices in line, is competition.
14    Q   When you looked at the bids that RLB got,
15 did they look out of line to you?                          15:18:03
16          Let me ask that in a more precise way.
17          Did they look high to you?
18    A   They did, but I think a lot of that was
19 driven by the scope that was presented, but the
20 electrical, in particular, looked a little on the         15:18:19
21 high side.
22          If you look at his line items -- and I
23 started to do it and didn't really finish it -- the
24 cost for the fixtures that he has in there aren't
25 exorbitant.                                                15:18:30

Page 71

1          They're not out of line.  We don't have           15:18:31
2  any $10,000 fixtures.  They're 75 here and 150
3  there, even though there is a lot of them, but if
4  you figure there is -- I think I did the
5  calculation -- if you take four electricians at $95       15:18:44
6  an hour, which is about what they cost to employ,
7  and you have four of them in there working for a
8  week, that is $11,000.
9          And this scope of work is basically what
10 they call "trim and finish."  It's if you were            15:19:00
11 building a new house, it would be installing the
12 plugs, switches and lights.
13          Four guys could do a house like this
14 easily in a week.  If it was two weeks, it would be
15 $23,000.                                                   15:19:12
16          So his bid is 125.  There is not $100,000
17 worth of fixtures in the house, a lot less.
18          So again, that goes back to my very first
19 statement -- a little unclear as to what he is
20 really doing and how -- what are you charging for,        15:19:24
21 what is your real scope.
22          I see the lines but I don't understand the
23 scope.
24    Q   And I realize you don't have the RLB bids
25 in front of you right now.                                 15:19:34

Page 72

1          Any others that you can think of right now        15:19:35
2  that seemed high to you, not necessarily on the
3  scope of work but on the price of the work scoped
4  out in the bid?
5          And if you would like, I can give you the        15:19:46
6  report.
7     A   I have got it.  It's in my file.  I can
8  pull it out and look at it because I made some notes
9  on it.  Here it is.
10          So the roofing bid for $20,000, again, I         15:20:00
11 don't -- it looks like a lot of money for a pretty
12 small roof.  I would guess there is not more than
13 five squares up there, maybe six, because it's only
14 over that kitchen room area.  The rest is all
15 pitched.  That just a lot of money for that one.          15:20:29
16          The stucco bid at a hundred thousand
17 dollars looks pretty healthy.
18          The landscaping bid in general just seemed
19 way out of whack, $300,000 for some ficus trees and
20 some bushes.  That just didn't make any sense to me       15:20:47
21 at all.
22          The painting, based on the scope of work,
23 it's probably not that far off because he is
24 stripping all the doors and windows, which I don't
25 understand why you would strip anodized bronze            15:21:06

Page 73

19 (Pages 70 - 73)

1 windows but --                          15:21:10
2    Q    This is the exterior painting you are
3 talking about?
4    A    Well, he -- yeah, exterior and interior.
5 I think his bid for painting was $95,000, if I          15:21:15
6 remember right.
7        Yeah, I think that covered everything.
8        It's mostly interior work.  He's not doing
9 the stucco, but, you know, he was asked to repaint
10 all the hard surface doors and windows.                 15:21:33
11        Those are anodized bronze.  There is
12 nothing -- nothing gets through that stuff.  It's
13 kinds of like the pool.  Why would you replaster a
14 pool that is waterproof.  Nothing gets through that
15 plaster.                                 15:21:48
16        You have to clean the water.  You have to
17 clean the pump system.  You have to clean the
18 diatomaceous earth filter.
19        All that stuff needs to be flushed and
20 cleaned, but the glass tile and the plaster just       15:21:58
21 doesn't need to be done.  Acid wash it and you are
22 done, if it needs that.
23        So but those -- those are the main bids.
24        His bid for owners rep was -- it's a
25 little bit high.  We always did it for about          15:22:14
                                         Page 74

1 5 percent.  He is charging 10 percent, you know,       15:22:16
2 squabble about that.
3        Some of his general conditions, a thousand
4 dollars for phones, thousand dollars for -- $8000
5 for day labor when han already got everything in       15:22:31
6 there, per month.
7        So the monthly charges and the general
8 conditions, I thought, were probably double what
9 they ought to be.
10    Q    Do you think it's warranted to have an        15:22:43
11 owner's rep manage this scope of construction?
12    A    For the scope that is presented here, I
13 do, yeah.  I think that there should be an owner's
14 rep that probably goes by the project once or twice
15 a week at minimum, reviews all the bills, reviews     15:22:57
16 the contracts.
17        We used do to it a lot, and like I say,
18 our normal fees were about 5 percent was a pretty
19 competitive fee.
20        I don't think it warrants somebody there      15:23:09
21 full time because even though it's a lot of work,
22 it's a small house.  You can catch everything going
23 there a couple of times a week for a half a day and
24 then a half a day or so on the paperwork a week.
25 That would easily cover it.                15:23:22
                                         Page 75

1        So if you charged a hundred thousand          15:23:24
2 dollars, I think they would still do pretty well.
3    Q    The last -- just going back to your report
4 here, the last sentence in that second paragraph the
5 cost numbers, do you see that?  Are you with me       15:23:37
6 there?
7    A    Yeah.
8    Q    (Reading):
9        "The cost numbers generated by Rider are
10        all lump sum estimates and we did not find    15:23:43
11        sufficient back-up to properly analyze
12        those numbers."
13        First question is what do you mean by
14 "lump sum estimates?"
15    A    If you look at his backup, on a bunch of     15:23:53
16 his stuff -- let me just find it.
17        He provided bids for some of the work and
18 the other ones, the handwritten sheets -- for
19 example, I am looking at Bates stamp 617 -- excuse
20 me -- SF000617.  He's got a number there to replace   15:24:12
21 two six-ton systems, $35,600.
22        So that's a lump sum bid.  I am not sure
23 exactly what that is.  I know it's six-ton systems
24 and I can -- just like him, I can go to RS Means and
25 see what HVAC work costs per ton, but is this a full  15:24:33
                                         Page 76

1 replacement of everything, including all the metal    15:24:38
2 ducting and all the isolators and the condensers and
3 the whole thing?  Is it just air handlers?  Is it
4 just the insides of the air handlers where the heat
5 exchangers are?                          15:24:52
6        So that's what I mean by that type of
7 detail.
8        And any time he's provided those bids --
9 a water system for $15,000 -- tell me what the water
10 system is, what are you really replacing, what kind   15:25:01
11 of equipment, what is the capacity.
12        So I can't argue with these numbers
13 because I don't know what they are.  So I just can't
14 analyze them.
15    Q    And that's what you meant by that sentence    15:25:11
16 there.
17    A    Yeah, I just -- I just -- there is no way
18 to really analyze whether that is a competitive
19 number or something he just put in there because he
20 couldn't find a competitive number.  I don't know.    15:25:20
21    Q    Understood.
22        Do you think -- do you have an opinion one
23 way or another as to whether RLB is qualified to
24 provide a remediation scope with respect to this
25 property?                               15:25:45
                                         Page 77

20 (Pages 74 - 77)

1    A   Nothing I saw in his deposition tells me    15:25:47
2  that.
3         They are -- they are an estimating firm.
4  They specialize in large project construction
5  estimating. They're really good at it.    15:25:56
6         The projects I worked with them on in
7  Hawaii were two very high -- high level -- or what
8  should I say -- upscale towers, the Ali'i Towers
9  right on the --
10   Q   Yeah.    15:26:12
11   A   And there was a lot of water leaking in
12  there and they provided estimates for that and for
13  interior remediation and did a great job, really
14  good at that stuff, doing preconstruction estimates
15  and analyzing paperwork.    15:26:24
16        I am not sure -- I don't think Brian
17  Lowder has that much experience in restoration, at
18  least not from his depo, I didn't see it.
19        And I don't know if they have a lot of
20  practical experience in analyzing damage and    15:26:36
21  preparing remediation scopes.
22        I am just not sure. I haven't seen that.
23  Maybe there is somebody there that can do it.
24  I just haven't seen it.
25   Q   So regardless as to whether you agree or    15:26:48
                                              Page 78

1  disagree with what their figures are presented in    15:26:50
2  there remediation scope bid, you think that they may
3  not be qualified, in any event, to provide that
4  remediation scope.
5    A   I do.    15:27:02
6         I think his analysis of the stucco is
7  completely wrong.
8         I think his basis for that is -- you know,
9  when he said the stucco -- I think the question in
10  his deposition was, you know, do you think it's --    15:27:12
11  why do you think it's heat related or something. He
12  said well, it looks like a real good, professional
13  job.
14        I can tell you from somebody who has put
15  on stucco, supervised stucco, had eighty stucco guys    15:27:23
16  working for me at one time and done thousands and
17  thousands and thousands of yards of stucco, a lot of
18  it hard trowel, that is an abysmal stucco job. It's
19  terrible.
20        And that's the problem with stucco. I    15:27:38
21  agree with him that's not in good shape, but that's
22  not the fire that did that. It's the plasterer who
23  did a crappy job.
24   Q   Going onto the next paragraph,
25        "BCCM reviewed the remediation    15:27:54
                                              Page 79

1  scope as prepared by Ninyo and Moore."    15:27:57
2         Can you tell me which mediation scope you
3  are referring to there.
4         Is it the one that we marked as
5  Exhibit 613?    15:28:05
6    A   It must be because this is the one that
7  specifies the thorough cleaning, and I think --
8  I think that is the right direction, clean all of
9  this stuff, and I think they talk about an
10  aggressive cleaning here.    15:28:20
11   Q   You want -- just to help you out and just
12  to make sure we are both clear and talking about the
13  right thing, I am going to give you a copy of their
14  other report and you just tell me if this is -- this
15  is the one you are talking about or if it's 613.    15:28:29
16        Can you mark this as 614.
17        (Deposition Exhibit 614 was marked for
18        identification by the court reporter and
19        is attached hereto.)
20  BY MR. SCOTT:    15:28:46
21   Q   Mr. Brussel, you just have been handed
22  Exhibit 614, which is a January 3, 2019, "Wildfire
23  Smoke Impact Assessment" by Ninyo and Moore.
24        And my question to you is just referring
25  back to that sentence we have looked at where you    15:28:59
                                              Page 80

1  reviewed their remediation scope prepared by Ninyo    15:29:01
2  and Moore, if you can tell me if you were looking
3  at -- that sentence is referring to Exhibit 613 or
4  Exhibit 614 or both.
5    A   Sure. Let me have a quick look at this    15:29:13
6  recommendations.
7         It seems to me I read both of these
8  reports. This is much more detailed. It kind of
9  says the same thing.
10        This is more summarized but it talks about    15:30:01
11  the vacuum with HEPA-filtered vacuums, wet wiping.
12  It talks about everything, cabinets, walls, carpet,
13  upholstery, taking care of any odor that is still
14  present, and if it's still present, to do a wet
15  fabric cleaning, a water extraction.    15:30:23
16        I mean it's a pretty thorough, aggressive
17  cleaning of everything. It doesn't call for any
18  replacements that I remember, but it's -- even the
19  exterior, pressure washing all the surfaces, window
20  casings, mechanical equipment should be cleaned.    15:30:39
21  The pool heaters and filters should be cleaned. A
22  qualified firm should clean the pool. Pool filters
23  are mechanical equipment. The ducting -- soft
24  ducting should be replaced.
25        So I think it's a pretty extensive list of    15:30:54
                                              Page 81

21 (Pages 78 - 81)

1 what should be cleaned but not how it should be                15:31:00
2 cleaned, same old story.
3       I have seen a hundred of those reports.
4       Q   And you agree -- just paraphrasing your
5 report here -- you agree that the scope of                15:31:13
6 remediation specified in Ninyo and Moore's reports,
7 613 and 614, is sufficient to bring the property
8 back to its pre-loss condition.
9       A   I think at the time they wrote these
10 reports, I think they would have done that, yes.                15:31:28
11      Q   I'm sorry.  What did you mean by "they
12 would have done that"?
13      A   No, at the time they wrote these reports,
14 this scope of work would have been sufficient to
15 bring the property to its pre-loss condition.  I                15:31:36
16 agree with that.
17      Q   Is there a difference in your mind between
18 when they wrote the reports and now?
19      A   According to Brian Daly, there is no more
20 char and soot left in the property.  So if it's --                15:31:49
21 if there is no evidence of smoke or char or soot,
22 then I don't know what you clean.
23       So if it's already at background or below,
24 I'm not sure what we're cleaning to because if you
25 clean below background, in two days, it's going to                15:32:06

Page 82

1 be back to background.  You are not doing anything.                15:32:10
2       Q   So you think now the Ninyo and Moore
3 recommendations are excessive.
4       A   Yeah, it seems to me that especially since
5 the KCE Matrix did their tape samples and Ninyo and                15:32:20
6 Moore certainly did their first round of testing,
7 somebody has cleaned the house.
8       It looks like it's been cleaned thoroughly
9 inside and out.
10       And it appears from what Mr. Daly says                15:32:32
11 that that cleaning has been successful.
12       So if that's the case, whatever was done
13 was sufficient and now nothing more needs to be
14 done.  That's my understanding.
15      Q   Yeah, but ultimately, that is up to the                15:32:45
16 insured's physician.
17      MR. MARTI:  Object to the form, may
18 misstate the testimony.
19      THE WITNESS:  Yeah.
20      And I don't really want to rehash the old                15:32:59
21 ground, but if the physician says that the home
22 needs to be cleaned beyond background, that is
23 something that has nothing to do with the fire, at
24 least in my mind.
25

Page 83

1 BY MR. SCOTT:                15:33:11
2       Q   Right.
3       A   My task was to look at it and to assess
4 what needed to be done to take care of the fire and
5 smoke damage.                15:33:19
6       If there is extenuating circumstances,
7 that's out of my -- that is not in my ballpark.
8       Q   So the standard in your mind is get the
9 items -- or get the -- get all elements of the
10 property back to background levels of contamination.                15:33:35
11      A   Correct.
12      Q   And that would be sufficient to satisfy
13 the requirement to return it to pre-loss condition.
14      A   That's correct.
15      Q   Okay.  But -- okay.                15:33:46
16       Did you have any issues with the scope of
17 remediation specified in Ninyo and Moore's report?
18      A   No.
19      Q   Do you think they got it a hundred percent
20 right?                15:34:03
21      A   I think they're vague enough that it's in
22 there, yeah.
23       You know, when you write vague reports,
24 there is lots of ways out, right?
25      Q   What did you -- there is a final sentence                15:34:12

Page 84

1 here in your discussion paragraph,                15:34:16
2       "BCCM has not prepared a cost for the
3       Ninyo scope since our investigation is
4       ongoing and additional information is
5       required."                15:34:26
6       What did you mean by that sentence?
7       A   I hadn't seen the house yet, and if I
8 remember right, Mr. Hughes was critical that I
9 hadn't seen the house yet.  He was right.
10       And I would have needed to do that before                15:34:37
11 preparing any cost estimate, and I would have needed
12 a report from Mr. Daly to tell me exactly what to
13 clean.  So I just didn't have enough information.
14      Q   Did you prepare a cost estimate at this                15:34:45
15 point?
16      A   I have not, no.                15:34:51
17      Q   Are you planning on preparing one?
18      A   Depending on what Mr. Daly says, I don't
19 know that I need to do anything beyond some of the
20 bids and work that has already been done.                15:34:58
21      Q   And then ultimately, just to tie things
22 up, your opinion is that the scope and estimated
23 costs for the remediation proposed by Doherty and
24 her experts is excessive and unnecessary?
25      A   Yes.                15:35:28

Page 85

22 (Pages 82 - 85)

1    Q   After your site visit, anything that you    15:35:39
2 would want to change in this report?
3    A   No, I mean --
4    Q   Obviously, other than where it says you
5 didn't visit the property yet and things like that.    15:35:50
6    A   Right.
7      No, I think much like Ninyo and Moore, I
8 left enough open doors in the report to be able to
9 add to it.
10      You know, I was pretty honest and    15:36:00
11 forthright about the stuff that I didn't have and
12 wasn't available as far as information.
13      Mr. Lowder's deposition was very helpful
14 understanding more where he was coming from.
15      So if I was to write another report, I    15:36:12
16 would probably be a little bit critical of the
17 methodology that he proposed for remediation. I
18 don't think he has any basis for a lot of what he is
19 asking to be bid.
20      I would use the current information from    15:36:26
21 Mr. Daly and his lab results to talk about any
22 further remediation that would have to happen.
23      I would agree with the pool contractor on
24 getting rid of the water. I think that was
25 necessary and required, and then a full pool    15:36:4?
Page 86

1 cleaning which kind of looks like it's been done    15:36:46
2 because the pool is in pretty good shape now.
3      I don't know what portions of the filters
4 and equipment was replaced, but if it there was --
5 from the photographs I took from Google Earth, that    15:36:55
6 looks like where the fire was most intense was
7 around the pool equipment area, and that's where the
8 wall was being rebuilt.
9      I agree with KCE Matrix that they would
10 not be allowed to put a railroad tie wall back    15:37:08
11 there. Malibu wouldn't allow it. So the cement
12 retaining wall was appropriate.
13      And the trees in that corner were
14 appropriate. It shows that that corner burnt, but
15 the rest of the trees have done really well. I mean    15:37:22
16 they're ficus trees. They're basically a weed tree.
17 They grow in anything.
18      And the pre and post loss paragraphs from
19 Google Earth show there was little and no damage to
20 almost all the landscaping.    15:37:35
21      So the landscaping bid, I think, was
22 completely overstated.
23      And those are the kind of things I would
24 add into a supplemental report if asked to.
25    Q   I have one final topic to go through and    15:37:44
Page 87

1 it may be quick, but I'm going to give it a try    15:37:46
2 here --
3    A   Sure.
4    Q   -- and hopefully, we can get you out of
5 here.    15:37:52
6      (Deposition Exhibit 615 was marked for
7      identification by the court reporter and
8      is attached hereto.)
9 BY MR. SCOTT:
10    Q   Mr. Brussel, this is the expert report    15:38:06
11 prepared by Jeff Hughes in rebuttal to your report.
12      Have you seen this before?
13    A   I have, yes.
14    Q   And you reviewed it?
15    A   I did.    15:38:16
16    Q   Did you have any comments as to
17 Mr. Hughes's critiques of your report?
18    A   I did.
19      And that packet I gave you today, I
20 actually made little notes on all ten items.    15:38:26
21      As we talked about, interestingly, one of
22 the major criticisms he had had of me was that I
23 hadn't been to the site, so I didn't know what I was
24 talking about and I take no issue with that.
25      I hadn't been to the site and I -- where    15:38:42
Page 88

1 is his stuff here -- so and I think that is    15:38:46
2 cleared -- cleared up.
3      His first comment, you talked about. You
4 know, I was unclear as to what the basis was.
5      And his comment is the scope and cost is    15:39:00
6 outlined in the subcontractor's scope. I just think
7 he misunderstood that comment. That is all, and I
8 think I cleared that up.
9      The second one, I think RBL exceeds the
10 reasonable interpretation of the KCE report because    15:39:19
11 the KCE report does not say replace everything as he
12 has asked the contractors to bid on. It talks about
13 clean and/or replace and that is left up to the
14 restoration contractor based upon what can be
15 cleaned and what can't be cleaned.    15:39:35
16      So it's my opinion that his scope far
17 exceeds what is recommended or what is necessary.
18      On number three -- and stop me any time
19 when -- I tend to go on and on.
20    Q   Actually, can I ask you a question real    15:39:48
21 quick --
22    A   Yeah.
23    Q   -- about number two.
24      Do you have any restoration contractors in
25 mind that you would recommend that you think would    15:39:53
Page 89

23 (Pages 86 - 89)

1 perform a good job on a property like this? 15:39:56
2    A   The one that I recommended the most over
3 the years in Southern California, I still do,
4 is -- it's not Bellfor. Jim Franklin owns it, a
5 good friend of mine. Har-Bro, Har-Bro. 15:40:12
6    Q   Can you spell that?
7    A   H-A-R-hyphen-B-R-O, and their head office
8 is in Long Beach.
9      All they do is water and fire loss work.
10 That's what they specialize in. 15:40:26
11      Jim is a very smart, very hands-on guy.
12      It's a good size company, been in business
13 for fifty years, and they're very, very good, good
14 restoration contractors.
15    Q   That's good to know. 15:40:43
16      You can continue on --
17    A   Sure.
18    Q   -- to number three.
19    A   And it's your depo. Stop me with a
20 question any time you want. 15:40:49
21      So number three was just -- he was
22 critical in actually three and four that I hadn't
23 seen the property, and I agree. I think after
24 seeing it, it firmed up my opinions, which we talked
25 about. 15:41:03

Page 90

1      Number five, we talked about. There is no 15:41:04
2 competitive bids.
3      I do agree that in Malibu, the costs will
4 probably go up after a fire because there is a lot
5 of contractors, but in a bidding situation, you can 15:41:15
6 probably gets a little bit more competitive.
7      RBL scope, I just don't think he has a
8 basis for it. I stand by my comments on that.
9      I'm not sure Wexco -- Wexco understood the
10 lack of experience of RBL in determining a 15:41:36
11 restoration scope.
12      The lump sum estimates, again, I think he
13 just misunderstood what my comment was, is that I
14 can't analyze a single number if I don't have any
15 backup for it. 15:41:51
16      And that's also number eight, same thing.
17      Number nine, I haven't been asked to
18 prepare a cost to repair, and until Mr. Daly
19 provides his report, I really wouldn't be able to
20 provide a cost to repair of what is required today. 15:42:10
21      I'm not talking about what was required
22 two weeks after the fire but what is required today
23 in additional work to the home.
24      And for the aggressive remediation, I
25 think that goes back to RBL's lack of experience in 15:42:27

Page 91

1 providing a reasonable scope for remediation. 15:42:31
2      So that kind of sums up the ten points.
3    Q   And then, you know, he's got this
4 additional observations portion in his report there.
5      I don't know if you had anything you 15:42:44
6 wanted to comment on there.
7    A   Well, we talked about the medical
8 condition and I haven't seen a specific
9 recommendation.
10      ██████████████████ 15:42:53
11      ███████████████████
12      ███████████████████
13      ███████████████████
14    Q   Can I ask you a question.
15      Do you know what her current health status 15:43:08
16 is, by any chance?
17      ██████████████████
18      ███████████████████
19      ███████████████████
20    Q   I got it. I just wanted to know what your 15:43:19
21 understanding was.
22    A   And his highlight here, you know, any and
23 all other city, state, federal standards and/or
24 guidelines, I mean that's a catchall.
25      That is on every contract, every set of 15:43:30

Page 92

1 plans, every sets of specifications, must comply 15:43:33
2 with all current local, federal and state building
3 code standards and guidelines that are applicable,
4 and laws.
5      So that is just a catchall statement, but 15:43:44
6 I think as we have talked about, if a surface could
7 be cleaned, it should be cleaned.
8      If it can't be cleaned, then it should be
9 replaced, but first, it should be looked at, how do
10 I clean this. That's what a restoration contractor 15:43:59
11 is supposed to do.
12      You go into a house and say how do I clean
13 this house, what pieces of this can reasonably be
14 cleaned with normal methods, whether that is just a
15 wipe down or a more aggressive, mechanical type of a 15:44:13
16 cleaning.
17      And what materials are not reasonable to
18 clean.
19      The classic one in all the reports,
20 flexible HVAC ducts, can they be cleaned, yes, but 15:44:24
21 they're so cheap to replace, just take them out and
22 redo them. And they are really hard to clean
23 because there is all of those bumps and ripples in
24 there.
25      So that is the first analysis. 15:44:37

Page 93

24 (Pages 90 - 93)

1       After that, then you compile a scope and       15:44:38
2   you prepare the things, okay, we need do this and we
3   need to do that.
4       That then goes out to bid, and I think
5   that middle step was missed.  That's the way it       15:44:46
6   looks to me.
7       It looks like RBL came in and said let's
8   just replace stuff, it's easier, and then you get a
9   big number.
10      Q   Okay.  Other than what is in your report       15:44:56
11  and what you testified here to today, do you have
12  any other opinions you plan to offer in the case?
13      A   Not that I can think of, no.
14      MR. SCOTT:  At this point, I don't have
15  any further questions for you.                15:45:09
16      THE WITNESS:  All right.  Thank you.
17      MR. MARTI:  No questions.
18      MR. SCOTT:  We're just going to per Code
19  on this one.
20      THE VIDEOGRAPHER:  Time is 3:45 p.m.  We       15:45:17
21  are going off the record.
22      (The deposition was concluded at
23      3:45 p.m.)
24
25
                                        Page 94

1       I, DARYL BAUCUM, a Certified Shorthand
    Reporter of the State of California, do hereby
2   certify;
3       That the foregoing proceedings were taken
4   before me at the time and place herein set forth,
5   at which time the witness named in the foregoing
6   proceeding was placed under oath; that a record
7   of the proceedings was made by me using machine
8   shorthand which was thereafter transcribed under my
9   direction; and that the foregoing pages contain a
10  full, true and accurate record of all proceedings
11  and testimony to the best of my skill and ability.
12      I further certify that I am neither
13  financially interested in the outcome nor a relative
14  or employee of any attorney or any party to this
15  action.
16      IN WITNESS WHEREOF, I have subscribed my
17  name this January 2, 2020
18
19
20
21
22
23
24  _____
    DARYL BAUCUM, CSR No. 10356
25
                                        Page 95

25 (Pages 94 - 95)

[& - agree]

| & |
|---|
| **&** 3:5 |

| 0 |
|---|
| **01963** 1:6 2:6 7:16 |

| 1 |
|---|
| **1** 1:18,25 52:6 |
| **10** 58:24 75:1 |
| **10,000** 72:2 |
| **100** 48:12 59:20 |
| **100,000** 72:16 |
| **101** 19:1 |
| **10356** 1:23 2:20 95:24 |
| **11** 6:5 |
| **11,000** 72:8 |
| **110** 8:21 |
| **125** 72:16 |
| **13** 6:9 |
| **14** 6:13 43:25 46:4 |
| **1400** 8:25 |
| **15,000** 77:9 |
| **150** 19:12 72:2 |
| **17** 1:17 2:19 6:11 7:1,6 |
| **1700** 2:16 3:8 |
| **17th** 7:12 |
| **180** 64:9 |
| **19** 1:6 2:6 |
| **1996** 19:16 |
| **1:53** 2:18 7:2,4,6 |

| 2 |
|---|
| **2** 1:6 2:6 53:1 95:17 |
| **2,548,108** 49:24 |
| **20,000** 73:10 |
| **2019** 1:17 2:19 6:13,17 7:1,6 18:6 43:25 46:5 80:22 |
| **2020** 95:17 |

**213.892.7900** 3:21
**23,000** 72:15
**25** 26:14
**27** 37:1
**2755** 8:20
**2:19** 7:16
**2:52** 61:3

| 3 |
|---|
| **3** 6:17 80:22 |
| **300** 11:1 |
| **300,000** 73:19 |
| **3200** 8:25 |
| **323.301.4660** 3:10 |
| **35,600** 76:21 |
| **36** 6:12 |
| **3700** 3:19 |
| **3812039-2** 1:24 |
| **3:04** 61:6 |
| **3:08** 65:16 |
| **3:11** 65:19 |
| **3:45** 2:18 94:20,23 |

| 4 |
|---|
| **4000** 40:20 |
| **43** 6:13 53:15 |
| **49** 38:14 41:21 |

| 5 |
|---|
| **5** 75:1,18 |
| **59** 53:18 |

| 6 |
|---|
| **6-8.6.** 37:2,4 |
| **601** 3:18 |
| **609** 6:5 11:23,24 12:4 |
| **610** 6:9 13:20 14:5 52:13 |
| **611** 6:11 17:13,18 25:19 61:9 |
| **612** 6:12 36:12,13 |

**613** 6:13 43:20,25 46:23 48:20 80:5 80:15 81:3 82:7
**614** 6:16 80:16,17 80:22 81:4 82:7
**615** 6:18 88:6
**617** 76:19
**6420** 2:16 3:7 7:12
**6568** 95:24

| 7 |
|---|
| **74** 53:21 |
| **75** 72:2 |

| 8 |
|---|
| **8** 5:6 53:13 |
| **80** 6:16 |
| **8000** 75:4 |
| **84036** 9:1 |
| **88** 6:18 |

| 9 |
|---|
| **9-9** 38:15 |
| **9-9.1** 49:7 |
| **9-9.1.** 41:23 |
| **90017** 3:20 |
| **90048** 3:9 7:13 |
| **92626** 8:21 |
| **95** 1:25 72:5 |
| **95,000** 74:5 |

| a |
|---|
| **abilities** 24:3 |
| **ability** 95:11 |
| **able** 58:1 66:23 86:8 91:19 |
| **absolutely** 36:25 49:19 60:25 |
| **abstracts** 43:17 |
| **abysmal** 79:18 |
| **access** 13:14 54:7 |
| **account** 30:12 37:17,20 39:6,12 |

42:3
**accurate** 25:23 49:5 95:10
**accurately** 50:7
**acid** 74:21
**acknowledgment** 92:10
**acted** 10:1 20:6,12
**action** 95:15
**actual** 18:23 28:3 53:10 56:12
**add** 18:17 86:9 87:24
**added** 18:16
**addition** 23:4
**additional** 13:13 34:1 85:4 91:23 92:4
**address** 8:19 9:3 29:8
**adjusted** 27:21
**administrative** 17:10
**advise** 29:20 67:1
**affect** 32:23 33:16 37:12
**afternoon** 8:13 13:1,13 14:7 34:12
**aggressive** 45:15 54:8,21 80:10 81:16 91:24 93:15
**agitate** 38:6
**agitator** 59:25,25
**ago** 10:7,8 15:6 18:13,13 21:12,13 21:15 37:24
**agree** 43:19 50:22 68:9,12 78:25 79:21 82:4,5,16 86:23 87:9 90:23

[agree - bids]

91:3
agreed 28:8
agreement 68:7
ailments 38:24
air 38:8 58:6 68:16
  77:3,4
airborne 38:7
ale 27:2
ali'i 78:8
allergic 38:21
allergist 42:11,15
  48:21
allow 87:11
allowed 87:10
alternate 54:22
amarti 3:22
analysis 29:4
  30:13 31:10,13
  49:7 54:25 79:6
  93:25
analyze 48:23 50:8
  76:11 77:14,18
  91:14
analyzing 78:15
  78:20
angel 3:17 8:2
angeles 1:16 2:17
  3:9,20 7:1,9,12
anodized 73:25
  74:11
answer 5:10 27:9
  32:22 39:9
answered 42:5
anybody 67:2
anybody's 70:6
apart 55:20
apologize 52:9
  57:21
appear 44:7
appearances 3:1
  4:1 7:23

appears 83:10
appended 12:18
appliances 57:15
applicable 50:20
  93:3
applies 30:4
appropriate 22:14
  52:18 87:12,14
approximately
  17:2 19:11,16
  21:12 23:9 26:11
aram 15:8 34:10
archives 21:18
area 20:17 55:16
  73:14 87:7
areas 48:4 68:21
argue 77:12
asked 42:5 49:6
  74:9 87:24 89:12
  91:17
asking 86:19
asks 28:1
aspect 16:12 28:3
assess 84:3
assessment 6:16
  80:23
association 10:3
assume 69:19
asthma 37:9
attached 12:1,8,15
  13:22 17:15 36:15
  43:22 80:19 88:8
attic 68:20 69:8
attorney 3:6,17
  10:13 15:18 95:14
attorneys 12:24
  15:12 16:1
available 86:12
avoid 38:22
aware 37:22 92:11

**b**

b 8:18 27:6,11
  90:7
back 10:22 12:18
  16:10 24:12 25:11
  29:13 30:21 41:19
  41:21 48:11,18
  53:21 60:6 61:7,9
  65:20 66:18 68:4
  72:18 76:3,11
  80:25 82:8 83:1
  84:10 87:10 91:25
background 16:19
  32:5,25 33:1,2,7
  82:23,25 83:1,2
  84:10
backup 50:9,11
  76:15 91:15
bad 69:20
badly 66:20
balcony 47:24
  64:2,24 65:1,22
  66:1 67:2
ballpark 84:7
barn 45:2,14
barrier 24:25
base 64:6
based 22:14 35:22
  39:24 44:9 49:2
  54:15 58:20 62:25
  62:25 63:2 73:22
  89:14
basically 63:11
  72:9 87:16
basin 33:10
basing 29:17
basis 31:20 33:9
  40:25 49:22 50:5
  51:25 54:16 79:8
  86:18 89:4 91:8

bates 76:19
baucum 1:23 2:19
  95:1,24
bccm 27:3,5 28:13
  79:25 85:2
bccm's 61:14
beach 90:8
beam 66:1,19,24
beams 65:12 66:10
  66:13,15
bedroom 56:15
beginning 2:17
behalf 7:21,25 8:2
  15:18 19:19,22
  20:7,13 22:22
  23:6 25:3
behave 52:25
belief 35:17
believe 12:13 14:9
  16:16 18:24 21:11
  31:15,17 40:21
  69:25
bell 21:19
bellagio 18:22
bellfor 90:4
best 95:11
beyond 29:25
  32:24 33:2,12,13
  33:15 68:1 83:22
  85:19
bid 57:4 58:13
  71:4,7,8 72:16
  73:4,10,16,18 74:5
  74:24 76:22 79:2
  86:19 87:21 89:12
  94:4
bidding 70:18
  71:9 91:5
bids 50:11 70:14
  70:24 71:14 72:24
  74:23 76:17 77:8

[bids - claim]

85:20 91:2
**big** 54:3 94:9
**bills** 75:15
**bit** 28:18 52:9
55:13 57:1 74:25
86:16 91:6
**bitumen** 70:1
**black** 24:24 25:12
**blend** 20:2
**blessed** 48:21
**blotching** 63:14
**board** 60:19
**bolstered** 35:7
**book** 54:10,14
**bottom** 44:5
**boulevard** 2:16
3:7 7:12
**break** 60:24 67:21
**breast** 92:13,17
**brian** 15:16 16:6
34:5 40:4 67:25
70:20 78:16 82:19
**brief** 15:14,15
**briefly** 58:11
**bring** 29:23 82:7
82:15
**bristol** 8:20
**bro** 90:5,5
**broke** 24:17
**bronze** 73:25
74:11
**brought** 6:9 12:25
13:2,12 14:6,9,11
14:12 15:1
**brush** 59:25 60:1
62:13,13
**brussel** 1:15 2:15
5:4 6:2,7,7,11
7:19,20 8:7,13,18
12:3 14:4 17:17
36:17 43:24 80:21

88:10
**bubble** 33:5
**build** 34:22
**builder** 19:2
**builders** 18:23
**building** 10:21
33:5 39:3 63:9
72:11 93:2
**buildings** 52:16
**built** 63:18
**bullet** 44:5,19
**bumps** 93:23
**bunch** 76:15
**burden** 41:16
**burn** 57:13
**burned** 20:5 53:8
**burnt** 53:11 87:14
**bushes** 73:20
**business** 8:19 9:2
11:10,10,12,13
90:12

**c**

**c** 9:1 27:7,11
**cabin** 10:21
**cabinet** 53:8
**cabinets** 53:12
81:12
**calculation** 72:5
**california** 1:2,16
2:2,17 3:9,20 7:1
7:9,13 8:21 9:11
9:12,15,17 11:2,3
33:10 90:3 95:1
**call** 18:22 27:8
44:16 63:8 72:10
81:17
**called** 18:22 56:15
**calls** 39:13
**cancer** 28:23
92:13,17

**capacity** 9:23 10:9
11:7,10 77:11
**caption** 7:14
**car** 62:13
**care** 29:12 69:11
81:13 84:4
**carmine** 18:23
**carpet** 81:12
**carpets** 55:16
**case** 7:14 8:15
9:25 10:17 11:2,3
12:6 17:5,21
18:23 21:17 22:18
22:24 23:1,2,6,15
24:2,11,13,15,20
25:2,9 26:9 35:20
39:21 41:1,3 42:4
67:14,23 70:21
83:12 94:12
**cases** 9:11 10:17
18:15,19,25 20:2,3
20:9,15,16 21:21
22:1,20,25 23:20
24:7
**casings** 81:20
**catch** 75:22
**catchall** 92:24
93:5
**caulked** 56:22
**cause** 7:15 62:21
69:13 70:5
**caused** 67:8,11
69:19
**cavities** 58:6 68:22
**cavity** 69:3,7
**ceiling** 44:21 45:2
45:3,14 53:5 55:7
56:18
**ceilings** 53:22
**cement** 34:22
44:25 45:11 62:24

62:25 63:10 87:11
**central** 1:2 2:2
**certain** 31:3
**certainly** 50:10,22
55:22 59:3 83:6
**certified** 22:11
95:1
**certify** 95:2,12
**cetera** 52:22 53:5
53:12
**chance** 92:16
**change** 32:18 62:2
86:2
**changes** 32:6
**char** 16:18 31:17
45:5 47:5 51:22
82:20,21
**character** 37:13
**charged** 76:1
**charges** 75:7
**charging** 72:20
75:1
**cheap** 93:21
**check** 40:9
**chemical** 37:9
**chemicals** 43:2
45:18
**chemotherapy** 31:7 37:23,24
92:13
**chronic** 38:23
**cih** 22:11 31:21
42:20,21 47:20
51:15 54:11
**cih's** 41:11
**circumstances** 84:6
**city** 92:23
**claim** 22:7 24:23
27:1 28:14 40:20

[claiming - corner]

claiming 26:19
claims 27:4,6
28:10
clarification 40:11
classic 93:19
clean 31:23,24,25
32:2 43:1,1 44:15
46:2,3 47:2,3,11
48:9 53:19,25
54:5,7,9 57:11
59:20 74:16,17,17
80:8 81:22 82:22
82:25 85:13 89:13
93:10,12,18,22
cleaned 16:25
27:14 32:24 33:2
33:6 39:10 41:18
43:9,10 44:15,17
44:21 45:7,12
47:4 48:7 51:23
54:19,20 55:2,23
55:25 56:3 57:9
57:23 58:1,9 59:3
61:16 62:11,12
67:17,24 68:1,14
68:16,18 74:20
81:20,21 82:1,2
83:7,8,22 89:15,15
93:7,7,8,14,20
cleaner 43:6
cleaning 22:13
27:3 28:1,9 29:10
30:4,17 31:16
32:8,13,19 38:1,2
45:4,21 47:10
51:5 53:20,23
54:8,22,23 58:2,3
59:9 66:24 68:2
80:7,10 81:15,17
82:24 83:11 87:1
93:16

cleansing 47:13
53:4
clear 35:7,10
50:17,18,21 55:11
71:5 80:12
cleared 89:2,2,8
client 19:1 37:22
67:1
clip 14:11
close 22:4
cloth 45:10 58:3
clothes 27:15
coastal 48:4
coat 55:11
code 93:3 94:18
collect 10:12
color 63:14
come 55:20
comes 34:24 64:7
comey 24:12,14,20
coming 48:3 64:23
66:12,14 86:14
comment 89:3,5,7
91:13 92:6
comments 88:16
91:8
communicated
16:5 38:25
communications
12:23 15:25
companies 20:22
company 1:7 2:7
3:14 7:15 17:9
19:19 20:13 22:22
23:7 24:16 26:2,7
90:12
comparable 28:4
competition 71:11
71:13
competitive 75:19
77:18,20 91:2,6

compile 94:1
complete 26:24
completely 55:18
56:22 79:7 87:22
comply 42:9 93:1
component 23:1
28:12,21
components 27:1
51:10
compounds 45:22
comprised 70:14
compromising
25:12
computer 57:17
concerning 27:2
concluded 94:22
conclusive 70:7
concrete 44:24
47:12 55:22
condensers 77:2
condition 28:11,17
28:22 29:3,8 30:8
32:15 48:12 59:20
62:7,16 68:5 82:8
82:15 84:13 92:8
conditions 30:20
31:9,12,16 32:9,14
37:12 75:3,8
92:11
confident 38:12
confirmed 35:14
confuse 40:11
confusing 43:17
connection 12:5
17:20 20:7 33:22
40:6
connor 3:16
consider 54:21
consideration
38:11

construction 6:8
10:2,6 11:17
75:11 78:4
consultant 46:6,9
consulting 6:7
contain 95:9
contained 40:15
56:19
containing 25:14
contaminants 33:7
33:8
contamination
84:10
contents 39:4
contingent 29:19
continue 90:16
continued 4:1
contract 10:4
92:25
contractor 24:22
29:11 37:25 41:14
42:17 45:18 46:11
46:20 48:15 54:7
59:4 65:8 86:23
89:14 93:10
contractor's 9:17
contractors 52:21
52:25 89:12,24
90:14 91:5
contracts 75:16
conversation
15:14,16 16:9
17:1
converted 55:7
convicted 11:19
copd 31:4,21,24
37:22 43:3 92:12
copy 13:25 17:23
46:21 80:13
corner 87:13,14

Veritext Legal Solutions
866 299-5127

[coronary - discuss]

coronary 37:10
correct 18:3 19:17 25:7,25 26:3 27:7 35:21 44:6 52:14 84:11,14
correspondence 43:25
cost 37:13 50:8 71:24 72:6 76:5,9 85:2,11,14 89:5 91:18,20
costa 8:21 9:2
costs 27:2 28:3 76:25 85:23 91:3
couches 27:15
counsel 3:1 4:1 7:23 13:14 14:9 14:10
count 19:13
countertops 44:24
county 24:21
couple 20:9,14 21:14 34:15 56:25 64:17,21 75:23
cour 1:1
course 29:25
court 2:1 8:4 11:25 13:21 17:14 21:10 25:16,16 36:14 43:21 80:18 88:7
cover 75:25
coverage 27:6,7
coverages 27:9,11
covered 74:7
cozen 3:16
cozen.com 3:22
crack 59:1 64:25
cracking 62:19,21 63:22,23 64:4 65:4 66:1,2 67:7

cracks 46:17 64:1 64:15,16,22 67:4 67:11
craftsman 60:20
cranny 47:17
crap 48:3
crappy 79:23
crawl 69:8
creates 64:14
crevicey 57:1
crews 46:14
critical 71:2 85:8 86:16 90:22
criticisms 88:22
critiques 88:17
crr 1:23 2:20
csr 1:23 2:20 95:24
curious 13:24
current 9:20 17:23 18:4 86:20 92:15 93:2
cv 1:6 2:6 7:16 17:24

**d**

d 5:1
daily 33:9
daly 15:16 16:6,22 40:4 67:25 82:19 83:10 85:12,18 86:21 91:18
damage 6:12 22:4 22:10,21 23:4,4 24:8 26:20 27:18 30:1 33:3 35:11 37:13 39:1 51:23 52:16 53:2,3,6,7,9 53:10,11,16 78:20 84:5 87:19
damaged 24:24 38:21 60:9

damaging 47:4
damp 45:8,9 47:13 67:19,19
daryl 1:23 2:19 95:1,24
date 17:5 26:13
dated 6:17
day 75:5,23,24
days 82:25
deals 58:4
december 7:6
deck 48:14 64:20 65:5,6 66:9
decking 47:23 66:15
defendant 1:8 2:8 3:14 11:8,16,18 23:17
defendant's 6:7
defer 29:13
defines 53:1,2,15
defining 62:23
degree 28:10 29:22
degrees 60:17
department 7:9
depending 47:5 85:18
depo 78:18 90:19
deponent 8:3
deposed 9:22 10:5
deposition 1:15 2:15 6:1,6 7:10,21 9:5,9 11:24 12:4 12:11,15 13:4,20 14:19,24 15:4,7,11 15:13,15,22 16:2 17:13 18:1,5,8 21:5 23:21,24 24:9 25:5 34:3,5,8 34:11 36:13 43:20

50:15 78:1 79:10 80:17 86:13 88:6 94:22
depositions 19:12 34:2
describe 25:8
description 6:4
designation 17:21
desirable 63:21
detail 50:9 58:12 77:7
detailed 81:8
detergent 45:8 67:20
determination 57:22 67:6 69:12 70:4
determine 41:17 52:17
determined 25:16
determining 91:10
diatomaceous 74:18
diego 24:14,18
differed 41:5
difference 82:17
different 21:23 45:4,15 47:1 53:18
difficult 56:4 60:16,22
digital 7:8
directed 12:5,8
direction 64:9 80:8 95:9
directs 54:6
disagree 44:11 79:1
disassembled 58:8
discuss 16:21

Veritext Legal Solutions
866 299-5127

[discussing - expected]

discussing 29:2
discussion 35:18
61:11 85:1
discussions 32:7
32:12
dispute 10:20
distressed 58:16
district 1:1,2 2:1,2
document 12:18
12:20 14:13,14
26:5 46:25
documents 6:6,9
6:10 12:20,25
14:6 17:20 30:7
33:18,21 34:1,16
34:18 49:22 54:12
doherty 1:4 2:4
3:3 7:14 26:6,19
28:10,21 49:22
85:23
doherty's 6:5 43:3
doing 41:16 50:23
62:6 72:20 74:8
78:14 83:1
dollars 73:17 75:4
75:4 76:2
door 16:16
doors 64:21 73:24
74:10 86:8
double 40:9 75:8
downstairs 56:15
dozen 19:20
drive 14:18
driven 71:19
driving 28:12
dry 65:11
drywall 44:25
47:8 53:22,24
56:23 61:15,25
67:16 69:3,9

duct 68:11
ducting 68:11,14
68:22 69:5 77:2
81:23,24
ducts 68:17 93:20
ductwork 68:8
69:2,2,4
due 31:24 40:3
46:17
duly 8:8

e
e 5:1 8:18 12:13
18:24 19:1
ear 64:10,11
early 3:5 7:11
38:25
earlysullivan.com
3:11
earth 35:9 74:18
87:5,19
easier 94:8
easily 55:21 57:4
72:14 75:25
east 8:25
eastern 11:1
easy 69:11 70:2
edge 66:2
effect 45:20
effective 25:14
41:18 59:11
effectively 61:16
effects 43:5
effort 55:6
eight 91:16
eighty 79:15
either 21:4,7 47:13
62:25 69:24
elderly 37:11
electrical 26:23
51:11 56:2,6
57:15,17 58:8

71:20
electrician 57:4
electricians 72:5
electronically
14:17 36:19
elements 84:9
elevated 16:17
elevations 64:17
64:19
eleven 36:10
employ 72:6
employed 7:8
employee 95:14
employees 17:8
encapsulant 25:1
25:11 68:4
encapsulation
47:10,10
enclosed 56:9
ended 10:3
engineer 34:22
entire 56:21 70:3
71:5
entitled 26:5
environment
29:25 33:4
environmental
22:11 31:3 41:11
environmentalist
22:16
environmentalists
42:22
eola 19:1
equipment 26:25
57:17 58:8 77:11
81:20,23 87:4,7
especially 83:4
estate 10:19
estimate 23:10
49:25 50:8 70:13
71:8 85:11,14

estimated 85:22
estimates 76:10,14
78:12,14 91:12
estimating 70:18
78:3,5
et 52:22 53:5,12
event 30:5 79:3
evidence 82:21
evident 64:18,19
evolved 40:3
exact 60:18
exactly 51:18
58:19 76:23 85:12
examination 5:5
8:11
examined 8:9
example 57:16
76:19
exceeds 89:9,17
excerpts 36:2 52:3
excessive 83:3
85:24
exchanged 13:11
exchangers 77:5
excuse 15:7 23:3
76:19
exhibit 6:5,9,11,12
6:13,16,18 11:24
12:4,7 13:18,20
14:5 17:13,18
25:19 36:12,13
43:20,25 52:13
61:9 80:5,17,22
81:3,4 88:6
exhibits 6:1
exist 68:18,19,21
exists 29:9 38:9
exorbitant 71:25
expect 51:19
expected 52:19

Veritext Legal Solutions
866 299-5127

[expenses - geared]

expenses  27:21
expensive  56:5
  57:3
experience  61:14
  78:17,20 91:10,25
expert  6:7 9:23
  12:5 15:3,8 17:21
  19:9,15,18,21 20:6
  20:12 21:8 22:23
  23:6 25:15,17,20
  26:8 42:12,16
  49:8,12 88:10
expertise  27:16
experts  29:1,14
  32:13 85:24
exposure  38:22
extension  62:14
extensive  26:20
  49:23 81:25
extenuating  84:6
exterior  26:22
  47:22 48:1,6
  61:20,25 62:10,18
  62:24 63:7,8 67:8
  74:2,4 81:19
extra  28:23 29:11
extraction  81:15
extraordinary
  54:20 55:6 69:20

**f**

f  9:1
fabric  81:15
facing  64:25
fact  16:24 24:5
  29:14 37:22 70:19
factor  29:3,23
  31:23
factored  31:9 49:7
factors  31:3
fail  65:10

fairly  41:8
fall  65:6,23
familiar  35:25
  36:21 42:2 44:3
family  20:16 21:3
far  54:25 57:25
  73:23 86:12 89:16
farm  1:7 2:7 3:14
  6:15 7:15 8:3
  15:18 19:22,24
  20:3,7,10 23:13,17
  23:23 24:1,12,15
  25:3 26:7 28:8
  40:16,20 44:1
farm's  15:12 16:1
federal  92:23 93:2
fee  75:19
fees  75:18
felony  11:19
fernando  20:17
ficus  73:19 87:16
fifteen  9:10 23:11
  36:9
fifty  17:7 90:13
figueroa  3:18
figure  72:4
figures  79:1
file  12:22 14:25
  30:9 40:20 68:7
  73:7
filled  22:6
filter  74:18
filtered  81:11
filters  81:21,22
  87:3
final  84:25 87:25
finalize  26:11
financially  95:13
find  16:15,16,25
  52:5 55:3 76:10
  76:16 77:20

finding  16:13
findings  16:12,24
  41:3,9
fine  14:2
finish  63:4,10,19
  63:20 71:23 72:10
finishes  26:22 47:1
fire  6:12 20:4,18
  20:19,20 22:5
  23:2,4 24:8,21
  35:12 46:14,18
  48:4,5 52:16 53:3
  53:6,8 57:14 67:8
  79:22 83:23 84:4
  87:6 90:9 91:4,22
firm  44:16,22 78:3
  81:22
firmed  90:24
firms  41:11
first  8:8 17:22,23
  37:8 39:23,25
  44:4,19 46:24
  49:20 51:25 52:11
  57:13 59:5 61:10
  61:19 72:18 76:13
  83:6 89:3 93:9,25
five  10:8 46:13
  60:23 73:13 91:1
fixture  56:19
fixtures  51:11
  56:2,6,24 71:24
  72:2,17
flashed  66:5
flexible  68:11,17
  68:22 93:20
flip  25:19 26:4
  64:9
floor  7:12 26:22
  44:24 53:5 55:19
  55:19 58:17 59:3
  60:4,8,19

flooring  58:15,16
  60:13,14
floors  45:13 55:18
  58:12 59:12 60:17
florida  9:13 18:10
  18:12,25
flushed  74:19
fog  48:3
folks  26:1
follows  8:9 51:4
forbidden  45:23
foregoing  95:3,5,9
forget  19:4 34:3
forgot  15:9
form  27:24 40:25
  62:20 83:17
forth  95:4
forthright  86:11
found  16:16
four  15:6 18:13,17
  72:5,7,13 90:22
fr  15:13
framed  45:6,7
framing  53:11
  66:6,24
francis  8:25
franklin  90:4
frankly  69:1
fridge  24:17 60:11
friend  90:5
front  30:25 36:11
  49:17 60:10 72:25
full  66:18 75:21
  76:25 86:25 95:10
further  86:22
  94:15 95:12

**g**

gaps  55:19
garage  45:1 55:7
geared  52:24

[general – hygienic]

| | | | |
|---|---|---|---|
| **general** 1:7 2:7 7:15 10:4 26:7 30:23 41:12 42:8 50:12 51:16 73:18 75:3,7 | 65:23 67:13 70:11 75:22 76:3 79:24 80:13 82:25 88:1 94:18,21 | **handed** 12:3 14:4 17:17 36:2 43:24 80:21 | **higher** 32:19 **highlight** 92:22 **highlighted** 52:7 **hired** 24:1 |
| **generally** 16:13 25:8 28:19 35:19 36:21 | **good** 8:13 53:24 55:12 78:5,14 79:12,21 87:2 90:1,5,12,13,13,15 | **handlers** 68:16 77:3,4 **hands** 90:11 **handwritten** 76:18 | **history** 18:2 **holding** 66:15 **home** 8:24 23:3 26:20 28:3,9 33:8 |
| **generated** 18:5 26:9 33:25 76:9 | **goods** 27:2,13 55:16 | **happen** 68:24 86:22 | 33:9,9 35:11 38:3 39:10 45:24 53:20 68:8 83:21 91:23 |
| **generating** 21:8 33:22 | **google** 35:9 87:5 87:19 | **happened** 18:12 **happens** 70:17 | **homeowners** 10:3 |
| **getting** 24:22 64:20 66:13 86:24 | **gotten** 54:25 **grabbed** 24:2 | **har** 90:5,5 **hard** 47:11,22 | **homes** 20:16 21:3 22:4,9 |
| **give** 10:22 14:18 30:24 36:4 42:24 54:13 67:20 73:5 80:13 88:1 | **great** 78:13 **grooves** 59:16 **ground** 83:21 **grounds** 28:9 | 55:14 58:4,20 63:9 68:14 69:23 74:10 79:18 93:22 **hardwood** 44:24 | **honest** 86:10 **hopefully** 88:4 **horizontal** 44:20 64:4 |
| **given** 70:10 **gives** 49:1 **gizer** 3:5 7:11 | **group** 14:11 54:12 **groups** 14:10 **grow** 87:17 | **hausley** 4:6 7:7 **hawaii** 70:20 78:7 **head** 90:7 | **hose** 62:9,13 **hour** 72:6 **hours** 17:7 |
| **glass** 47:12 74:20 **go** 21:18 23:23 26:15 30:21 33:12 33:18 41:21 46:25 49:14 53:15 54:7 58:13 61:1 64:3 65:13 70:8,23 76:24 87:25 89:19 91:4 93:12 | **guarantee** 65:11 **guess** 15:8 45:23 68:20 73:12 **guideline** 39:18 52:20 **guidelines** 6:12 35:23 36:18 40:1 41:19 48:18 51:5 51:21 54:16 92:24 93:3 | **health** 43:5 92:15 **healthy** 73:17 **heat** 53:7,16 67:12 77:4 79:11 **heaters** 81:21 **heavy** 31:22 47:9 **help** 67:21 80:11 **helped** 35:10 **helpful** 56:12 86:13 | **house** 44:23 46:25 54:18 55:1 56:22 58:15 60:15 72:11 72:13,17 75:22 83:7 85:7,9 93:12 93:13 **houses** 63:17,18 64:7 **hughes** 6:18 85:8 88:11 |
| **goes** 29:25 50:25 72:18 75:14 91:25 94:4 | **guy** 41:16 42:25 90:11 | **hepa** 32:2 38:7 47:15 55:12,20 58:5 59:5,24 60:3 | **hughes's** 88:17 **hundred** 9:7 68:13 73:16 76:1 82:3 |
| **going** 16:11 18:1 27:19 28:7 33:4 36:4 38:5,7 41:19 43:1,2 44:11 45:19,22 46:2,3 48:5,18 49:14 51:20 52:9 54:5 61:4,9 65:6,10,17 | **guys** 72:13 79:15 **gypsum** 62:25 63:2 | 81:11 **hereto** 12:1 13:22 17:15 36:15 43:22 80:19 88:8 **high** 71:17,21 73:2 74:25 78:7,7 | 84:19 **hung** 64:8 **hunt** 70:19 **hvac** 26:23 68:8 76:25 93:20 **hygienic** 44:9 |

| | |
|---|---|
| **h** | |
| **h** 90:7 | |
| **half** 19:20 75:23 75:24 | |

[hygienist - lack]

hygienist 22:12
hyphen 90:7
hypothetical 32:21

**i**

idea 39:14 46:7
identification 11:25 13:21 17:14 36:14 43:21 80:18 88:7
identified 69:25
identify 55:1
identifying 56:12
ignorance 10:24
iii 3:17
impact 6:16 30:17 31:12,18,19 80:23
impacted 22:5 68:12
impervious 45:11
important 19:7 52:8
improperly 64:6
incentive 71:1
including 26:22 77:1
incomplete 32:21
indicates 51:3
indicative 64:5
individual 10:9 11:7
individually 10:18
individuals 38:16 38:20,23
industrial 22:12
infirm 37:11
information 5:15 38:24 40:4 42:7 48:23 85:4,13 86:12,20

informative 30:23
inside 44:23 58:6 68:22 83:9
insides 77:4
inspect 22:9
inspection 16:4 22:14 40:4 49:4 55:4 61:24
inspectors 52:22
install 64:12
installed 58:15
installing 72:11
instructed 5:10
insurance 1:7 2:7 3:14 6:15 7:15 19:19 20:13,22 22:22 23:7 24:16 26:7 27:11
insured 23:6 30:20 32:9,14
insured's 28:16 29:20 30:8 83:16
integrity 25:13
intense 87:6
intent 50:6
interchangeable 63:12
interested 95:13
interestingly 54:3 88:21
interior 26:21 44:20,25 61:20,25 63:1,7 67:16 74:4 74:8 78:13
international 6:18
interpretation 89:10
interrupt 52:11
introduction 26:16

intrusion 63:25 64:1,22 66:3
investigation 85:3
involve 24:8
involved 38:24 39:2
ira 54:2
isolators 77:2
issue 88:24
issues 27:7 84:16
items 50:10 57:23 71:22 84:9 88:20

**j**

j 8:18
jan 1:15 2:15 5:4 6:2,7,11 7:19 8:7 8:18
january 6:17 80:22 95:17
jeff 6:18 88:11
jerry 6:14
jfw 1:6 2:6 7:16
jim 90:4,11
job 1:24 22:9 29:12 38:1 78:13 79:13,18,23 90:1
joint 64:13,14
joints 58:22,24 59:2,6,8
jose 34:3,21
june 10:21,24
justify 49:23

**k**

kaloustian 15:10 34:10
kce 15:8 34:4,21 39:23 41:6 42:21 51:1 83:5 87:9 89:10,11

keeps 71:12
key 28:11
kind 13:3 14:10 49:14 53:8,20 54:10,13,22 55:10 55:11 57:16 58:18 58:19,20 59:23 60:14 63:14,22 67:20 77:10 81:8 87:1,23 92:2
kinds 47:1 53:18 74:13
kitchen 60:6 73:14
knew 92:12
know 12:21 16:23 17:6 20:10 23:16 23:23 24:11 29:9 29:24 30:9 36:8 39:11 40:17 41:5 42:14,20 43:8,14 46:8 48:24 52:16 56:13 58:10 59:13 60:12 66:21 68:18 69:1,21 71:3,10 74:9 75:1 76:23 77:13,20 78:19 79:8,10 82:22 84:23 85:19 86:10 87:3 88:23 89:4 90:15 92:3,5,15,20 92:22
knowledge 13:12 18:16 46:4
known 70:19
knows 70:25

**l**

l 8:18 18:24 19:1
lab 16:10 86:21
labor 75:5
lack 91:10,25

Veritext Legal Solutions
866 299-5127

[ladder - matter]

**ladder** 70:10
**lake** 10:22,24
**lakes** 10:25
**landscaping** 73:18 87:20,21
**large** 10:2 27:1 78:4
**largely** 70:13
**las** 10:3
**lath** 64:6,7
**lathed** 64:6
**law** 3:6,17 7:10
**laws** 93:4
**lawsuit** 10:10,12 11:8,14
**leak** 69:19 70:2
**leaking** 65:5 66:4 66:7,16,20 69:13 70:5 78:11
**leaks** 46:17
**leave** 41:13
**led** 56:18
**left** 28:25 82:20 86:8 89:13
**lessened** 35:16
**lesser** 28:10
**letter** 6:13 30:10 30:10 34:13
**level** 17:11 22:13 29:17,18 32:8,13 32:19 33:7 35:11 35:12 38:8 47:5 78:7
**levels** 28:8 32:5 84:10
**levitt** 34:6,6,7
**license** 9:18
**light** 45:8 53:3 59:8 68:1
**lights** 56:8,8 72:12

**likes** 59:16
**lime** 41:23
**line** 24:17 42:19 42:25 50:10 71:13 71:15,22 72:1
**linear** 64:5
**lines** 72:22
**lingering** 43:4
**list** 81:25
**listed** 23:17 40:14
**listing** 18:4
**litigation** 13:11
**little** 15:5 28:18 45:14 47:16 55:13 57:1 58:5 59:15 60:6 64:10 70:25 71:10,20 72:19 74:25 86:16 87:19 88:20 91:6
**live** 29:24
**living** 27:21
**local** 93:2
**localized** 53:7
**located** 7:9 8:25 33:9 60:6
**long** 10:7 15:17 17:1 28:1 43:4 45:19 90:8
**longer** 31:23 50:19 65:25
**look** 12:7,17 19:6 22:9 30:2,21 38:15 44:4 46:25 63:13,15,22 65:25 66:8 71:15,17,22 73:8 76:15 81:5 84:3
**looked** 15:5,6 23:16 30:16 39:23 53:17 55:5 57:1 61:24 63:24 71:6

71:14,20 80:25 93:9
**looking** 13:3,3 24:12 41:23 46:12 48:16 52:5,12 56:10,10 59:14 76:19 81:2
**looks** 44:3 45:1 58:16 63:13 73:11 73:17 79:12 83:8 87:1,6 94:6,7
**loose** 53:3 56:14 56:17 59:6
**loosen** 60:1
**loosens** 60:2
**lord** 36:5
**los** 1:16 2:17 3:9 3:20 7:1,9,12
**loss** 20:4,8,13 22:24 24:15,21 46:18,18 48:12 59:20 62:16 82:8 82:15 84:13 87:18 90:9
**lot** 14:16 24:7,7 46:16,18,19 48:6 50:4,10,18 55:24 63:14 64:4 71:18 72:3,17 73:11,15 75:17,21 78:11,19 79:17 86:18 91:4
**lots** 45:16 84:24
**love** 69:15
**lowder** 34:6 70:20 78:17
**lowder's** 50:15 86:13
**lower** 16:20
**lump** 76:10,14,22 91:12

**m**

**m** 18:24
**machine** 95:7
**mailed** 12:13
**main** 74:23
**major** 88:22
**malibu** 28:4 63:9 87:11 91:3
**mammoth** 10:25
**manage** 75:11
**management** 6:8
**manager** 10:2,6 11:17
**manner** 41:18
**manual** 52:2 54:3
**marilon** 18:23
**mark** 11:23 13:17 17:12 43:14 80:16
**marked** 11:24 13:20 17:13 36:13 43:20 80:4,17 88:6
**marketplace** 70:23
**marks** 63:14
**marti** 3:17 8:2,2 13:24 14:2 15:20 27:8,24 32:21 37:3 39:13 40:15 40:18 42:5 83:17 94:17
**match** 60:14
**material** 38:6 59:6
**materials** 16:18 44:17 53:11 93:17
**matrix** 15:8 39:23 41:6 42:21 51:1 83:5 87:9
**matter** 10:19 15:4 17:9 19:23 70:19

Veritext Legal Solutions
866 299-5127

[matthew – obviously]

| | | | |
|---|---|---|---|
| matthew 4:6 7:7 | 89:25 | **n** | never 12:21 24:8 |
| mc 3:5 | mine 90:5 | | 52:4 62:5 |
| mcrae 7:11 | minimum 75:15 | n 5:1 8:18 9:1 | new 40:4 69:17 |
| mean 16:3 19:8 | minor 63:21 | 18:24 | 72:11 |
| 21:22 27:25 29:5 | minute 60:23 | nail 66:14 | nine 91:17 |
| 31:21 33:1 48:2,5 | minutes 15:23 | name 7:7,17 8:13 | ninyo 6:14,16 |
| 50:22 52:23 57:12 | 17:3 | 8:17 15:9 20:25 | 39:11 40:5,21 |
| 62:8 65:25 70:16 | mirrors 47:12 | 21:17 23:24 34:3 | 42:14 43:8 44:1,7 |
| 70:18 76:13 77:6 | misdemeanor | 95:17 | 46:5,21 48:19 |
| 81:16 82:11 85:6 | 11:21 | named 95:5 | 80:1,23 81:1 82:6 |
| 86:3 87:15 92:24 | missed 94:5 | names 18:18 20:1 | 83:2,5 84:17 85:3 |
| meaning 67:10 | misstate 83:18 | narrative 52:10 | 86:7 |
| means 76:24 | misunderstood | natural 59:14 | nook 47:16 60:6 |
| meant 64:8 77:15 | 89:7 91:13 | nature 9:25 16:8 | normal 32:25 |
| mechanical 81:20 | mixed 24:19 | 21:20,25 25:9 | 75:18 93:14 |
| 81:23 93:15 | moderate 53:6,9 | 48:7 50:12 65:3 | north 10:25 11:1 |
| mediation 80:2 | modified 70:1 | near 39:9 | note 40:19 |
| medical 28:11,16 | modify 35:4 | necessarily 13:14 | notes 12:23 14:25 |
| 28:22,25 29:3,8,13 | mold 25:14 38:4 | 29:19 73:2 | 73:8 88:20 |
| 29:20 30:8,19 | 46:14,19 47:21 | necessary 41:17 | notice 6:6 12:4,11 |
| 31:12 32:8,14,15 | moment 11:5 | 45:10 47:14,14 | 12:15 |
| 32:18 33:11 34:13 | 21:16 54:24 55:1 | 54:8 56:1 57:5 | november 1:17 |
| 92:7,11 | money 10:12,20 | 86:25 89:17 | 2:19 7:1 |
| mediterranean | 10:22 73:11,15 | necessity 61:17 | number 6:4 7:15 |
| 63:23 | month 75:6 | need 27:14 32:2,3 | 19:9 56:13 76:20 |
| meet 15:12 70:21 | monthly 75:7 | 45:15 48:9,10 | 77:19,20 89:18,23 |
| meetings 15:25 | moore 6:14,17 | 49:2 53:13,25 | 90:18,21 91:1,14 |
| mention 51:11 | 39:11 40:5,21 | 54:1 55:6 56:3 | 91:16,17 94:9 |
| mesa 8:21 9:2 | 42:14 43:8 44:1 | 57:24 63:2 65:9 | numbers 71:3 |
| met 70:20 | 46:5,21 48:19 | 69:3,5,8 74:21 | 76:5,9,12 77:12 |
| metal 45:6,7 77:1 | 80:1,23 81:2 83:2 | 85:19 94:2,3 | |
| method 47:14 | 83:6 86:7 | needed 16:25 22:7 | **o** |
| 54:22 | moore's 44:8 82:6 | 48:20 67:24 69:22 | o 3:16 18:24 19:1 |
| methodology | 84:17 | 84:4 85:10,11 | 90:7 |
| 86:17 | morning 14:6,12 | needs 29:11 33:1 | oak 58:17 |
| methods 93:14 | 15:1,16 16:6,7 | 37:25 44:14,15 | oath 95:6 |
| middle 94:5 | moved 24:16 | 50:9 57:9 58:8 | object 27:24 83:17 |
| mild 67:20 | moving 24:16 | 62:12 68:1,8 | observation 58:14 |
| miles 11:1 | | 74:19,22 83:13,22 | observations 92:4 |
| mind 33:2 34:25 | | neither 95:12 | obviously 13:9 |
| 82:17 83:24 84:8 | | nevada 9:12 10:15 | 86:4 |
| | | 10:16 18:21 | |

[occupants - pores]

occupants 37:11
ocean 64:25
october 18:6 26:14
odd 68:23
odor 31:25 54:1
  81:13
odors 53:8
offer 94:12
offered 22:23 35:5
  41:1
offering 27:23
  28:16 35:20
office 7:11 8:20,22
  8:24 55:7 90:7
oh 36:5 40:17
oil 48:16 58:20
okay 13:23 26:17
  36:5 42:2 84:15
  84:15 94:2,10
old 63:22 66:22,22
  69:22 82:2 83:20
once 9:24 47:20
  75:14
ones 23:22 33:23
  76:18
ongoing 28:11
  85:4
open 86:8
opened 58:24
operator 7:8
opine 22:12
opining 27:4,5
  28:13
opinion 29:18
  31:20 32:16,18
  33:16 34:17 37:18
  39:7 40:6 41:3
  42:4 47:24 48:19
  57:9 59:19 60:12
  62:2,16,20 65:3,7
  67:13 77:22 85:22

89:16
opinions 35:4,7,10
  35:14,19,22 39:12
  39:21,24 40:2
  41:1,5,6 90:24
  94:12
options 53:20
orange 24:20
order 13:18 17:12
  50:7 69:4
original 68:5
ought 75:9
outcome 95:13
outlined 89:6
outside 9:22 27:16
  33:8 64:1
oven 57:13
overstated 87:22
overtone 54:13
owner's 75:11,13
owners 74:24
owns 90:4

**p**

p.m. 2:18,18 7:2,4
  7:6 61:3,6 65:16
  94:20,23
packet 88:19
page 5:5 6:4 25:19
  37:1 38:14 41:21
  44:4 52:6,15 53:1
  53:13,15,18,21
pages 1:25 13:6
  17:23 18:2 36:9
  36:10 40:20 95:9
paid 10:21
paint 47:10
painted 44:25 56:1
painting 73:22
  74:2,5
paper 14:21 64:14

papered 64:11
paperwork 75:24
  78:15
paragraph 26:15
  37:1,3 41:24 43:7
  61:10 70:11 76:4
  79:24 85:1
paragraphs 87:18
paraphrasing 31:1
  82:4
pardon 10:24
paredes 6:14
part 41:4
particular 23:23
  30:5 71:20
particularly 64:1
parties 13:11
partner 10:20
party 11:18 95:14
patch 70:2
pencil 71:1
pending 10:14
penetration 47:9
penetrations
  66:14
people 14:19
percent 48:12
  58:24 59:20 68:13
  75:1,1,18 84:19
percipient 10:5
perform 90:1
persistent 53:6
personal 27:18
  55:16
pertinent 34:16
peter 3:6 7:25 8:14
phones 75:4
phonograph 57:16
photographs 87:5
phrase 11:11
  46:12

physical 22:10,14
physician 30:10
  42:11,15 48:21
  83:16,21
pick 41:14
picture 55:15
pictures 12:23
  35:9 66:17
pieces 93:13
pitched 73:15
place 7:10 32:4
  33:6 58:2 95:4
placed 95:6
plaintiff 1:5 2:5
  3:3 6:5 7:22 8:1
  8:14 10:10,11,18
  11:13 20:25
plan 94:12
planks 58:22
planning 42:25
  85:17
plans 68:19 93:1
plaster 45:1 62:19
  62:24,25 63:1,4,4
  63:10 74:15,20
plasterer 79:22
plax 1:6 2:6 7:16
please 7:23 8:5,16
  11:23
plugs 57:6 72:12
pmk 15:7
point 43:15 44:19
  85:15 94:14
points 44:5 92:2
pole 62:14
pool 26:25,25
  74:13,14 81:21,22
  81:22 86:23,25
  87:2,7
pores 45:16

Veritext Legal Solutions
866 299-5127

[porous - reading]

porous 47:6 55:8,9
portion 28:14
  33:19 35:18 60:9
  60:13 61:11 65:1
  92:4
portions 87:3
possible 39:1
post 87:18
posts 66:4
potential 38:21
potentially 61:22
practical 78:20
practice 71:2
pre 48:12 59:20
  62:16 82:8,15
  84:13 87:18
precise 71:16
preconstruction
  78:14
preliminary 26:6
preparation 13:4
  15:13 16:1 30:7
prepare 14:23
  85:14 91:18 94:2
prepared 80:1
  81:1 85:2 88:11
preparing 30:13
  78:21 85:11,17
presence 37:10
present 4:5 81:14
  81:14
presented 71:4,19
  75:12 79:1
pressure 48:10,13
  48:15 62:6,9
  81:19
presume 36:1
pretty 40:8 48:14
  48:16 50:12 64:25
  70:20 73:11,17
  75:18 76:2 81:16

81:25 86:10 87:2
previously 13:15
  51:14 58:25
price 73:3
prices 71:13
primarily 9:2
primer 68:3
principal 11:12
print 13:5,10 52:4
printed 36:9
printing 36:6
prior 15:4
probably 9:10,16
  15:6 17:6 18:9
  19:12,20 23:11,14
  29:11 30:25 34:15
  35:13 40:13 45:23
  47:9,15 48:2 49:5
  50:8 51:18 55:10
  58:4 59:25 62:8
  66:22 67:19 68:20
  73:23 75:8,14
  86:16 91:4,6
problem 79:20
problems 10:5
  37:10
procedures 48:24
  48:25 49:13 53:19
proceeding 95:6
proceedings 95:3
  95:7,10
process 31:25
  44:18
produce 6:6 12:22
  12:24
produced 13:10
  14:19 15:2 17:20
product 6:10
production 14:13
  40:16

professional 32:19
  34:14 79:12
professionals
  29:20 32:8 33:11
  39:2
proffered 25:15
project 10:1 75:14
  78:4
projects 78:6
properly 24:24
  76:11
property 27:18
  34:19 44:8 47:16
  51:4 55:17 58:14
  61:20 77:25 82:7
  82:15,20 84:10
  86:5 90:1,23
proposal 34:22
propose 47:2,7,9
  47:12
proposed 45:17
  85:23 86:17
protocol 42:23,24
protocols 42:18
provide 77:24
  79:3 91:20
provided 50:11
  76:17 77:8 78:12
provides 91:19
providing 21:5
  92:1
provision 42:2,3
provisions 36:24
pscott 3:11
pull 73:8
pump 74:17
put 14:17 32:16
  49:17 55:10 60:19
  64:7 68:3,22
  77:19 79:14 87:10

puts 41:16 42:18
putting 24:25
  25:11 34:21

q

qualified 25:17
  44:16,22 77:23
  79:3 81:22
question 11:16
  12:10 14:5 17:22
  51:25 57:20 76:13
  79:9 80:24 89:20
  90:20 92:14
questions 5:10
  94:15,17
quick 24:2 81:5
  88:1 89:21

r

r 8:18 9:1 18:24
  90:7,7
radiation 31:7
rae 3:5
railing 66:4
railroad 34:23
  87:10
rainstorms 48:8
range 57:8
rarely 68:22
rate 25:20
rates 25:24
raw 48:14
rbl 89:9 91:7,10
  94:7
rbl's 91:25
read 15:7,11 30:11
  30:22,22 34:11
  40:13 41:24,25
  52:23 81:7
reading 28:20
  38:19 51:8 61:13
  76:8

[ready - reports]

ready 61:1
real 10:19 72:21
  79:12 89:20
realize 72:24
really 27:11 29:12
  35:10 42:24 47:16
  48:9 50:7 52:23
  54:2 56:4,11
  60:20 64:18,19
  67:3 71:12,23
  72:20 77:10,18
  78:5,13 83:20
  87:15 91:19 92:19
  93:22
reason 54:20 66:8
reasonable 68:10
  69:18 89:10 92:1
  93:17
reasonably 52:19
  93:13
reasoning 50:16
reasons 63:25
rebuild 67:3
rebuilding 26:24
rebuilt 87:8
rebuttal 88:11
recall 11:5 20:11
  20:24 21:16 23:25
  24:13 31:4,6
  39:19 43:12 60:5
  68:6
received 16:10
  34:13,15 46:21
recessed 56:8,8
reclaimed 45:1
  55:6
recognize 17:18
  38:20
recollection 20:3
  31:1

recommend 28:2
  29:16 51:9 62:5,6
  62:10 67:17 89:25
recommendation
  29:7 68:10 92:9
recommendations
  22:15 30:24 41:10
  41:13 42:9 43:9
  44:8 54:4 81:6
  83:3
recommended
  32:20 89:17 90:2
reconstructions
  46:17
record 7:5,5,24
  8:17 42:1 52:12
  61:4,5,7 65:13,17
  65:18,20 94:21
  95:6,10
records 28:21 45:5
recovering 31:6
redid 69:17
redo 93:22
redone 66:25
reference 39:17
referred 42:8
referring 27:6
  56:7 80:3,24 81:3
refrigerator 60:5
regardless 38:2
  78:25
regular 48:3
rehash 83:20
related 10:4 22:4
  79:11
relating 34:18
relative 95:13
relevant 49:11
rely 39:20 41:2
remediated 44:9
  47:25 48:2 53:4

remediation 22:13
  24:22,24 28:13
  35:17 46:6,9,10,19
  46:20 47:21 49:23
  50:3 51:4 77:24
  78:13,21 79:2,4,25
  81:1 82:6 84:17
  85:23 86:17,22
  91:24 92:1
remediations 22:8
remember 19:1,5
  20:1,25 23:24
  64:24 74:6 81:18
  85:8
remission 92:18
remodel 56:11
  69:15,18
removal 26:21
  50:5 61:17
remove 50:4 69:9
removed 69:3,6
render 67:14
rendered 31:13
  42:4
rendering 37:18
  39:7,12,20 40:6
  41:3
reno 18:21
renting 28:3
rep 74:24 75:11,14
repaint 53:25 68:3
  68:4 74:9
repainted 45:10
repair 6:12 37:13
  39:1 50:17 91:18
  91:20
repairs 35:12
rephrase 67:5
replace 50:4 56:3
  69:4 70:3 71:6
  76:20 89:11,13

93:21 94:8
replaced 27:14
  57:5,10,24 60:14
  68:8,12 69:6,23
  81:24 87:4 93:9
replacement 26:21
  26:23 27:3 50:5
  51:6,10 54:9,21
  61:17 77:1
replacements
  81:18
replacing 77:10
replaster 74:13
report 6:11,18
  15:3 21:8 26:6,8
  26:12 30:2,7
  31:14 32:20 33:22
  33:25 35:5 39:23
  39:24 40:14 42:12
  42:17 43:11 46:5
  46:21 48:19 49:8
  49:12,15 51:1,3,12
  51:15,18 54:11
  61:10 70:12 73:6
  76:3 80:14 82:5
  84:17 85:12 86:2
  86:8,15 87:24
  88:10,11,17 89:10
  89:11 91:19 92:4
  94:10
reported 1:23
reporter 8:5 11:25
  13:21 17:14 36:14
  43:21 80:18 88:7
  95:1
reports 21:9 22:11
  39:18,20 40:5,21
  41:8,9 42:15 70:7
  81:8 82:3,6,10,13
  82:18 84:23 93:19

[represent - scott]

| | | | |
|---|---|---|---|
| **represent** 8:14 17:19 | 46:15 52:21,24 54:6 59:4 78:17 | **rifling** 13:3 | **san** 20:17 24:14,18 |
| **representation** 25:23 | 89:14,24 90:14 91:11 93:10 | **right** 10:11 14:15 15:22 18:7 19:5 | **satisfy** 84:12 |
| **request** 6:9 14:14 | **restorations** 41:12 | 23:19,25 25:4 | **save** 66:24 |
| **requests** 12:18,20 | **restored** 32:5 | 29:21 33:5 36:11 | **saw** 12:12 34:20 39:25 47:23 49:2 |
| **require** 32:10,14 33:14 | **result** 20:4 21:4,7 33:3,3 35:11 | 40:18,24 41:17 42:19 43:15 48:5 | 50:4 59:12,18 60:10 62:18 63:23 |
| **required** 28:12,23 29:10,15 30:4 | **resulted** 25:5 | 51:7,13 59:13 60:10 66:5 69:9 | 63:25 64:4 78:1 |
| 32:19 35:13,17 | **results** 16:10 | 72:25 73:1 74:6 | **sawn** 45:2 |
| 59:23 85:5 86:25 | 49:24 52:19 86:21 | 78:9 80:8,13 84:2 | **saying** 28:15,22 |
| 91:20,21,22 | **retained** 19:18,21 | 84:20,24 85:8,9 | 32:24 33:11 68:23 |
| **requirement** 84:13 | 23:5 25:2,10 | 86:6 94:16 | **says** 26:18 30:3 31:4 43:7 44:14 |
| **requires** 26:20 | **retaining** 34:19,20 87:12 | **ripples** 93:23 | 44:15 48:24 49:20 |
| **reseal** 59:7 60:4 | **retesting** 68:2 | **rlb** 71:14 72:24 77:23 | 51:2 81:9 83:10 83:21 85:18 86:4 |
| **resealed** 55:20 | **return** 62:15 84:13 | **rmr** 1:23 2:20 | **scapes** 47:22 |
| **research** 47:3 55:13 92:19 | **reveals** 51:21 | **roast** 57:13 | **scenario** 67:23 |
| **residual** 31:16 43:4 45:20 | **review** 15:3 22:11 22:15 30:6 34:1 | **rob** 58:13 | **sconces** 56:3,25 |
| **residue** 30:18 59:10 | 34:18 35:8 40:5 42:12,15 51:20,21 | **rolls** 64:8,8 | **scope** 28:12 33:13 47:7 49:1,24 50:3 |
| **residues** 53:3,7 | 54:15 | **roof** 69:13,17,18 69:19,22,24 70:1,3 | 50:16 71:5,19 72:9,21,23 73:3,22 |
| **resin** 58:20 | **reviewed** 14:25 | 70:5,8 73:12 | 75:11,12 77:24 |
| **resisted** 36:6 | 33:19,22 34:2,2,5 34:8 40:22 49:22 | **roofing** 10:4 69:20 73:10 | 79:2,4 80:1,2 81:1 82:5,14 84:16 |
| **resolve** 23:21 | 79:25 81:1 88:14 | **room** 73:14 | 85:3,22 89:5,6,16 |
| **respect** 22:21 77:24 | **reviewing** 50:15 | **rot** 65:11 | 91:7,11 92:1 94:1 |
| **respectfully** 44:11 | **reviews** 75:15,15 | **rough** 45:2 48:16 | **scoped** 73:3 |
| **respiratory** 38:23 | **ria** 6:12 35:23 | **round** 83:6 | **scopes** 71:3 78:21 |
| **response** 6:9 14:7 14:14 | 36:17 39:25 41:15 41:19 45:25 48:18 | **rpr** 1:23 2:19 | **scott** 3:6 5:6 7:25 7:25 8:12,14 12:2 |
| **responsive** 12:20 | 48:24 51:5,21 54:15 | **rs** 76:24 | 13:23 14:1,3 |
| **rest** 60:14 73:14 87:15 | **rid** 32:3 47:17 58:5 60:3 86:24 | **rugs** 55:16 | 17:16 27:17 28:6 33:17 36:16 37:4 |
| **restoration** 10:2 29:11,17,19 33:13 | **ride** 34:6 | **run** 54:19 | 37:5 39:16 40:23 42:10 43:23 60:23 |
| 37:25 38:4,5 39:3 | **rider** 34:6,7 49:25 70:13,19 76:9 | **s** | 61:1,8 65:13,21 80:20 84:1 88:9 |
| 41:14 42:17 45:18 | | **s** 8:18,18 9:1 | 94:14,18 |
| | | **safe** 41:18 | |
| | | **salvageable** 66:21 | |
| | | **sample** 16:16 | |
| | | **samples** 16:11 83:5 | |

[scrubbers – staining]

scrubbers 38:8
seal 54:1 55:12
sealant 45:16
sealed 44:23 45:13
   55:18 56:20,22
   58:25 61:16 63:5
sealer 55:11,11
   58:18,19,20
seals 58:21,21
search 12:19,21
second 26:15
   43:11 52:15 65:14
   76:4 89:9
see 18:9,10 21:19
   22:10 23:17 24:11
   25:21 30:3,3,16
   37:15,16 38:17
   39:17 40:7,14
   47:3,20 50:3,24
   60:8 61:23 63:6
   66:5,8,9,17 69:15
   70:6 72:22 76:5
   76:25 78:18
seeing 90:24
seen 12:10,14 29:7
   36:17 44:2 68:6
   68:19 69:21 78:22
   78:24 82:3 85:7,9
   88:12 90:23 92:8
   92:10
selectively 59:7
self 56:19
sense 73:20
sensitive 31:3
   38:16,20
sensitivities 37:9
sent 13:16
sentence 37:8
   49:15,15,20 50:6
   50:19 54:16 76:4
   77:15 80:25 81:3

84:25 85:6
sentences 38:15
   52:7
sequence 37:13
server 36:20
services 25:20
set 17:19 92:25
   95:4
sets 93:1
settled 25:7
severe 52:17 53:10
   64:25 66:3
sf000617 76:20
shannen 1:4 2:4
   6:5 26:6
shannon 3:3
shape 48:17 53:24
   79:21 87:2
sharpen 71:1
sheet 25:20 56:11
sheets 76:18
short 30:10 33:5
shorthand 95:1,8
show 87:19
showed 56:18
shows 87:14
sic 57:1 66:19
side 25:11 64:10
   64:11,24 71:21
sides 66:10
sierras 11:1
sieve 65:5
signature 95:24
significant 22:8
similar 22:17 41:7
   41:8
similarly 41:9
single 20:16 21:3
   70:14 91:14
site 16:3 35:2,4,8
   40:3 61:24 62:3

70:9 86:1 88:23
   88:25
sites 38:21
situation 91:5
six 10:8 19:14
   66:11 73:13 76:21
   76:23
sixteen 9:10
size 66:18 90:12
skill 95:11
skilled 60:20
slightly 16:17
sliver 59:1,1
small 21:2 59:1,1
   73:12 75:22
smart 90:11
smog 48:3
smoke 6:12,16
   20:7,9,13 22:4,5
   22:21,24 23:1,3,3
   24:8 26:19 30:1
   30:17 31:16,17,22
   31:25 33:3,13
   35:12 38:5 45:5
   51:23 52:16 54:1
   56:23 57:12 80:23
   82:21 84:5
soffits 64:3,21
soffitted 66:19
soft 27:2,13 55:15
   58:3 59:25 62:13
   68:11 69:5 81:23
solvent 43:6
somebody 28:1
   69:25 75:20 78:23
   79:14 83:7
somewhat 24:3
soot 31:17,22 38:5
   38:9 45:5 47:5,9
   51:22 56:24 57:12
   82:20,21

sorry 14:8 24:19
   52:11,11 57:19
   82:11
sort 59:12,14
sorts 59:15
sound 29:5
source 70:14
south 3:18 8:25
southern 33:10
   90:3
space 69:8
speak 15:18,19
speaking 28:19
specialize 78:4
   90:10
specific 30:24
   49:12 54:4 56:13
   58:5 92:8
specifically 29:8
   46:1 51:9 53:22
specifications 93:1
specifics 30:8
specified 82:6
   84:17
specifies 80:7
specs 56:11 69:16
speculation 27:8
   39:13
spell 8:16 90:6
spent 17:4
spider 63:21
spoke 11:15
sponge 45:8 67:19
spot 64:15
squabble 75:2
squares 73:13
stage 24:9
staining 60:10,21
   64:23 66:9,12,17
   66:18

[stainless - techniques]

stainless 57:11
stamp 76:19
stand 48:7 63:2
91:8
standard 54:23
84:8
standards 92:23
93:3
start 21:22 60:18
62:22 65:9 67:18
started 52:6 71:23
starting 53:17
65:12
starts 19:3 38:15
state 1:7 2:7 3:14
6:14 7:15 8:3,16
8:19,22 10:14
15:12,18 16:1
19:22,24 20:3,7,10
21:10 23:13,17,23
24:1,12,15 25:3
26:7 28:8 40:16
40:20 44:1 92:23
93:2 95:1
stated 35:15
statement 52:1
72:19 93:5
states 1:1 2:1 7:23
station 20:19,20
status 92:15
stay 54:4
steam 47:14 59:8
steel 57:11 63:9
step 42:19 46:1
94:5
stepped 33:12
steps 28:23 41:17
sterile 29:25
stop 89:18 90:19
story 24:6 82:2

street 3:18 8:20
strip 66:23 67:2
73:25
stripping 73:24
strong 59:24
structural 46:16
53:11
structure 20:5
stucco 24:25 61:15
62:1,4,7,11,19,24
63:10 66:2,23
67:4,8 73:16 74:9
79:6,9,15,15,15,17
79:18,20
stuccoed 66:19
stuff 13:2,7 14:12
14:16,20 15:1
34:20 46:17 47:18
50:8 63:3 71:7
74:12,19 76:16
78:14 80:9 86:11
89:1 94:8
sub 70:24,25
subcontractor's
89:6
subcontractors
70:15
subpoena 6:6 12:8
12:14,17 14:7
subscribed 95:16
substrates 64:15
success 60:17
successful 68:2
83:11
suck 47:17
sucks 60:2
sued 24:22
suffering 30:20
32:9
suffice 19:8

sufficient 48:11
62:15 76:11 82:7
82:14 83:13 84:12
suing 10:4
suitable 41:14
suite 2:16 3:8,19
8:21 56:15
sullivan 3:5 7:11
sum 76:10,14,22
91:12
summarized 81:10
summation 35:19
sums 92:2
supervised 79:15
supplemental
87:24
supplied 5:15
support 65:12
66:2,10
suppose 24:4
supposed 63:13,22
93:11
sure 11:6 17:7
18:20 22:2 29:12
36:22 40:8 41:18
49:16 58:19 70:20
76:22 78:16,22
80:12 81:5 82:24
88:3 90:17 91:9
surface 55:14 58:4
59:10,15 64:4
67:22 68:14 74:10
93:6
surfaces 32:2
44:21 45:11 47:11
48:6 55:23 59:9
61:15 81:19
surfactant 67:21
susceptible 63:20
swear 8:5

switches 57:7
72:12
sworn 8:8
system 74:17 77:9
77:10
systems 26:24
76:21,23

**t**

take 21:24 29:11
30:12 37:17,20
38:10,14 39:6
42:3 44:19 55:15
58:2 60:23 69:11
72:5 84:4 88:24
93:21
taken 7:21 9:5,9
28:2 95:3
talk 21:23 28:2
46:1 49:12 50:12
58:11 67:25 80:9
86:21
talked 16:3 22:20
31:2 34:9 37:21
39:15 44:13 88:21
89:3 90:24 91:1
92:7 93:6
talking 27:13 28:4
28:24 43:17 45:25
50:25 61:19,22
65:22 74:3 80:12
80:15 88:24 91:21
talks 42:16,17
48:24 52:15 53:18
53:21,23 81:10,12
89:12
tape 16:11 83:5
tarpaper 25:12,13
task 84:3
tear 65:9
techniques 51:24

Page 17

[telephonic - underneath]

**telephonic**  15:15
**tell**  9:14 16:13
    18:18 19:25 20:15
    21:25 23:15 29:14
    30:19 57:25 77:9
    79:14 80:2,14
    81:2 85:12
**tells**  78:1
**ten**  15:23 17:3
    36:9 88:20 92:2
**tend**  89:19
**tends**  54:4 63:1
**term**  43:4
**terrible**  79:19
**terribly**  57:3
**testament**  24:3,5
**tested**  47:20
**testified**  8:9 19:9
    23:12 94:11
**testify**  25:10,17
    27:19
**testifying**  22:22
**testimony**  18:5
    21:5,20 22:1,17,23
    25:6,9 27:23
    28:16 83:18 95:11
**testing**  44:10 83:6
**thank**  7:20 40:18
    52:14 94:16
**therapy**  31:7
**thing**  36:4 40:18
    41:25 46:24 49:18
    52:4,24 55:5 59:5
    63:11 65:9 71:12
    77:3 80:13 81:9
    91:16
**things**  13:10 27:15
    43:10 49:2 59:16
    69:15 70:17 85:21
    86:5 87:23 94:2

**think**  10:19 11:11
    12:12,16 17:10,18
    19:13,23 20:19
    21:14 24:5,20
    29:22 30:2 33:12
    33:15 35:6,10,16
    37:24 38:10 39:8
    41:4,4 42:8 43:7
    45:25 48:13,22
    49:2,11 54:12
    56:14 58:7 59:11
    62:4,7,22 65:23
    67:24 71:9,18
    72:4 73:1 74:5,7
    75:10,13,20 76:2
    77:22 78:16 79:2
    79:6,8,9,10,11
    80:7,8,9 81:25
    82:9,10 83:2
    84:19,21 86:7,18
    86:24 87:21 89:1
    89:6,8,9,25 90:23
    91:7,12,25 93:6
    94:4,13
**third**  11:18 19:23
    56:15
**thorough**  29:10,12
    37:25 47:13,15
    80:7 81:16
**thoroughly**  83:8
**thought**  30:17,22
    51:18 52:7 68:9
    70:22 75:8
**thousand**  73:16
    75:3,4 76:1
**thousands**  13:6
    79:16,17,17
**three**  14:10 15:6
    18:15 21:15 36:24
    65:6,24 89:18
    90:18,21,22

**threshold**  16:17
**thumb**  14:17
**tie**  34:23 85:21
    87:10
**tile**  47:12 55:23
    66:7,13 74:20
**time**  7:4 17:4
    21:24 24:6 26:4
    33:24 38:3 42:6
    49:4 61:3,6,23
    63:16 65:16,19
    68:15,17 75:21
    77:8 79:16 82:9
    82:13 89:18 90:20
    94:20 95:4,5
**times**  9:7,8,10
    19:9,20 20:14
    23:8,11 75:23
**tiny**  59:15
**today**  7:17 14:24
    18:17 36:3 62:5
    67:3 88:19 91:20
    91:22 94:11
**ton**  63:25 76:21,23
    76:25
**top**  26:13
**topic**  61:1 87:25
**torch**  70:1
**towers**  78:8,8
**trade**  70:24 71:9
**transcribed**  95:8
**transcript**  50:16
**transcripts**  14:19
**treat**  52:18
**tree**  87:16
**trees**  73:19 87:13
    87:15,16
**trial**  18:1,5 25:6
**trials**  19:14
**trick**  40:12

**trigger**  21:19
**triggered**  31:22
**trim**  56:20,22
    72:10
**trims**  56:21
**trowel**  63:9,10,14
    79:18
**true**  28:25 63:4
    95:10
**try**  14:20 88:1
**trying**  10:12 16:18
    40:12
**tuesday**  1:17 2:18
    7:1
**turn**  37:1 38:14
**turned**  46:5
**twenty**  19:14
    23:11
**twice**  75:14
**two**  9:16 11:4,6
    17:23 18:11,13,25
    19:25 21:13,14
    22:20 23:23 31:15
    31:16 36:23 38:15
    40:10 46:13 63:24
    66:11,22 72:14
    76:21 78:7 82:25
    89:23 91:22
**type**  43:6,6 53:15
    58:4,14,17 69:24
    77:6 93:15
**typical**  51:15,17
    64:22

**u**

**u**  8:18
**ultimately**  29:16
    30:3 83:15 85:21
**unclear**  49:21 50:2
    50:14 72:19 89:4
**underneath**  47:23
    66:9

Veritext Legal Solutions
866 299-5127

[understand – writing]

| | | | |
|---|---|---|---|
| **understand**  28:20 | **verify**  70:21 | **waste**  14:20 | **wiped**  45:9 |
| 29:1,9 32:25 43:3 | **versus**  7:14 18:23 | **water**  24:15,17 | **wiping**  67:19 |
| 50:23 52:20 72:22 | 24:12 26:6 | 46:14,18 48:7 | 81:11 |
| 73:25 92:17 | **vertical**  44:20 64:3 | 60:10 63:3,25,25 | **wire**  64:10,13,13 |
| **understanding** | **videographer**  4:6 | 64:20,22 66:3,9,12 | 64:14 |
| 27:10 83:14 86:14 | 7:4,20 8:4 61:3,6 | 66:13,16,18 74:16 | **wishy**  29:6 |
| 92:18,21 | 65:16,19 94:20 | 77:9,9 78:11 | **witness**  5:4,10 |
| **understood**  14:22 | **videotape**  7:8 | 81:15 86:24 90:9 | 7:17,19 8:5 9:23 |
| 77:21 91:9 | **videotaped**  1:15 | **waterproof**  74:14 | 10:6 17:21 19:9 |
| **unfinished**  59:13 | 2:15 | **way**  16:19 32:17 | 19:16,19,21 20:6 |
| 59:14 | **visit**  35:2,4,8 62:3 | 35:5 43:4 52:18 | 20:12 25:16 27:10 |
| **united**  1:1 2:1 | 70:9 86:1,5 | 53:21 54:5 56:23 | 27:25 32:23 39:14 |
| **unnecessary**  38:22 | **visited**  58:13 | 64:16,16 67:6 | 40:17 42:6 60:25 |
| 85:24 | **voc's**  45:21 | 69:24 71:16 73:19 | 65:15 83:19 94:16 |
| **unreasonable**  71:4 | **volume**  1:18 | 77:17,23 94:5 | 95:5,16 |
| **unsealed**  47:8 55:8 | **vs**  1:6 2:6 | **ways**  84:24 | **wolf**  57:8 |
| **unusual**  68:25 | | **weak**  64:15 | **wood**  45:2,13,14 |
| **upholstery**  81:13 | **w** | **weatherproof** | 47:23 48:14 55:7 |
| **upscale**  78:8 | | 24:25 | 55:8,18,19 58:21 |
| **use**  43:2 45:19,22 | **w**  19:4 | **weed**  47:23 87:16 | 59:9 60:17 |
| 49:9 62:13 63:15 | **walk**  36:23 | **week**  72:8,14 | **word**  59:13 |
| 86:20 | **walked**  58:23 | 75:15,23,24 | **words**  23:2 41:2 |
| **usually**  68:21 | **wall**  26:22 34:19 | **weeks**  15:6 18:13 | 44:18 |
| **utah**  8:24 9:1 | 34:20,22,23,23 | 18:13 72:14 91:22 | **work**  12:5 23:20 |
| | 56:25 68:22 69:2 | **went**  54:17 | 37:14 41:17 47:7 |
| **v** | 69:7 87:8,10,12 | **wet**  45:8,9 81:11 | 49:18 72:9 73:3,3 |
| | **walls**  45:9 53:4,22 | 81:14 | 73:22 74:8 75:21 |
| **vac**  32:2 47:16 | 55:25 81:12 | **wexco**  6:18 91:9,9 | 76:17,25 82:14 |
| 55:12,20 59:5,24 | **want**  10:22 21:23 | **whack**  73:19 | 85:20 90:9 91:23 |
| 60:3 | 29:5 40:10,11 | **whereof**  95:16 | **worked**  23:22 78:6 |
| **vaccing**  38:8 58:5 | 41:25 46:24 49:17 | **white**  25:11 | **working**  13:7 17:4 |
| **vacuum**  81:11 | 58:11 80:11 83:20 | **wildfire**  6:16 | 17:9 19:15 72:7 |
| **vacuuming**  59:19 | 86:2 90:20 | 80:22 | 79:16 |
| 59:23 | **wanted**  36:23 92:6 | **wilshire**  2:16 3:7 | **world**  70:18 |
| **vacuums**  81:11 | 92:20 | 7:12 | **worst**  67:23 |
| **vague**  41:9 84:21 | **warranted**  75:10 | **window**  81:19 | **worth**  72:17 |
| 84:23 | **warrants**  75:20 | **windows**  45:6,7 | **wright**  3:5 7:11 |
| **valley**  20:17 22:6 | **wash**  48:10,15 | 64:2,21 73:24 | **write**  21:9 84:23 |
| 60:16 | 62:8,9,9,13 74:21 | 74:1,10 | 86:15 |
| **vegas**  10:3 46:13 | **washing**  48:13 | **wipe**  55:9 93:15 | **writing**  39:1 |
| **venetian**  63:4 | 62:6 81:19 | | |
| | **washy**  29:6 | | |

Veritext Legal Solutions
866 299-5127

[written - young]

| written | 21:8 26:8 52:21 54:10,14 |
| wrong | 64:12 79:7 |
| wrote | 40:13 42:6 82:9,13,18 |

**x**

| x | 5:1 |

**y**

| yards | 79:17 |
| yeah | 14:9 15:11 20:21 27:10 28:18 35:17 36:2,19 46:12 48:1 50:21 57:11 74:4,7 75:13 76:7 77:17 78:10 83:4,15,19 84:22 89:22 |
| year | 9:8 21:12 66:22 |
| years | 10:8 21:13 21:14,15 46:11,13 65:6,24 70:19 90:3,13 |
| yep | 37:7 |
| yesterday | 12:12 15:11 18:21 34:9 34:11 |
| yesterday's | 18:7 |
| young | 37:11 |

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2) Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.