## Early Sullivan Wright Gizer & McRae LLP

6420 Wilshire Blvd, 17th Floor
Los Angeles, CA 90048
(323) 301-4660
Fax (323) 301-4676
Tax I.D. 27-2410239

MS. SHANNEN DOHERTY

December 6, 2018

RE:   ADV. STATE FARM INSURANCE
OUR FILE NUMBER: █████
INVOICE NUMBER: 21962

PROFESSIONAL SERVICES

| | | HOURS | AMOUNT |
|---|---|---|---|
| 11/13/2018 | Review, analysis and conferences regarding ██████<br>DEVIN A. MCRAE-PARTNER | 1.20 | 750.00 |
| 11/13/2018 | Review insurance policy; telephone conference with S. Doherty; legal research regarding ██████<br>PETER SCOTT-PARTNER | 1.60 | 720.00 |
| 11/15/2018 | Telephone conferences and exchange emails regarding ██████<br>DEVIN A. MCRAE-PARTNER | 0.30 | 187.50 |
| 11/15/2018 | Telephone conference with ██████<br>PETER SCOTT-PARTNER | 0.70 | 315.00 |
| 11/20/2018 | Review and revise letter to State Farm<br>DEVIN A. MCRAE-PARTNER | 0.20 | 125.00 |
| 11/20/2018 | Email communications with client regarding ██████ telephone calls to State Farm representative; draft correspondence ██████<br>PETER SCOTT-PARTNER | 3.20 | 1,440.00 |
| 11/21/2018 | Review and consultation with P. Scott regarding ██████<br>DEVIN A. MCRAE-PARTNER | 0.40 | 250.00 |
| 11/21/2018 | Draft/revise correspondence to State Farm; email communications with client regarding ██████<br>PETER SCOTT-PARTNER | 1.40 | 630.00 |

CONFIDENTIAL                    EX. A-001                    SD01457

MS. SHANNEN DOHERTY                                                                    Page    2
OUR FILE NUMBER:  ███████
INVOICE NUMBER:    21962

|  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/23/2018 | Telephone conference with G. Clifford regarding ████████<br>PETER SCOTT-PARTNER | | 0.50 | 225.00 |
| 11/26/2018 | Confer with P. Scott regarding ███████<br>DEVIN A. MCRAE-PARTNER | | 0.20 | 125.00 |
| 11/26/2018 | Draft email to G. Clifford regarding █████████; emails with State<br>Farm and client regarding ███████<br>PETER SCOTT-PARTNER | | 1.70 | 765.00 |
| 11/27/2018 | Review and consultation with P. Scott regarding ████████<br>DEVIN A. MCRAE-PARTNER | | 0.50 | 312.50 |
| 11/27/2018 | Communications with State Farm regarding claim status; communications with S.<br>Doherty and G. Clifford regarding █████████<br>PETER SCOTT-PARTNER | | 1.40 | 630.00 |
| | FOR PROFESSIONAL SERVICES RENDERED | | 13.30 | $6,475.00 |

TIMEKEEPER SUMMARY

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| DEVIN A. MCRAE-PARTNER | 2.80 | 625.00 | $1,750.00 |
| PETER SCOTT-PARTNER | 10.50 | 450.00 | $4,725.00 |

██████████████████████████████████

## Early Sullivan Wright Gizer & McRae LLP

6420 Wilshire Blvd, 17th Floor
Los Angeles, CA 90048
(323) 301-4660
Fax (323) 301-4676
Tax I.D. 27-2410239

MS. SHANNEN DOHERTY

January 7, 2019

RE:   ADV. STATE FARM INSURANCE
       OUR FILE NUMBER: █████████
       INVOICE NUMBER: 22144

COSTS:

|  | AMOUNT |
|---|---|
| 11/30/2018  First Legal Network - delivery of documents 11/20/18 to Fairmont Miramar Hotel | 30.22 |
| COSTS: | $30.22 |

██████████████████████████████████████

## Early Sullivan Wright Gizer & McRae LLP

6420 Wilshire Blvd, 17th Floor
Los Angeles, CA 90048
(323) 301-4660
Fax (323) 301-4676
Tax I.D. 27-2410239

MS. SHANNEN DOHERTY

February 11, 2019

RE:   ADV. STATE FARM INSURANCE
      OUR FILE NUMBER: █████████
      INVOICE NUMBER: 22286

PROFESSIONAL SERVICES

|  |  | HOURS | AMOUNT |
|---|---|---|---|
| 1/11/2019 | Telephone conference with S. Doherty and P. Scott<br>DEVIN A. MCRAE-PARTNER | 0.30 | 187.50 |
| 1/11/2019 | Telephone conference with S. Doherty regarding ███████████<br>PETER SCOTT-PARTNER | 0.20 | 90.00 |
| 1/17/2019 | Review and consultation with P. Scott regarding ██████<br>DEVIN A. MCRAE-PARTNER | 0.20 | 125.00 |
| 1/17/2019 | Review State Farm correspondence regarding claim denial; draft correspondence to State Farm regarding denial of refrigerator damage.<br>PETER SCOTT-PARTNER | 2.40 | 1,080.00 |
| 1/22/2019 | Revise correspondence to State Farm regarding refrigerator damage<br>PETER SCOTT-PARTNER | 0.40 | 180.00 |
| 1/29/2019 | Telephone conference with S. Doherty and P. Scott regarding ██████<br>DEVIN A. MCRAE-PARTNER | 0.20 | 125.00 |
| | FOR PROFESSIONAL SERVICES RENDERED | 3.70 | $1,787.50 |

TIMEKEEPER SUMMARY

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| DEVIN A. MCRAE-PARTNER | 0.70 | 625.00 | $437.50 |
| PETER SCOTT-PARTNER | 3.00 | 450.00 | $1,350.00 |

███████████████████████████████

MS. SHANNEN DOHERTY                                                    Page      2

OUR FILE NUMBER: ▮▮▮▮▮▮
INVOICE NUMBER:   22286

                                                                      AMOUNT

# Early Sullivan Wright Gizer & McRae LLP

6420 Wilshire Blvd, 17th Floor
Los Angeles, CA 90048
(323) 301-4660
Fax (323) 301-4676
Tax I.D. 27-2410239

MS. SHANNEN DOHERTY                                                    March 11, 2019

RE:  ADV. STATE FARM INSURANCE
     OUR FILE NUMBER: █████
     INVOICE NUMBER: 22437

PROFESSIONAL SERVICES

| | | HOURS | AMOUNT |
|---|---|---|---|
| 2/1/2019 | Confer with P. Scott regarding ██████████<br>DEVIN A. MCRAE-PARTNER | 0.10 | 62.50 |
| 2/4/2019 | Draft complaint adv. State Farm and legal research ██████<br>PETER SCOTT-PARTNER | 2.70 | 1,215.00 |
| 2/6/2019 | Review and consultation with P. Scott regarding ██████<br>DEVIN A. MCRAE-PARTNER | 0.50 | 312.50 |
| 2/6/2019 | Draft/revise complaint against State Farm ███████████<br>█████<br>PETER SCOTT-PARTNER | 0.60 | 270.00 |
| 2/7/2019 | Telephone conference with P. Scott regarding ████████<br>DEVIN A. MCRAE-PARTNER | 0.10 | 62.50 |
| 2/7/2019 | Review/analyze ████████ and communications with T. Astone regarding<br>█████<br>PETER SCOTT-PARTNER | 0.40 | 180.00 |
| 2/8/2019 | Draft email to and telephone conference with S. Doherty regarding ██████ (0.2);<br>conferences with P. Scott regarding █████ (0.3)<br>DEVIN A. MCRAE-PARTNER | 0.50 | 312.50 |
| 2/8/2019 | Finalize and coordinate filing of State Farm bad faith action<br>PETER SCOTT-PARTNER | 0.90 | 405.00 |

CONFIDENTIAL                          EX. A-006                          SD01462

MS. SHANNEN DOHERTY                                                                    Page    2
OUR FILE NUMBER: ███████
INVOICE NUMBER:   22437

|  |  | HOURS | AMOUNT |
|---|---|---|---|
| 2/12/2019 | Telephone conference with State Farm regarding claim status<br>PETER SCOTT-PARTNER | 0.30 | 135.00 |
| 2/14/2019 | Telephone conference with S. Doherty and P. Scott<br>DEVIN A. MCRAE-PARTNER | 0.20 | 125.00 |
| 2/19/2019 | Review and consultation with P. Scott regarding ███████<br>DEVIN A. MCRAE-PARTNER | 0.30 | 187.50 |
| 2/20/2019 | Review and consultation with P. Scott regarding ██████<br>DEVIN A. MCRAE-PARTNER | 0.20 | 125.00 |
| 2/26/2019 | Review and consultation with P. Scott regarding ████████<br>DEVIN A. MCRAE-PARTNER | 0.20 | 125.00 |
| 2/28/2019 | Review and consultation with P. Scott regarding ██████<br>DEVIN A. MCRAE-PARTNER | 0.20 | 125.00 |

FOR PROFESSIONAL SERVICES RENDERED                                          7.20    $3,642.50

TIMEKEEPER SUMMARY

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| DEVIN A. MCRAE-PARTNER | 2.30 | 625.00 | $1,437.50 |
| PETER SCOTT-PARTNER | 4.90 | 450.00 | $2,205.00 |

COSTS:

| 2/15/2019 First Legal Network - process serve summons and complaint and related documents 2/14/19 on State Farm General Insurance | 203.55 |
|---|---|

COSTS:                                                                                  $203.55

███████████████████████████████████████████

MS. SHANNEN DOHERTY

OUR FILE NUMBER: ▮▮▮▮▮▮▮
INVOICE NUMBER:   22437

Page      3

<u>AMOUNT</u>



## Early Sullivan Wright Gizer & McRae LLP
6420 Wilshire Blvd, 17th Floor
Los Angeles, CA 90048
(323) 301-4660
Fax (323) 301-4676
Tax I.D. 27-2410239

MS. SHANNEN DOHERTY                                                    April 8, 2019

RE:   ADV. STATE FARM INSURANCE
      OUR FILE NUMBER ███████
      INVOICE NUMBER: 22577

      PROFESSIONAL SERVICES

|  |  | HOURS | AMOUNT |
|---|---|---|---|
| 3/1/2019 | Telephone conference with J. Paredes regarding pending bad faith action and on-going claims representative support<br>PETER SCOTT-PARTNER | 0.20 | 90.00 |
| 3/6/2019 | Review and consultation with P. Scott regarding ███████<br>DEVIN A. MCRAE-PARTNER | 0.20 | 125.00 |
| 3/6/2019 | Review/analyze State Farm correspondence and updated claim settlement spreadsheet; draft email ███████<br>PETER SCOTT-PARTNER | 0.50 | 225.00 |
| 3/7/2019 | Telephone conferences with S. Doherty and P. Scott regarding ███████<br>DEVIN A. MCRAE-PARTNER | 0.30 | 187.50 |
| 3/7/2019 | Draft emails to State Farm regarding missed rental payments; communications with State Farm regarding missed rental payments; review/analyze claims spreadsheet and lease; communications with landlord regarding status of rental payment<br>PETER SCOTT-PARTNER | 2.20 | 990.00 |
| 3/8/2019 | Review/analyze claims payment spreadsheet and emails and telephone conferences with J. Paredes regarding same; telephone conferences with R. Gunderson regarding status of rent payments and review/analyze lease regarding same; communications with client regarding ███████<br>PETER SCOTT-PARTNER | 2.00 | 900.00 |
| 3/12/2019 | Telephone conferences with S. Doherty and P. Scott regarding ███████<br>DEVIN A. MCRAE-PARTNER | 0.20 | 125.00 |

CONFIDENTIAL                          EX. A-009                          SD01465

MS. SHANNEN DOHERTY                                                                      Page      2
OUR FILE NUMBER: ███████████
INVOICE NUMBER:  22577

|  |  | HOURS | AMOUNT |
|---|---|---|---|
| 3/18/2019 | Review and analysis regarding ███████ and confer with P. Scott regarding ███████ DEVIN A. MCRAE-PARTNER | 0.30 | 187.50 |
| 3/18/2019 | Review correspondence from State Farm; review Notice of Removal and attorney conference ███████████ PETER SCOTT-PARTNER | 0.50 | 225.00 |
| 3/19/2019 | Review and analysis regarding ████████████████████ DEVIN A. MCRAE-PARTNER | 0.50 | 312.50 |
| 3/20/2019 | Review and consultation with P. Scott regarding ████████████ DEVIN A. MCRAE-PARTNER | 0.20 | 125.00 |
| 3/20/2019 | Telephone conference with client ████████████ call with T. Astone; review/analyze State Farm correspondence; draft correspondence to State Farm PETER SCOTT-PARTNER | 3.50 | 1,575.00 |
| 3/21/2019 | Review and consultation with P. Scott regarding ████████████ DEVIN A. MCRAE-PARTNER | 0.30 | 187.50 |
| 3/25/2019 | Telephone conference with State Farm; telephone conference with T. Astone; emails regarding ███████ PETER SCOTT-PARTNER | 0.70 | 315.00 |
| 3/26/2019 | Communications with State Farm regarding outstanding ALE payments PETER SCOTT-PARTNER | 0.20 | 90.00 |
| 3/27/2019 | Attend site and pool inspection at insured residence; communications with State Farm regarding April rent payment and status of claim; draft emails to State Farm regarding ALE payment PETER SCOTT-PARTNER | 3.50 | 1,575.00 |

FOR PROFESSIONAL SERVICES RENDERED                                       15.30   $7,235.00

TIMEKEEPER SUMMARY

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| DEVIN A. MCRAE-PARTNER | 2.00 | 625.00 | $1,250.00 |
| PETER SCOTT-PARTNER | 13.30 | 450.00 | $5,985.00 |

CONFIDENTIAL

EX. A-010

SD01466

CONFIDENTIAL

EX. A-011

SD01467

## Early Sullivan Wright Gizer & McRae LLP

6420 Wilshire Blvd, 17th Floor
Los Angeles, CA 90048
(323) 301-4660
Fax (323) 301-4676
Tax I.D. 27-2410239

MS. SHANNEN DOHERTY                                                              May 8, 2019

RE:   ADV. STATE FARM INSURANCE
      OUR FILE NUMBER: ███████
      INVOICE NUMBER: 22813

         PROFESSIONAL SERVICES

| | | HOURS | AMOUNT |
|---|---|---|---|
| 4/2/2019 | Review and analyze ███████ and confer with P. Scott regarding ████<br>DEVIN A. MCRAE-PARTNER | 0.50 | 312.50 |
| 4/5/2019 | Telephone conference with T. Astone ████████████████<br>PETER SCOTT-PARTNER | 0.20 | 90.00 |
| 4/8/2019 | Review and consultation with P. Scott regarding ███████████<br>████████<br>DEVIN A. MCRAE-PARTNER | 0.20 | 125.00 |
| 4/8/2019 | Conduct Rule 26(f) meet and confer with opposing counsel<br>PETER SCOTT-PARTNER | 1.20 | 540.00 |
| 4/9/2019 | Draft email to team regarding ████████<br>PETER SCOTT-PARTNER | 0.30 | 135.00 |
| 4/10/2019 | Telephone conference regarding ████████<br>PETER SCOTT-PARTNER | 0.50 | 225.00 |
| 4/11/2019 | Email communications with State Farm; draft ███████████<br>PETER SCOTT-PARTNER | 1.90 | 855.00 |
| 4/12/2019 | Review and consultation with P. Scott regarding ██████████<br>DEVIN A. MCRAE-PARTNER | 0.60 | 375.00 |
| 4/12/2019 | Draft/revise ████████████████████<br>PETER SCOTT-PARTNER | 1.40 | 630.00 |

CONFIDENTIAL                        EX. A-012                        SD01468

MS. SHANNEN DOHERTY                                                                    Page    2
OUR FILE NUMBER:    ███████
INVOICE NUMBER:    22813

|  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|
| 4/15/2019 | Review and analyze ██████████████ (0.3); telephone conference with S. Doherty and P. Scott ██████ (0.3) <br> DEVIN A. MCRAE-PARTNER | | 0.60 | 375.00 |
| 4/15/2019 | Review/analyze ██████████ and attorney conference regarding ████ <br> PETER SCOTT-PARTNER | | 0.40 | 180.00 |
| 4/19/2019 | Draft email regarding ████████████████████ <br> PETER SCOTT-PARTNER | | 0.30 | 135.00 |
| 4/23/2019 | Draft email regarding █████████████ <br> PETER SCOTT-PARTNER | | 0.20 | 90.00 |
| | FOR PROFESSIONAL SERVICES RENDERED | | 8.30 | $4,067.50 |

TIMEKEEPER SUMMARY

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| DEVIN A. MCRAE-PARTNER | 1.90 | 625.00 | $1,187.50 |
| PETER SCOTT-PARTNER | 6.40 | 450.00 | $2,880.00 |

COSTS:

| | | AMOUNT |
|---|---|---|
| 3/31/2019 | One Legal LLC charges - March | 476.64 |
| | COSTS: | $476.64 |

████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████

## Early Sullivan Wright Gizer & McRae LLP

6420 Wilshire Blvd, 17th Floor
Los Angeles, CA 90048
(323) 301-4660
Fax (323) 301-4676
Tax I.D. 27-2410239

MS. SHANNEN DOHERTY

June 6, 2019

RE:   ADV. STATE FARM INSURANCE
OUR FILE NUMBER: ███████
INVOICE NUMBER: 22968

PROFESSIONAL SERVICES

|  |  | HOURS | AMOUNT |
|---|---|---|---|
| 5/3/2019 | Confer with P. Scott regarding ███████<br>DEVIN A. MCRAE-PARTNER | 0.20 | 125.00 |
| 5/6/2019 | Confer with P. Scott regarding ███████<br>DEVIN A. MCRAE-PARTNER | 0.20 | 125.00 |
| 5/7/2019 | Draft email to R. Gunderson regarding security deposit and move out date and review lease ███<br>PETER SCOTT-PARTNER | 0.60 | 270.00 |
| 5/8/2019 | Review and consultation with P. Scott regarding ███████<br>DEVIN A. MCRAE-PARTNER | 0.40 | 250.00 |
| 5/8/2019 | Telephone conference with S. Doherty regarding ██████; draft email to State Farm; review/analyze State Farm ███████<br>PETER SCOTT-PARTNER | 1.20 | 540.00 |
| 5/10/2019 | Telephone conference with State Farm regarding re-issuance of checks and review policy regarding ██████<br>PETER SCOTT-PARTNER | 0.30 | 135.00 |
| 5/13/2019 | Draft ███████<br>PETER SCOTT-PARTNER | 1.70 | 765.00 |
| 5/16/2019 | Communications with State Farm regarding sale resolution<br>PETER SCOTT-PARTNER | 0.60 | 270.00 |

CONFIDENTIAL

EX. A-014

SD01470

MS. SHANNEN DOHERTY                                                                    Page    2
OUR FILE NUMBER: ████████
INVOICE NUMBER:  22968

|  |  | HOURS | AMOUNT |
|---|---|---|---|
| 5/17/2019 | Communications with State Farm regarding claim status<br>PETER SCOTT-PARTNER | 0.20 | 90.00 |
| 5/22/2019 | Draft email to R. Gunderson regarding security deposit<br>PETER SCOTT-PARTNER | 0.30 | 135.00 |
| 5/23/2019 | Confer with P. Scott regarding ███████<br>DEVIN A. MCRAE-PARTNER | 0.20 | 125.00 |
| 5/30/2019 | Review and consultation with P. Scott regarding ███████<br>DEVIN A. MCRAE-PARTNER | 0.20 | 125.00 |
| 5/30/2019 | Telephone conference with S. Doherty regarding ███████<br>PETER SCOTT-PARTNER | 0.40 | 180.00 |
| | FOR PROFESSIONAL SERVICES RENDERED | 6.50 | $3,135.00 |

TIMEKEEPER SUMMARY

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| DEVIN A. MCRAE-PARTNER | 1.20 | 625.00 | $750.00 |
| PETER SCOTT-PARTNER | 5.30 | 450.00 | $2,385.00 |

COSTS:

| | | AMOUNT |
|---|---|---|
| 5/14/2019 | Copying | 1.35 |

COSTS:                                                                                  $1.35

CONFIDENTIAL                          EX. A-015                          SD01471

## Early Sullivan Wright Gizer & McRae LLP

6420 Wilshire Blvd, 17th Floor
Los Angeles, CA 90048
(323) 301-4660
Fax (323) 301-4676
Tax I.D. 27-2410239

MS. SHANNEN DOHERTY                                                July 10, 2019

RE:   ADV. STATE FARM INSURANCE
      OUR FILE NUMBER: ▮▮▮▮▮
      INVOICE NUMBER: 23175

PROFESSIONAL SERVICES

|  |  | HOURS | AMOUNT |
|---|---|---|---|
| 6/5/2019 | Telephone conference with S. Doherty regarding ▮▮▮▮▮ ▮▮▮▮▮ <br> PETER SCOTT-PARTNER | 0.70 | 315.00 |
| 6/7/2019 | Confer with P. Scott regarding ▮▮▮ <br> DEVIN A. MCRAE-PARTNER | 0.10 | 62.50 |
| 6/17/2019 | Confer with P. Scott regarding ▮▮▮▮ <br> DEVIN A. MCRAE-PARTNER | 0.10 | 62.50 |
| 6/18/2019 | Telephone conference with T. Astone ▮▮▮▮▮ <br> PETER SCOTT-PARTNER | 0.20 | 90.00 |
| 6/19/2019 | Telephone conference with C. Cortazzo's office <br> PETER SCOTT-PARTNER | 0.25 | 112.50 |
| | FOR PROFESSIONAL SERVICES RENDERED | 1.35 | $642.50 |

TIMEKEEPER SUMMARY

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| DEVIN A. MCRAE-PARTNER | 0.20 | 625.00 | $125.00 |
| PETER SCOTT-PARTNER | 1.15 | 450.00 | $517.50 |

MS. SHANNEN DOHERTY                                                           Page    2
OUR FILE NUMBER: ███████
INVOICE NUMBER:   23175



## Early Sullivan Wright Gizer & McRae LLP

6420 Wilshire Blvd, 17th Floor
Los Angeles, CA 90048
(323) 301-4660
Fax (323) 301-4676
Tax I.D. 27-2410239

MS. SHANNEN DOHERTY                                                    August 7, 2019

RE:   ADV. STATE FARM INSURANCE
      OUR FILE NUMBER: ████
      INVOICE NUMBER: 23444

PROFESSIONAL SERVICES

|  |  | HOURS | AMOUNT |
|---|---|---|---|
| 7/10/2019 | Review and consultation with P. Scott ████████ <br> DEVIN A. MCRAE-PARTNER | 0.20 | 125.00 |
| 7/10/2019 | Draft email update ████████ <br> PETER SCOTT-PARTNER | 0.30 | 135.00 |
| 7/17/2019 | Review and consultation with P. Scott regarding ████████ <br> DEVIN A. MCRAE-PARTNER | 0.50 | 312.50 |
| 7/18/2019 | Draft/revise correspondence to State Farm counsel ████████ ████ <br> DEVIN A. MCRAE-PARTNER | 1.40 | 875.00 |
| 7/19/2019 | Review and analysis ████████ <br> DEVIN A. MCRAE-PARTNER | 1.20 | 750.00 |
| 7/22/2019 | Review and consultation with P. Scott regarding ████████ <br> DEVIN A. MCRAE-PARTNER | 0.40 | 250.00 |
| 7/22/2019 | Draft/revise protective order <br> PETER SCOTT-PARTNER | 0.70 | 315.00 |
| 7/24/2019 | Review and analysis regarding ████ <br> DEVIN A. MCRAE-PARTNER | 0.30 | 187.50 |
| 7/25/2019 | Review and consultation with P. Scott and L. Boswell ████ <br> DEVIN A. MCRAE-PARTNER | 0.20 | 125.00 |

MS. SHANNEN DOHERTY                                                                    Page    2
OUR FILE NUMBER: ▮▮▮▮▮
INVOICE NUMBER:   23444

|  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|
| 7/25/2019 | Review of ▮▮▮▮▮▮▮▮▮▮ (0.6); draft first set of requests for production of documents to State Farm (1.0)<br>LISA BOSWELL-OF COUNSEL | | 1.60 | 720.00 |
| 7/26/2019 | Draft requests for admission to State Farm (2.0)<br>LISA BOSWELL-OF COUNSEL | | 2.00 | 900.00 |
| 7/29/2019 | Confer with P. Scott regarding ▮▮▮▮▮▮<br>DEVIN A. MCRAE-PARTNER | | 0.20 | 125.00 |
| 7/29/2019 | Draft/revise requests for admission and requests for production to State Farm<br>PETER SCOTT-PARTNER | | 1.60 | 720.00 |
| 7/30/2019 | Review and consultation with P. Scott regarding ▮▮▮▮▮<br>DEVIN A. MCRAE-PARTNER | | 0.60 | 375.00 |
| 7/31/2019 | Review and consultation with P. Scott regarding ▮▮▮▮▮<br>DEVIN A. MCRAE-PARTNER | | 0.40 | 250.00 |
| | FOR PROFESSIONAL SERVICES RENDERED | | 11.60 | $6,165.00 |

TIMEKEEPER SUMMARY

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| DEVIN A. MCRAE-PARTNER | 5.40 | 625.00 | $3,375.00 |
| LISA BOSWELL-OF COUNSEL | 3.60 | 450.00 | $1,620.00 |
| PETER SCOTT-PARTNER | 2.60 | 450.00 | $1,170.00 |

CONFIDENTIAL                    EX. A-019                         SD01475

# Early Sullivan Wright Gizer & McRae LLP

6420 Wilshire Blvd, 17th Floor
Los Angeles, CA 90048
(323) 301-4660
Fax (323) 301-4676
Tax I.D. 27-2410239

MS. SHANNEN DOHERTY

September 9, 2019

RE:  ADV. STATE FARM INSURANCE
OUR FILE NUMBER:
INVOICE NUMBER: 23601

PROFESSIONAL SERVICES

| | | HOURS | AMOUNT |
|---|---|---|---|
| 8/7/2019 | Review/analyze and revise Protective Order and communications with opposing counsel regarding same<br>PETER SCOTT-PARTNER | 0.70 | 315.00 |
| 8/13/2019 | Telephone conference with S. Doherty and P. Scott regarding ▮ (0.4); review and analysis regarding same (0.5)<br>DEVIN A. MCRAE-PARTNER | 0.90 | 562.50 |
| 8/14/2019 | Emails with State Farm regarding site inspection<br>PETER SCOTT-PARTNER | 0.20 | 90.00 |
| 8/19/2019 | Telephone conference with Sunpoint Attorney ▮; draft responses to State Farm special interrogatories and requests for production<br>PETER SCOTT-PARTNER | 3.40 | 1,530.00 |
| 8/20/2019 | Draft responses to State Farm special interrogatories and requests for production<br>PETER SCOTT-PARTNER | 3.20 | 1,440.00 |
| 8/21/2019 | Draft responses to State Farm special interrogatories and requests for production<br>PETER SCOTT-PARTNER | 2.80 | 1,260.00 |
| 8/22/2019 | Review and consultation with P. Scott regarding ▮<br>DEVIN A. MCRAE-PARTNER | 0.90 | 562.50 |
| 8/25/2019 | Draft/revise responses to State Farm Requests for Production and Special Interrogatories<br>PETER SCOTT-PARTNER | 1.90 | 855.00 |

CONFIDENTIAL              EX. A-020              SD01476

MS. SHANNEN DOHERTY

Page    2

OUR FILE NUMBER: ███████
INVOICE NUMBER:    23601

|  |  | HOURS | AMOUNT |
|---|---|---|---|
| 8/27/2019 | Finalize and serve Responses to State Farm Written Discovery<br>PETER SCOTT-PARTNER | 0.80 | 360.00 |
| 8/29/2019 | Telephone conferences with S. Doherty regarding ████████ (0.1);<br>confer with P. Scott regarding ████████ (0.1)<br>DEVIN A. MCRAE-PARTNER | 0.20 | 125.00 |
|  | FOR PROFESSIONAL SERVICES RENDERED | 15.00 | $7,100.00 |

TIMEKEEPER SUMMARY

| NAME | HOURS | RATE |
|---|---|---|
| DEVIN A. MCRAE-PARTNER | 2.00 | 625.00 |
| PETER SCOTT-PARTNER | 13.00 | 450.00 |

COSTS:

| 8/27/2019 COPYING |  | 9.15 |
|---|---|---|
| COSTS: |  | $9.15 |

| TOTAL AMOUNT OF THIS BILL |  | $7,109.15 |
|---|---|---|

## Early Sullivan Wright Gizer & McRae LLP

6420 Wilshire Blvd, 17th Floor
Los Angeles, CA 90048
(323) 301-4660
Fax (323) 301-4676
Tax I.D. 27-2410239

MS. SHANNEN DOHERTY                                                   October 8, 2019

RE:   ADV. STATE FARM INSURANCE
      OUR FILE NUMBER: ██████████
      INVOICE NUMBER: 23800

PROFESSIONAL SERVICES

| | | HOURS | AMOUNT |
|---|---|---|---|
| 9/10/2019 | Review and consultation with P. Scott regarding ███████████████ <br> DEVIN A. MCRAE-PARTNER | 0.60 | 375.00 |
| 9/10/2019 | Review/analyze ████████████████; draft email to State Farm regarding soil inspection <br> PETER SCOTT-PARTNER | 0.80 | 360.00 |
| 9/12/2019 | Review and consultation with P. Scott regarding ████████ <br> DEVIN A. MCRAE-PARTNER | 0.30 | 187.50 |
| 9/12/2019 | Review ████████████████████; review meet and confer correspondence from State Farm counsel <br> PETER SCOTT-PARTNER | 0.30 | 135.00 |
| 9/13/2019 | Review and consultation with P. Scott regarding ████████████ <br> DEVIN A. MCRAE-PARTNER | 0.50 | 312.50 |
| 9/13/2019 | Review communications from State Farm ████████████████ <br> PETER SCOTT-PARTNER | 0.20 | 90.00 |
| 9/17/2019 | Review/analyze ████████████████████; draft meet and confer ████████ <br> THOMAS LEE- ASSOCIATE | 2.00 | 550.00 |
| 9/18/2019 | Review/analyze ████████████████████; draft meet and confer ████████ <br> THOMAS LEE- ASSOCIATE | 2.20 | 605.00 |

CONFIDENTIAL                          EX. A-022                          SD01478

MS. SHANNEN DOHERTY

OUR FILE NUMBER: ███████
INVOICE NUMBER:   23800

Page    2

| | | HOURS | AMOUNT |
|---|---|---|---|
| 9/19/2019 | Review/analyze ███████████████ draft meet and confer letter to State Farm regarding deficiencies PETER SCOTT-PARTNER | 1.80 | 810.00 |
| 9/20/2019 | Draft/revise meet and confer correspondence regarding deficiencies in State Farm's discovery responses PETER SCOTT-PARTNER | 1.90 | 855.00 |
| 9/24/2019 | Telephone conference with T. Astone; review/analyze State Farm correspondence PETER SCOTT-PARTNER | 0.50 | 225.00 |
| 9/25/2019 | Review and consultation with P. Scott regarding ████████ DEVIN A. MCRAE-PARTNER | 0.30 | 187.50 |
| 9/25/2019 | Telephone conference with J. Paredes at State Farm PETER SCOTT-PARTNER | 0.20 | 90.00 |
| 9/26/2019 | Confer with P. Scott regarding ████████ DEVIN A. MCRAE-PARTNER | 0.20 | 125.00 |
| 9/27/2019 | Review and consultation with P. Scott regarding ██████ DEVIN A. MCRAE-PARTNER | 0.30 | 187.50 |
| 9/27/2019 | Prepare for and conduct meet and confer telephone conference regarding discovery issues; draft ██████████ PETER SCOTT-PARTNER | 2.70 | 1,215.00 |
| 9/30/2019 | Draft email to State Farm attorney regarding discovery meet and confer issues PETER SCOTT-PARTNER | 0.30 | 135.00 |
| | FOR PROFESSIONAL SERVICES RENDERED | 15.10 | $6,445.00 |

TIMEKEEPER SUMMARY

| NAME | HOURS | RATE |
|---|---|---|
| DEVIN A. MCRAE-PARTNER | 2.20 | 625.00 |
| PETER SCOTT-PARTNER | 8.70 | 450.00 |
| THOMAS LEE- ASSOCIATE | 4.20 | 275.00 |

███████████████████████████████████

CONFIDENTIAL                    EX. A-023                    SD01479

# Early Sullivan Wright Gizer & McRae LLP

6420 Wilshire Blvd, 17th Floor
Los Angeles, CA 90048
(323) 301-4660
Fax (323) 301-4676
Tax I.D. 27-2410239

MS. SHANNEN DOHERTY                                      November 7, 2019

RE:   ADV. STATE FARM INSURANCE
      OUR FILE NUMBER: ███████
      INVOICE NUMBER: 24032

PROFESSIONAL SERVICES

|  |  | HOURS | AMOUNT |
|---|---|---|---|
| 10/7/2019 | Review/analyze ██████████████████<br>PETER SCOTT-PARTNER | 1.20 | 540.00 |
| 10/8/2019 | Email communications with opposing counsel regarding scheduling issues and discovery matters<br>PETER SCOTT-PARTNER | 0.30 | 135.00 |
| 10/12/2019 | Review/analyze ████████████████████<br>██████<br>PETER SCOTT-PARTNER | 0.30 | 135.00 |
| 10/13/2019 | Prepare document production; review/analyze ██████████<br>PETER SCOTT-PARTNER | 3.70 | 1,665.00 |
| 10/14/2019 | Finalize ███████████<br>PETER SCOTT-PARTNER | 0.70 | 315.00 |
| 10/22/2019 | Telephone conference with S. Doherty regarding ██████ (0.1); confer with P. Scott regarding ████ (0.1)<br>DEVIN A. MCRAE-PARTNER | 0.20 | 125.00 |
| 10/23/2019 | Telephone conference with S. Doherty and P. Scott regarding █████ (0.4); further conferences with P. Scott regarding ████ (0.2)<br>DEVIN A. MCRAE-PARTNER | 0.60 | 375.00 |

CONFIDENTIAL                    EX. A-024                    SD01480

MS. SHANNEN DOHERTY                                                                 Page    2

OUR FILE NUMBER: ███████
INVOICE NUMBER:  24032

|            |                                                                                          | HOURS | AMOUNT |
|------------|------------------------------------------------------------------------------------------|-------|--------|
| 10/23/2019 | Draft emails to opposing counsel regarding scheduling issues; review/analyze ███ <br> PETER SCOTT-PARTNER | 1.20  | 540.00 |
| 10/29/2019 | Review discovery requests from State Farm; review State Farm document production <br> PETER SCOTT-PARTNER | 0.90  | 405.00 |
| 10/30/2019 | Review Sunpoint document production regarding privilege issues <br> PETER SCOTT-PARTNER | 1.80  | 810.00 |
| 10/31/2019 | Conferences with P. Scott regarding ██████ <br> DEVIN A. MCRAE-PARTNER | 0.30  | 187.50 |
| 10/31/2019 | Finalize Sunpoint document production <br> PETER SCOTT-PARTNER | 1.30  | 585.00 |
|            | FOR PROFESSIONAL SERVICES RENDERED                                                       | 12.50 | $5,817.50 |

TIMEKEEPER SUMMARY

| NAME                   | HOURS | RATE   | AMOUNT     |
|------------------------|-------|--------|------------|
| DEVIN A. MCRAE-PARTNER | 1.10  | 625.00 | $687.50    |
| PETER SCOTT-PARTNER    | 11.40 | 450.00 | $5,130.00  |

## Early Sullivan Wright Gizer & McRae LLP

6420 Wilshire Blvd, 17th Floor
Los Angeles, CA 90048
(323) 301-4660
Fax (323) 301-4676
Tax I.D. 27-2410239

MS. SHANNEN DOHERTY

December 4, 2019

RE:   ADV. STATE FARM INSURANCE
      OUR FILE NUMBER: ███████
      INVOICE NUMBER: 24166

PROFESSIONAL SERVICES

| | | HOURS | AMOUNT |
|---|---|---|---|
| 11/1/2019 | Review and consultation with P. Scott regarding ████████████ ████████████ <br> DEVIN A. MCRAE-PARTNER | 0.50 | 312.50 |
| 11/1/2019 | Prepare and produce ████████████ ; email communications with experts; draft stipulation regarding pre-trial deadlines <br> PETER SCOTT-PARTNER | 4.30 | 1,935.00 |
| 11/4/2019 | Prepare for RLB deposition; emails with opposing counsel; emails with RLB counsel <br> PETER SCOTT-PARTNER | 2.90 | 1,305.00 |
| 11/5/2019 | Review, analysis and telephone conferences regarding ████████████ <br> DEVIN A. MCRAE-PARTNER | 2.50 | 1,562.50 |
| 11/5/2019 | Attend and take RLB deposition; draft ████████████ <br> PETER SCOTT-PARTNER | 10.40 | 4,680.00 |
| 11/6/2019 | Review and consultation with P. Scott regarding ████████████ <br> DEVIN A. MCRAE-PARTNER | 1.70 | 1,062.50 |
| 11/6/2019 | Attend and take KCE Matrix deposition; telephone conferences with expert witnesses; draft ████████████ <br> PETER SCOTT-PARTNER | 7.80 | 3,510.00 |
| 11/7/2019 | Confer with P. Scott regarding ████████ <br> DEVIN A. MCRAE-PARTNER | 0.20 | 125.00 |

CONFIDENTIAL                    EX. A-026                    SD01482

MS. SHANNEN DOHERTY                                                                      Page    2
OUR FILE NUMBER:  ██████████
INVOICE NUMBER:   24166

|            |                                                                                                                                                                                                                                 | HOURS | AMOUNT |
|------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|-----------|
| 11/7/2019  | Telephone conferences with experts regarding preparation of reports; email communications with Dr. Piro's office ██████████████; draft ex parte application, supporting declaration and proposed order; draft email to court chambers regarding proposed order<br>PETER SCOTT-PARTNER | 6.70  | 3,015.00  |
| 11/8/2019  | Review and consultation with P. Scott regarding ████████████████████<br>DEVIN A. MCRAE-PARTNER                                                                                                                                   | 0.60  | 375.00    |
| 11/8/2019  | Telephone conferences with experts regarding preparation of reports; prepare for ████████████████████; review/analyze State Farm opposition to ex parte application<br>PETER SCOTT-PARTNER                                       | 5.20  | 2,340.00  |
| 11/11/2019 | Review and consultation with P. Scott regarding ████████████████<br>DEVIN A. MCRAE-PARTNER                                                                                                                                       | 0.60  | 375.00    |
| 11/11/2019 | Draft objections to ██████████████████; telephone conference with mediator regarding mediation date; telephone conference with Sunpoint counsel ████████████████; telephone conference with experts regarding report status<br>PETER SCOTT-PARTNER | 4.60  | 2,070.00  |
| 11/11/2019 | Travel from Los Angeles to Oakland regarding Sunpoint deposition<br>PETER SCOTT-PARTNER                                                                                                                                          | 4.50  | 2,025.00  |
| 11/12/2019 | Review of ████████████████████████<br>SAAM TAKALOO - ASSOCIATE                                                                                                                                                                  | 1.60  | NO CHARGE |
| 11/12/2019 | Draft of ████████████████████████████<br>SAAM TAKALOO - ASSOCIATE                                                                                                                                                               | 1.80  | 495.00    |
| 11/12/2019 | Travel to and attend deposition of Sunpoint corporate representative; deposition preparation ████████████████; emails with J. Hughes regarding expert issues<br>PETER SCOTT-PARTNER                                              | 8.60  | 3,870.00  |
| 11/13/2019 | Review, analysis and confer with P. Scott ████████████████████<br>DEVIN A. MCRAE-PARTNER                                                                                                                                         | 0.40  | 250.00    |

MS. SHANNEN DOHERTY                                                           Page    3

OUR FILE NUMBER: ██████████
INVOICE NUMBER:  24166

| | | | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/13/2019 | Communications with experts; review/analyze ███████████████ ; telephone conference with Sunpoint counsel<br>PETER SCOTT-PARTNER | | 2.30 | 1,035.00 |
| 11/14/2019 | Review ███████████████████<br>DEVIN A. MCRAE-PARTNER | | 1.50 | 937.50 |
| 11/14/2019 | Draft emails to opposing counsel regarding scheduling; review/analyze ██████████ ██████████<br>PETER SCOTT-PARTNER | | 0.90 | 405.00 |
| 11/15/2019 | Communications with expert witnesses ████████████████ review/analyze ████████ ███████████ ; draft ████████ ███████████ draft<br>PETER SCOTT-PARTNER | | 5.90 | 2,655.00 |
| 11/18/2019 | Communications with opposing counsel regarding scheduling issues and depositions; draft ██████████████<br>PETER SCOTT-PARTNER | | 0.70 | 315.00 |
| 11/19/2019 | Exchange emails with A. Marti regarding discovery and confer with P. Scott ████████████<br>DEVIN A. MCRAE-PARTNER | | 0.40 | 250.00 |
| 11/19/2019 | Draft ███████████████████████ ████████<br>PETER SCOTT-PARTNER | | 1.70 | 765.00 |
| 11/20/2019 | Review and consultation with P. Scott ██████████████<br>DEVIN A. MCRAE-PARTNER | | 0.50 | 312.50 |
| 11/20/2019 | Attend hearing regarding State court action status conference; draft special interrogatories to State Farm; draft/revise ████████████████ ████████ ; telephone conference with Dr. Piro's office; attorney conference regarding ██████████ ; draft discovery responses; draft emails to opposing counsel regarding discovery<br>PETER SCOTT-PARTNER | | 4.90 | 2,205.00 |
| 11/21/2019 | Review and analyze ████████████ (1.5); review and consultation with P. Scott regarding ████████ (0.3); telephone conference with S. Doherty (0.1)<br>DEVIN A. MCRAE-PARTNER | | 1.90 | 1,187.50 |
| 11/21/2019 | Telephone calls to KCE Matrix; prepare for KCE Matrix deposition; emails with opposing counsel regarding discovery issues; draft ██████████████<br>PETER SCOTT-PARTNER | | 4.40 | 1,980.00 |

CONFIDENTIAL                          EX. A-028                          SD01484

MS. SHANNEN DOHERTY                                                                    Page      4
OUR FILE NUMBER: ███████████
INVOICE NUMBER:   24166

| | | HOURS | AMOUNT |
|---|---|---|---|
| 11/22/2019 | Confer with P. Scott regarding ████████████████<br>DEVIN A. MCRAE-PARTNER | 0.20 | 125.00 |
| 11/22/2019 | Draft ████████████████████████████████<br>███████ draft mediation brief<br>PETER SCOTT-PARTNER | 5.30 | 2,385.00 |
| 11/24/2019 | Draft ██████████████<br>PETER SCOTT-PARTNER | 6.40 | 2,880.00 |
| 11/25/2019 | Review and consultation with P. Scott regarding ████████████<br>███████<br>DEVIN A. MCRAE-PARTNER | 2.60 | 1,625.00 |
| 11/25/2019 | Draft ████████████████████████████████<br>████████████<br>SAAM TAKALOO - ASSOCIATE | 1.40 | 385.00 |
| 11/25/2019 | Draft/revise ████████; attorney conference with opposing counsel; review ex parte application and draft ██████; review ████████████; telephone conference with DBR Premium counsel regarding deposition; prepare notices of deposition and subpoenas<br>PETER SCOTT-PARTNER | 6.70 | 3,015.00 |
| 11/26/2019 | Review, analysis and consultation with P. Scott regarding ████████████<br>DEVIN A. MCRAE-PARTNER | 2.10 | 1,312.50 |
| 11/26/2019 | Draft opposition to State Farm ex parte application and supporting declaration; draft discovery responses; emails with opposing counsel regarding deposition scheduling; telephone conference with KCE Matrix regarding deposition; draft notices of deposition and notices of subpoenas<br>PETER SCOTT-PARTNER | 5.60 | 2,520.00 |
| 11/27/2019 | Review ████████████████; telephone conferences with K. Iswarienko and ████████████████; serve notices of subpoena; telephone conferences with experts regarding deposition scheduling; prepare ████████████ for mediation; draft emails to S. Doherty ████████; finalize and serve discovery responses<br>PETER SCOTT-PARTNER | 6.20 | 2,790.00 |

|  |  | | |
|---|---|---|---|
| FOR PROFESSIONAL SERVICES RENDERED | | 126.50 | $58,392.50 |

CONFIDENTIAL                        EX. A-029                        SD01485

MS. SHANNEN DOHERTY                                                                    Page      5
OUR FILE NUMBER: ██████████
INVOICE NUMBER:   24166

### TIMEKEEPER SUMMARY

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| DEVIN A. MCRAE-PARTNER | 15.70 | 625.00 | $9,812.50 |
| PETER SCOTT-PARTNER | 106.00 | 450.00 | $47,700.00 |
| SAAM TAKALOO - ASSOCIATE | 3.20 | 275.00 | $880.00 |
| SAAM TAKALOO - ASSOCIATE | 1.60 | 0.00 | $0.00 |

COSTS:

| | AMOUNT |
|---|---|
| 10/4/2019  Federal Express - delivery of documents 9/27/19 to Shannen Doherty | 70.10 |
| 10/15/2019  First Legal Network - drop serve response and objections to subpoena 10/15/19 to Cozen O'Connor | 109.21 |

COSTS:                                                                                     $179.31

██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████

## Early Sullivan Wright Gizer & McRae LLP

6420 Wilshire Blvd, 17th Floor
Los Angeles, CA 90048
(323) 301-4660
Fax (323) 301-4676
Tax I.D. 27-2410239

MS. SHANNEN DOHERTY                                          January 8, 2020

RE:   ADV. STATE FARM INSURANCE
      OUR FILE NUMBER: ███████
      INVOICE NUMBER: ██████

PROFESSIONAL SERVICES

| | | | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/2/2019 | Mediation<br>DEVIN A. MCRAE-PARTNER | | 8.50 | 5,312.50 |
| 12/2/2019 | Attend mediation<br>PETER SCOTT-PARTNER | | 8.70 | 3,915.00 |
| 12/3/2019 | Review and analysis regarding ████████████████<br>███████████████<br>DEVIN A. MCRAE-PARTNER | | 4.60 | 2,875.00 |
| 12/3/2019 | Research and analysis regarding ██████████████<br>█████<br>SAAM TAKALOO - ASSOCIATE | | 2.60 | 715.00 |
| 12/3/2019 | Attend KCE Matrix deposition; emails with opposing counsel regarding discovery; emails with ██████████ review/analyze ██████████<br>PETER SCOTT-PARTNER | | 6.60 | 2,970.00 |
| 12/4/2019 | Review, analysis and telephone conferences regarding ████████████<br>DEVIN A. MCRAE-PARTNER | | 3.70 | 2,312.50 |
| 12/4/2019 | Draft ████████████████; draft amended stipulated protective order with AEO designation; telephone conference with opposing counsel<br>PETER SCOTT-PARTNER | | 5.30 | 2,385.00 |

**MS. SHANNEN DOHERTY**                                                    Page    2

OUR FILE NUMBER: ▮▮▮▮
INVOICE NUMBER: ▮▮▮▮

| | | HOURS | AMOUNT |
|---|---|---|---|
| 12/5/2019 | Review and analysis ▮▮▮▮▮▮ (2.5); conferences with P. Scott regarding ▮▮▮▮▮ (0.3)<br>DEVIN A. MCRAE-PARTNER | 2.80 | 1,750.00 |
| 12/5/2019 | Draft ▮▮▮▮▮▮; emails with opposing counsel regarding deposition scheduling; emails with opposing counsel regarding amended stipulated protective order<br>PETER SCOTT-PARTNER | 5.10 | 2,295.00 |
| 12/6/2019 | Review and analyze ▮▮▮▮▮▮<br>DEVIN A. MCRAE-PARTNER | 3.70 | 2,312.50 |
| 12/6/2019 | Draft ▮▮▮▮▮▮ and prepare for depositions<br>PETER SCOTT-PARTNER | 2.90 | 1,305.00 |
| 12/8/2019 | Draft ▮▮▮▮▮▮; draft correspondence to California Department of Insurance; draft ex parte notice email to opposing counsel<br>PETER SCOTT-PARTNER | 4.60 | 2,070.00 |
| 12/9/2019 | Review of ▮▮▮▮▮▮<br>▮▮▮▮▮▮ (1.0); review ▮▮▮▮▮▮<br>▮▮▮▮▮▮ (0.6); research ▮▮▮▮▮▮<br>▮▮▮▮▮▮ (1.4); begin drafting<br>▮▮▮▮▮▮ (3.0)<br>LISA BOSWELL-OF COUNSEL | 6.00 | 2,700.00 |
| 12/9/2019 | Review and analyze ▮▮▮▮▮▮ (2.8); review and consultation with P. Scott regarding ▮▮▮▮▮▮ (0.6)<br>DEVIN A. MCRAE-PARTNER | 3.40 | 2,125.00 |
| 12/9/2019 | Draft and finalization of amended notices of deposition of J. Grubaugh, State Farm PMQ, L. Hogan, J. Brussel and J. Paredes<br>SAAM TAKALOO - ASSOCIATE | 0.30 | 82.50 |
| 12/9/2019 | Draft ▮▮▮▮▮▮; draft ex parte application regarding amended protective order; emails with opposing counsel regarding scheduling issues<br>PETER SCOTT-PARTNER | 7.60 | 3,420.00 |
| 12/9/2019 | Travel to Oakland for G. Clifford deposition<br>PETER SCOTT-PARTNER | 2.50 | 1,125.00 |
| 12/10/2019 | Continue drafting ▮▮▮▮▮▮ (4.0); review of ▮▮▮▮▮▮<br>▮▮▮▮▮▮ (0.3);<br>continue research of ▮▮▮▮▮▮ | 7.10 | 3,195.00 |

**MS. SHANNEN DOHERTY**

OUR FILE NUMBER: ███████
INVOICE NUMBER: ███████

Page    3

|  |  | HOURS | AMOUNT |
|---|---|---|---|
|  | ████████████████████████████ (2.8)<br>LISA BOSWELL-OF COUNSEL |  |  |
| 12/10/2019 | Review, analysis ████████████████████<br>DEVIN A. MCRAE-PARTNER | 3.60 | 2,250.00 |
| 12/10/2019 | Travel to and conduct deposition of G. Clifford; travel from Oakland to Los Angeles from G. Clifford deposition; draft ██████████<br>PETER SCOTT-PARTNER | 10.90 | 4,905.00 |
| 12/11/2019 | Revise ████████████████████████<br>LISA BOSWELL-OF COUNSEL | 0.80 | 360.00 |
| 12/11/2019 | Site inspection, ██████ deposition preparation<br>DEVIN A. MCRAE-PARTNER | 9.30 | 5,812.50 |
| 12/11/2019 | Attend property site inspection; prepare fro fact and expert depositions; telephone conference with ██████████████████<br>PETER SCOTT-PARTNER | 10.70 | 4,815.00 |
| 12/12/2019 | Defend S. Doherty deposition<br>DEVIN A. MCRAE-PARTNER | 8.30 | 5,187.50 |
| 12/12/2019 | Travel to and attend deposition of S. Doherty; draft correspondence to opposing counsel regarding ████████████; draft email to ████████████████<br>PETER SCOTT-PARTNER | 11.20 | 5,040.00 |
| 12/13/2019 | Review and revise ████████████████ (0.5); review and analysis ██████ ████████████████████████ (1.2); telephone conference with Dr. Piro regarding his deposition (0.3); telephone conferences with A. Marti regarding Dr. Piro deposition (0.2)<br>DEVIN A. MCRAE-PARTNER | 2.20 | 1,375.00 |
| 12/13/2019 | Attorney conference regarding ████████████; telephone conferences with S. Doherty; draft/revise correspondence to V. Rojas regarding ████████████; draft amended notices of deposition; email communications with ████████ regarding ████████████; prepare for ████████████████<br>PETER SCOTT-PARTNER | 7.40 | 3,330.00 |
| 12/14/2019 | Review and analyze ████████████████<br>DEVIN A. MCRAE-PARTNER | 2.70 | 1,687.50 |

MS. SHANNEN DOHERTY                                                                    Page       4

OUR FILE NUMBER: ███████
INVOICE NUMBER: ███████

|  |  | HOURS | AMOUNT |
|---|---|---|---|
| 12/14/2019 | Review State Farm motion to seal and draft email to opposing counsel regarding same<br>PETER SCOTT-PARTNER | 0.90 | 405.00 |
| 12/15/2019 | Review and analyze ███████<br>DEVIN A. MCRAE-PARTNER | 2.40 | 1,500.00 |
| 12/15/2019 | Draft/revise ███████; prepare for ███████<br>███████<br>PETER SCOTT-PARTNER | 6.40 | 2,880.00 |
| 12/16/2019 | Defend Dr. Piro deposition (4.1); review and analysis in preparation for███████ (3.1); review and consultation with P. Scott and L. Boswell regarding ███████ (0.5); telephone conference with ███████ (0.1)<br>DEVIN A. MCRAE-PARTNER | 7.80 | 4,875.00 |
| 12/16/2019 | Review of ███████<br>███████ (0.8); draft ex parte application to strike State Farm's motion for summary judgment as untimely and procedurally deficient including notice of ex parte, memorandum of points and authorities, declaration of P. Scott and proposed order granting said ex parte (1.5); review of ███████ (0.6)<br>LISA BOSWELL-OF COUNSEL | 2.90 | 1,305.00 |
| 12/16/2019 | Research and analysis regarding ███████<br>SAAM TAKALOO - ASSOCIATE | 0.40 | 110.00 |
| 12/16/2019 | Research and analysis regarding ███████<br>SAAM TAKALOO - ASSOCIATE | 1.20 | 330.00 |
| 12/16/2019 | Travel to and attend Dr. Piro deposition; draft responses to State Farm requests for production; review/analyze ███████; legal research regarding ███████; prepare for ███████<br>███████<br>PETER SCOTT-PARTNER | 13.40 | 6,030.00 |
| 12/17/2019 | Augment and revise ex parte application to strike State Farm's motion for summary judgment as untimely and procedurally deficient and supporting papers and exhibits (1.8); review of State Farm's notice of errata related to its motion for summary judgment (0.2); further revise ex parte application and associated documents to address implications of subsequently filed notice of errata (1.2); review of ███████ (0.4); begin review of ███████ | 6.20 | 2,790.00 |

EX. A-034

MS. SHANNEN DOHERTY

Page    5

OUR FILE NUMBER: ███████
INVOICE NUMBER: ███████

|  |  | HOURS | AMOUNT |
|---|---|---|---|
| | ████████████████████████████████ ████ 2.6) <br> LISA BOSWELL-OF COUNSEL | | |
| 12/17/2019 | Take J. Grubaugh / State Farm deposition, ██████████████ <br> ████████████████ <br> DEVIN A. MCRAE-PARTNER | 7.20 | 4,500.00 |
| 12/17/2019 | Take depositions of Lola Hogan and Jan Brussel; draft email to opposing counsel regarding ex parte to strike motion for summary judgment; attorney conference regarding █████████████; prepare for ████████████; review State Farm correspondence regarding retaining wall; review court order striking State Farm MSJ; telephone conference with ████████ <br> PETER SCOTT-PARTNER | 14.30 | 6,435.00 |
| 12/18/2019 | Review and prepare for █████████████████████ <br> SAAM TAKALOO - ASSOCIATE | 0.50 | 137.50 |
| 12/18/2019 | Review and consultation with P. Scott █████████████████ ████████ (0.5); telephone conference with ████████████ (0.1); review and consultation with P. Scott regarding ████████████ █████████ (0.3) <br> DEVIN A. MCRAE-PARTNER | 0.90 | 562.50 |
| 12/18/2019 | Take deposition of Jerry Paredes; prepare ████████████; defend deposition of J. Hughes; draft email to V. Rojas re Dr. Piro deposition; review/analyze ████████████; prepare ████████████ <br> PETER SCOTT-PARTNER | 15.20 | 6,840.00 |
| 12/19/2019 | Telephone conference with ████████████████████(0.1); review and consultation with P. Scott regarding ████████████████████ ████████████ (0.5); telephone conference and exchange messages with ████████████ ████████████ (0.4) <br> DEVIN A. MCRAE-PARTNER | 1.00 | 625.00 |
| 12/19/2019 | Travel to and defend M. Danko deposition; prepare for ████████████ ████████████; telephone conference with ████████; review/analyze ████████ ████████████ draft declaration in opposition to State Farm ex parte regarding MSJ; review/analyze ████████████████ <br> PETER SCOTT-PARTNER | 14.60 | 6,570.00 |
| 12/20/2019 | Review of State Farm's ex parte application for relief from the court's standing order associated with its stricken motion for summary judgment and to allow the filing of an amended pleading (0.8); draft opposition to State Farm's ex parte application and revise supporting declaration (3.0); review ████████████ ████████████ | 4.00 | 1,800.00 |

MS. SHANNEN DOHERTY

Page    6

OUR FILE NUMBER: ▮
INVOICE NUMBER: ▮

| | | HOURS | AMOUNT |
|---|---|---|---|
| | ▮ (0.2)<br>LISA BOSWELL-OF COUNSEL | | |
| 12/20/2019 | Prepare and defend K. Iswarienko deposition and telephone conferences with ▮ ▮<br>DEVIN A. MCRAE-PARTNER | 3.20 | 2,000.00 |
| 12/20/2019 | Defend deposition of I. Spiszman; attend deposition of K. Iswarienko; take deposition of B. Daly; review/revise opposition to State Farm ex parte regarding MSJ; draft email to opposing counsel regarding revised protective order<br>PETER SCOTT-PARTNER | 13.70 | 6,165.00 |
| 12/23/2019 | Draft supplemental declaration regarding opposition to State Farm ex parte; review/analyze ▮<br>PETER SCOTT-PARTNER | 1.40 | 630.00 |
| 12/27/2019 | Draft jury instructions and special verdict form<br>PETER SCOTT-PARTNER | 6.20 | 2,790.00 |
| 12/28/2019 | Review and consultation with P. Scott regarding ▮ ▮<br>DEVIN A. MCRAE-PARTNER | 1.30 | 812.50 |
| 12/28/2019 | Draft/revise jury instructions<br>PETER SCOTT-PARTNER | 1.10 | 495.00 |
| 12/29/2019 | Draft/revise jury instructions and special verdict form and email to opposing counsel regarding same<br>PETER SCOTT-PARTNER | 1.30 | 585.00 |
| 12/30/2019 | Review and consultation with P. Scott ▮<br>DEVIN A. MCRAE-PARTNER | 0.50 | 312.50 |
| 12/30/2019 | Communications with opposing counsel re scheduling issues<br>PETER SCOTT-PARTNER | 0.80 | 360.00 |
| 12/31/2019 | Review and consultation with P. Scott and Z. Gidding regarding ▮ ▮<br>DEVIN A. MCRAE-PARTNER | 0.50 | 312.50 |
| 12/31/2019 | Conference with D. McRae and P. Scott regarding ▮ ▮ (0.2)<br>ZACHARY GIDDING-ASSOCIATE | 0.20 | 55.00 |

MS. SHANNEN DOHERTY

OUR FILE NUMBER: ████████
INVOICE NUMBER: ████████

Page    7

|  |  | HOURS | AMOUNT |
|---|---|---|---|
| 12/31/2019 | Attorney conference regarding ████████<br>PETER SCOTT-PARTNER | 0.50 | 225.00 |
| | FOR PROFESSIONAL SERVICES RENDERED | 283.10 | $140,065.00 |

### TIMEKEEPER SUMMARY

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| DEVIN A. MCRAE-PARTNER | 77.60 | 625.00 | $48,500.00 |
| LISA BOSWELL-OF COUNSEL | 27.00 | 450.00 | $12,150.00 |
| PETER SCOTT-PARTNER | 173.30 | 450.00 | $77,985.00 |
| ZACHARY GIDDING-ASSOCIATE | 0.20 | 275.00 | $55.00 |
| SAAM TAKALOO - ASSOCIATE | 5.00 | 275.00 | $1,375.00 |

COSTS:

| | | |
|---|---|---|
| 11/30/2019 | First Legal Network - delivery of documents 11/20/19 to Cozen O'Connor | 40.22 |
| | First Legal Network - drop serve documents 11/25/19 at Cozen O'Connor | 48.48 |
| | First Legal Network delivery of documents 11/26/19 to JAMS, Inc. | 45.80 |
| | First Legal Network - process serve USDC subpoena to appear 11/26/19 on Lola Hogan | 220.42 |
| | First Legal Network - process serve USDC subpoena to appear 11/26/19 on California Dept. of Insurance | 116.71 |
| 12/20/2019 | Copying | 722.10 |

COSTS: $1,193.73

TOTAL AMOUNT OF THIS BILL        $141,258.73

PREVIOUS BALANCE        ████████

BALANCE DUE        ████████

EX. A-037