# EXHIBIT 2

1 | **COZEN O'CONNOR**
Valerie D. Rojas, State Bar No. 180041
2 | *vrojas@cozen.com*
Angel Marti, III State Bar No. 305300
3 | *amarti@cozen.com*
601 South Figueroa Street, Suite 3700
4 | Los Angeles, CA 90017-5556
Telephone: 213.892.7900
5 | Facsimile: 213.892.7999

6 | Attorneys for Defendant
STATE FARM GENERAL INSURANCE
7 | COMPANY

8

9 | **UNITED STATES DISTRICT COURT**

10 | **CENTRAL DISTRICT OF CALIFORNIA**

11 | SHANNEN DOHERTY,

12 | Plaintiffs,

13 | vs.

14 | STATE FARM GENERAL
INSURANCE COMPANY, and DOES
15 | 1 through 10, inclusive,

16 | Defendants.

17

18

Case No. 2:19-cv-01963 JFW (PLAx)
Assigned to: Hon. John F. Walter

**DEFENDANT STATE FARM
GENERAL INSURANCE
COMPANY'S THIRD DEMAND
FOR SITE INSPECTION**

Date:       December 11, 2019
Time:       10:00 a.m.
Location:   ▮▮▮▮▮▮▮▮

Action Filed:   February 13, 2019

19 | **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

20 | **PLEASE TAKE NOTICE** that, pursuant to Federal Rules of Civil

21 | Procedure, Rule 34(a)(2), Defendant State Farm General Insurance Company

22 | ("State Farm") hereby demands to inspect the subject property located at ▮▮▮

23 | ▮▮▮▮▮▮▮▮▮▮▮▮▮. The time for such inspection will be at **10:00**

24 | **a.m. on Wednesday, December 11, 2019**, and will continue so long as reasonably

25 | required. Access to the subject property, both to the exterior and interior, related

26 | structures, dwelling extensions, buildings, property, pool, roof, patio, yard, and

27 | contents are required for the inspection. Further, State Farm demands to inspect any

28 | other property that plaintiff claims was damaged by the smoke loss.

1

1     PLEASE TAKE FURTHER NOTICE that State Farm intends to have the

2   subject property inspected by its experts Jan Brussel and Brian Daly. This site

3   inspection includes visual assessment and examination of the subject property.  It

4   further includes the complete photographing of both real and personal property by

5   still photos in addition to videotape or other film recording and reproduction. The

6   inspection further includes surface and air sampling of smoke residues as a result of

7   the smoke loss. If necessary, State Farm's experts may also measure, survey, test or

8   sample the subject property and/or the allegedly damaged portions of the subject

9   property.

10     Plaintiff is welcome to attend, observe, and photograph the inspection, and/or,

11   have their own consultants do so.  Plaintiff is requested to provide to State Farm, by

12   noon on December 10, 2019, a list of all persons who will be attending the

13   December 11, 2019 inspection.

14     Upon request, State Farm will provide a list of all persons it intends to have

15   present at this inspection.

16   DATED:  December 5, 2019          COZEN O'CONNOR

17

18                                          By: _____

19                                               Valerie D. Rojas
                                                 Angel Marti, III
20                                               Attorneys for Defendant STATE FARM
                                                 GENERAL INSURANCE COMPANY
21

22

23

24

25

26

27

28

2

## CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is Cozen O'Connor, 601 S. Figueroa Street, Suite 3700, Los Angeles, CA  90017.  On **December 5, 2019**, I served the within document(s):

**DEFENDANT STATE FARM GENERAL INSURANCE COMPANY'S THIRD DEMAND FOR SITE INSPECTION**

☐ FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

☑ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ PERSONAL SERVICE - by personally causing the delivery of the document(s) listed above to the person(s) at the address(es) set forth below.

☑ ELECTRONIC – by electronically transmitting the document(s) listed above to the electronic notification address(es) of the addressee(s) listed below.

☐ OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via FEDERAL EXPRESS.

| | |
|---|---|
| Devin A. McRae<br>Peter Scott<br>EARLY SULLIVAN WRIGHT<br>GIZER & MCRAE LLP<br>6420 Wilshire Blvd.<br>17th Floor<br>Los Angeles, CA  90048 | **Attorney for Plaintiff**<br>**SHANNEN DOHERTY**<br>Telephone:  (323) 301-4660<br>Facsimile:  (323) 301-4676<br>Emails:<br>    dmcrae@earlysullivan.com<br>    pscott@earlysullivan.com |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is

3

1 | presumed invalid if postal cancellation date or postage meter date is more than one
2 | day after date of deposit for mailing in affidavit.

3 | I declare under penalty of perjury under the laws of the State of California that the
4 | above is true and correct.  Executed on **December 5, 2019**, at Los Angeles,
5 | California.

Tina Brito