**COZEN O'CONNOR**
Valerie D. Rojas, State Bar No. 180041
*vrojas@cozen.com*
Angel Marti, III, State Bar No. 305300
*amarti@cozen.com*
601 South Figueroa Street, Suite 3700
Los Angeles, CA 90017-5556
Telephone: 213.892.7900
Facsimile: 213.892.7999

Attorneys for Defendant
STATE FARM GENERAL INSURANCE
COMPANY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNEN DOHERTY, | Case No. 2:19-cv-01963-MCS-PLAx |
| Plaintiff, | [State Court Case No. 19SMCV00288] |
| vs. | |
| STATE FARM GENERAL INSURANCE COMPANY, and DOES 1 through 10, inclusive, | **DECLARATION OF ANGEL MARTI, III, IN SUPPORT OF DEFENDANT STATE FARM GENERAL INSURANCE COMPANY'S OPPOSITION TO PLAINTIFF'S MOTION *IN LIMINE* NO. 2 TO EXCLUDE CERTAIN TESTIMONY OF BRIAN P. DALY AND RELATED EVIDENCE** |
| Defendant. | [Filed Concurrently with Opposition to Motion *in Limine* No. 2] |
| | Pre-Trial Conference: 11/20/2020<br>MIL Hearing Date: 11/20/2020<br>Trial Date: 12/8/2020 |

## <u>DECLARATION OF ANGEL MARTI, III</u>

I, Angel Marti, III, do hereby declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted as a member of the bar of this Court. I am an associate of the law firm of Cozen O'Connor, attorneys of record for defendant State Farm General Insurance Company ("State Farm") in this action. I have personal knowledge of the following

1

facts, and if called to testify as a witness, could and would testify competently to these facts under oath.  I make this declaration in support of State Farm's Opposition to Plaintiff's Motion *in Limine* No. 2.

2.    Attached hereto as **Exhibit 1** is a true and correct copy of select portions of Brain Daly's deposition testimony. The portions not relevant to Motion *in Limine* No. 2  have been redacted.

3.    Attached hereto as **Exhibit 2** is a true and correct copy of Mr. Brian P. Daly's declaration that was previously filed in Support of Joint Motion *in Limine* No. 2 on February 11, 2020.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on this 6th day of November, 2020 at Los Angeles, California.

*/s/Angel Marti, III*
Angel Marti, III

LEGAL\49495040\1