# EXHIBIT 1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA


SHANNEN DOHERTY,                        )
                                        )
        PLAINTIFF,                      )
                                        )
        VS.                             ) Case No.
                                        ) 2:19-cv-01963 JFW
STATE FARM GENERAL INSURANCE            ) (PLAx)
COMPANY, AND DOES 1 THROUGH             )
10, INCLUSIVE,                          )
                                        )
        DEFENDANTS.                     )
_____)



VIDEOTAPED DEPOSITION OF BRIAN DALY, CIH, PE

FRIDAY, DECEMBER 20, 2019, 3:11 P.M.

LOS ANGELES, CALIFORNIA







Reported by Desiree Cooks,
CSR No. 14075

```
 1              UNITED STATES DISTRICT COURT

 2             CENTRAL DISTRICT OF CALIFORNIA

 3

 4   SHANNEN DOHERTY,              )
                                   )
 5          PLAINTIFF,             )
                                   )
 6          VS.                    )  Case No.
                                   )  2:19-cv-01963 JFW
 7   STATE FARM GENERAL INSURANCE  )  (PLAx)
     COMPANY, AND DOES 1 THROUGH   )
 8   10, INCLUSIVE,                )
                                   )
 9          DEFENDANTS.            )
     _____)
10

11

12

13

14

15

16

17

18

19

20

21    THE VIDEOTAPED DEPOSITION OF BRIAN DALY, CIH, PE, taken

22  at 6420 Wilshire Boulevard, 17th Floor, Los Angeles,

23  California, on Friday, December 20, 2019, at 3:11 P.M.,

24  before Desiree Cooks, Certified Shorthand Reporter, in

25  and for the State of California.
```

```
 1   APPEARANCES:

 2
     For the Plaintiff:
 3
            EARLY SULLIVAN WRIGHT GIZER & McRAE LLP
 4          BY: PETER SCOTT, ESQ.
            6420 Wilshire Boulevard, 17th Floor
 5          Los Angeles, California 90048
            (323) 301-4660
 6          Pscott@earlysullivan.com

 7
     For the Defendants:
 8
            COZEN O'CONNOR
 9          BY: VALERIE ROJAS, ESQ.
            601 South Figueroa Street, Suite 3700
10          Los Angeles, California 90017
            (213) 892-7900
11          Vrojas@cozen.com

12

13   Also Present:

14          Tim Barker, Videographer

15

16

17

18

19

20

21

22

23

24

25
```



that we took.  You wouldn't, for example, expect that char and ash by-products would somehow have nested within the fiber of the soft good without being on the -- on the surface as well.  So there is no likelihood that using a different method would render different results.

Desiree Cooks

```
 1                 UNITED STATES DISTRICT COURT

 2                CENTRAL DISTRICT OF CALIFORNIA

 3       SHANNEN DOHERTY,                    )

 4                                           )

 5                      PLAINTIFF,           )

 6                                           )  CASE NO.

 7            vs.                            )  2:19-CV-01963

 8                                           )  JFW

 9       STATE FARM GENERAL INSURANCE        )

10       COMPANY, AND DOES 1 THROUGH 10,     )     VOLUME II

11       INCLUSIVE,                          )

12                                           )  (PAGES 94 - 350)

13                      DEFENDANTS           )

14       _____)

15       VIDEOTAPED DEPOSITION OF EXPERT BRIAN P. DALY, CIH, P.E.

16                         VOLUME II

17                  WEDNESDAY, MARCH 4, 2020

18       JOB NO. 4018562

19       REPORTED BY:  MELIA BASAVAND, CSR NO. 14089

20

21

22

23

24

25

                                                  Page 94
```

```
 1     VIDEOTAPED DEPOSITION OF EXPERT BRIAN P. DALY, CIH, P.E.,
 2     VOLUME II, TAKEN ON BEHALF OF THE PLAINTIFF, AT 10:04
 3     A.M., WEDNESDAY, MARCH 4, 2020, AT 6420 WILSHIRE
 4     BOULEVARD, 17TH FLOOR, LOS ANGELES, CALIFORNIA 90048,
 5     BEFORE MELIA BASAVAND, CSR NO. 14089.
 6
 7     APPEARANCES OF COUNSEL:
 8
 9     FOR THE PLAINTIFF:
10             EARLY SULLIVAN WRIGHT GIZER & MCRAE, LLP
               BY:  DEVIN A. MCRAE, ESQ.
11             BY:  SCOTT PETER, ESQ.
               BY:  SAAM TAKALOO, ESQ.
12             6420 WILSHIRE BOULEVARD
               17TH FLOOR
13             LOS ANGELES, CALIFORNIA 90048
               (323) 301-4640
14             DMCRAE@EARLYSULLIVAN.COM
               PSCOTT@EARLYSULLIVAN.COM
15             STAKALOO@EARLYSULLIVAN.COM
16
17     FOR THE DEFENDANT:
18             COZEN O'CONNOR
               BY:  ANGEL MARTI, III, ESQ.
19             601 SOUTH FIGUEROA STREET
               SUITE 3700
20             LOS ANGELES, CALIFORNIA 90017
               (213) 892-7979
21             AMARTI@COZEN.COM
22
23
24     ALSO PRESENT:   RICHARD FOSTER, VIDEOGRAPHER
25
```

Page 95



21          But what you're suggesting -- and I'm

22    agreeing with you -- is that's not true.  Those tiny

23    particles from the fire, they're not going to still

24    be in the house.  So they're not going to

25    contaminate new clothing.  I agree.                    11:36

Page 167