JURY NOTE NO. __1__

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

DATE: __10·4·21__

TIME: __10:50 Am__

CASE NO. 2:19-cv-01963-MCS-PLA

CASE NAME: *Shannen Doherty v. State Farm General Insurance Company et al*

THE JURY HAS REACHED A UNANIMOUS VERDICT __✗__

THE JURY REQUESTS THE FOLLOWING:

__REDACTED__
FOREPERSON OF THE JURY