UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNEN DOHERTY,<br><br>                Plaintiff,<br><br>    v.<br><br>STATE FARM GENERAL INSURANCE COMPANY, and DOES 1 through 10, inclusive,<br><br>                Defendants. | Case No. 2:19-cv-01963-MCS-PLA<br><br>**VERDICT FORM**  (REDACTED) |

# VERDICT FORM

We, the jury in the above-entitled action, find the following special verdict on the questions submitted to us:

## BREACH OF CONTRACT

**QUESTION NO. 1:**

Did State Farm breach the contract by failing to pay Policy benefits for Coverages A, B, or C?

Answer:  __X__ Yes   _____ No

*If your answer to Question No. 1 is "No," then stop here, answer no further questions, and have the presiding juror sign and date this form. If your answer to Question No. 1 is "Yes," then proceed to Question No. 2.*

**QUESTION NO. 2:**

What is the remaining amount owed to Ms. Doherty under Coverage A of the Policy to remediate the insured property?

$ 1,200,000

*Proceed to Question No. 3.*

**QUESTION NO. 3:**

What is the remaining amount owed to Ms. Doherty under Coverage B of the Policy to remediate Ms. Doherty's personal property?

$ 660,000

*Proceed to Question No. 4.*

1

**QUESTION NO. 4:**

What is the remaining amount owed to Ms. Doherty under Coverage C of the Policy for Ms. Doherty's additional living expenses?

$ __486,000__

*Proceed to Question No. 5.*

## BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING

**QUESTION NO. 5:**

Was State Farm's failure to pay Policy benefits unreasonable and without proper cause?

Answer:   __X__ Yes   ____ No

*If your answer to Question No. 5 is "No," stop here, answer no further questions, and have the presiding juror sign and date this form. If your answer to Question No. 5 is "Yes," then proceed to Question No. 6.*

**QUESTION NO. 6:**

Was State Farm's decision not to pay additional Policy benefits to Ms. Doherty a substantial factor in causing harm to Ms. Doherty?

Answer:   __X__ Yes   ____ No

*If your answer to Question No. 6 is "No," stop here, answer no further questions, and have the presiding juror sign and date this form. If your answer to Question No. 6 is "Yes," then proceed to Question No. 7.*

2

**QUESTION NO. 7:**

What are Ms. Doherty's damages?

Emotional Distress: $ 3,000,000

Total Attorneys' Fees to Compel Policy Benefits: $ 1,000,000

Dated: October 4th, 2021

Signed: **REDACTED**
Presiding Juror

3